*Kimberly Rutkowski* -- 3/8/04

CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of Wyeth's Memorandum of Law in Opposition to Plaintiff's Motion to Remand and Appendix of Exhibits (Volumes I and II) in the *Kimberly Rutkowski, et al.* action were served the 8th day of February 2004 by UPS Overnight Delivery upon plaintiffs' counsel who are listed below:

> Kenneth W. Lewis, Esquire
> Bush, Lewis & Roebuck, P.C.
> 1240 Orleans Street
> Beaumont, TX 77701
>
> Mitchell A. Toups, Esquire
> Weller, Green, Toups & Terrell, LLP
> 2615 Calder Avenue, Suite 400
> Beaumont, TX 77702

and by U.S. first-class mail, postage prepaid, upon all defense counsel of record in the *Kimberly Rutkowski, et al.* action and all other counsel required to be served by Pretrial Order No. 19.[1]

_____
Paul B. Kerrigan

Date: March 8, 2004

---

[1] Given the volume of the Appendix of Exhibits, defense counsel of record in the *Kimberly Rutkowski, et al* action, the Special Discovery Master, and all other counsel required to be served by Pretrial Order No. 19 will be served today with an Index to the Exhibits rather than the two-volume Appendix. If any of these counsel would like to receive a complete set of the Appendix of Exhibits, they should contact Wyeth's Liaison Counsel in MDL 1203.