IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION § § § § § | MDL DOCKET NO. 1203 |
| This document relates to: § § LILLIAN CHANDLER, et al., § § *Plaintiffs*, § § v. § § WYETH-AYERST PHARMACEUTICALS, et al., § § *Defendants.* § § § § § | CIVIL ACTION NO. 02-20120 |

ENTRY OF APPEARANCE
FOR INDEVUS PHARMACEUTICALS, INC.,
f/k/a INTERNEURON PHARMACEUTICALS, INC.

COME NOW, Lanny R. Pace and William M. Dalehite, Jr. of the Law Firm of Steen Dalehite & Pace, LLP, and enter their appearance as counsel for the defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc., in the above styled and numbered cause.

_____
LANNY R. PACE

OF COUNSEL:

LANNY R. PACE
MS BAR NO. 9996
WILLIAM M. DALEHITE, JR.
MS BAR NO. 5566
STEEN DALEHITE & PACE, LLP
Heritage Building, Suite 415

401 East Capitol Street
P. O. Box 900
Jackson, MS 39205-0900
Telephone: 601/969-7054
Facsimile:  601/353-3782

## **CERTIFICATE**

    I, Lanny R. Pace, do hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing to:

B. Wayne Williams
Webb, Sanders & Williams, PLLC
P. O. Box 496
Tupelo, MS 38802-0496

Wilbur O. Colom
Rhonda Hayes-Ellis
The Colom Law Firm
P. O. Box 866
Columbus, MS 39703

Thomas Y. Page
H. Gray Laird, III
Brian A. Clark
Page, Kruger & Holland
P. O. Box 1163
Jackson, MS 39215-1163

Neville H. Boschert
Watkins, Ludlam, Winter & Stennis
P. O. Box 427
Jackson, MS 39205

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson, MS 39225

Luke Dove
Dove & Chill
4266 I-55 North, Suite 108
Jackson, MS 39211

Richard D. Gamblin
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Nina M. Gussack
Edward W. Madeira, Jr.
Pepper, Hamilton, LLP
18th & Arch Street
3000 Two Logan Square
Philadelphia, PA 19103

Patrick N. Harkins, III
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Wayne R. Maldonado
Ungarino & Eckert
3850 North Causeway Boulevard
Suite 1280, Lakeway Two
Metairie, LA 70002

Kenna L. Mansfield, Jr.
Wells, Marble & Hurst
P. O. Box 131
Jackson, MS 39205

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P. O. Drawer 289
Biloxi, MS 39533

Peter L. Resnik
James E. Betke
McDermott, Will & Emery, P.C.
28 State Street
Boston, Massachusetts 02109

Michael T. Scott
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

J. Stewart Tharp
W. L. Wilson
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821

Edward S. Weltman
Goodwin Procter, LLP
599 Lexington Avenue
New York, New York 10022

Ann M. Asiano
Bradley, Asiano & Curley
4 Embarcadero Center, 10th Floor
San Francisco, CA 94111

Raymond B. Biagini
McKenna & Cueno, LLP
1900 K Street, N.W., Suite 100
Washington, DC 20006

Hugh Campbell
Seatrace Pharmaceuticals, Inc.
P. O. Box 363
Gadsen, AL 35203

Bruce M. Chadwick
Peter Zimroth
Daniel S. Pariser
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004

Gary B. Cutler
Margolis & Edelstein
601 Walnut Street, 4th Floor
Philadelphia, PA 19106

George A. Joseph
Kirkland & Ellis
200 East Randolph Drive, Suite 6100
Chicago, IL 60601

Charles F. Preuss
Preuss, Walker & Shanagher
225 Bush Street, 15th Floor
San Francisco, CA 94104

Jonathan I. Price
Schneck, Weltman & Hashmall
1285 Avenue of the Americas
New York, New York 10019

Joseph P. Thomas
Benesch, Friedlander, Coplan & Aronoff
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, OH 45202

Alan M. Winchester
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, New York 10271

Frank C. Woodside, III
Dinsmore & Shohl
1900 Chemed Center
225 East Fifth Street
Cincinnati, OH 45202

Alan Klein
Hangley, Aronchick, Segal & Pudln
One Logan Square
12th Floor
Philadelphia, PA 19103

Lloyd E. Williams, Jr.
Williams & Montgomery, Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

This the _____ day of May, 2004.

_____
LANNY R. PACE