Case 2:02-cv-20120-HB    Document 22-3    Filed 11/18/2004    Page 1 of 38

Sanders, et al. v. Wyeth, et al.                    Deposition of                              April 12, 2004
                                                    Senatra Irby

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


In Re: DIET DRUGS
(PHENTERMINE/FENFLURAMINE/
DEXFENFLURAMINE)
PRODUCTS LIABILITY LITIGATION          MDL NO. 1203


MARY SANDERS, et al.                              PLAINTIFFS

VS.                                  CIVIL ACTION NO. 03-20121

WYETH, INC., et al.                               DEFENDANTS



DEPOSITION OF SENATRA IRBY McCURDY

APPEARANCES NOTED HEREIN



Taken at the instance of the defendants at the offices of
Page, Kruger & Holland, Jackson, Mississippi, on April
12, 2004, beginning at 10:36 a.m.



REPORTED BY:   Carol Winstead Gray
               Mississippi CSR No. 1326


Bond & Associates
Freelance Court Reporters
Jackson, Mississippi
601-936-4466


Exhibit F

Case 2:02-cv-20120-HB    Document 22-3    Filed 11/18/2004    Page 2 of 38

Sanders, et al. v. Wyeth, et al.                Deposition of                                April 12, 2004
                                               Senatra Irby

Page 2

APPEARANCES

For the plaintiff:
  Mr. George Gates
For the defendant Wyeth:
  Mr. Collin Williams
For the defendant SmithKlineBeacham
  Ms. Lynn Ladner
For the defendants Gold Line and Rugby:
  Ms. Emilie Whitehead
For the defendant Gate Pharmaceutical:
  Mr. Ken Mansfield
Also present:  Denny Gray,
               Legal Video Specialist

*********************************************************

TABLE OF CONTENTS

Exhibit 1 - Plaintiff's Fact Sheet . . . . . . . . . . 3

Exhibit 2 . . . . . . . . . . . . . . . . . . . . . 3

Exhibit 3 . . . . . . . . . . . . . . . . . . . . . 3

Exhibit 4 . . . . . . . . . . . . . . . . . . . . . 3

Examination by Mr. Williams . . . . . . . . . . . . . 4

Examination by Ms. Whitehead . . . . . . . . . . . . 7

Examination by Mr. Mansfield . . . . . . . . . . . 43

Examination by Ms. Ladner . . . . . . . . . . . . . 60

Page 3

1      [Exhibits 1, 2, 3 and 4 marked.]
2      VIDEOGRAPHER:  On record.  Time is 10:36.
3      This is the video deposition of Senatra Irby
4  taken in the suit styled In Re Diet Drugs, Phentermine,
5  Fenfluramine, Dexfenfluramine, Products Liability
6  Litigation, MDL No. 1203.  Mary Sanders, et al., versus
7  Wyeth, et al., being cause number 03-20121 in the United
8  States District Court for the Eastern District of
9  Pennsylvania.
10      We are at Page, Kruger & Holland, Jackson,
11  Mississippi.  Today's date is 12 April 2004.  The time is
12  10:36.  The court reporter is Carol Gray, associated with
13  Bond & Associates.  I am Denny Gray, legal video
14  specialist with DepoVideo of Mississippi.
15      Will the attorneys please introduce themselves
16  on audio.
17      MR. GATES:  George Gates for the plaintiff.
18      MR. WILLIAMS:  Collin Williams, Butler Snow,
19  for Wyeth/American Home Products.
20      MS. LADNER:  Lynn Ladner, SmithKlineBeacham.
21      MR. MANSFIELD:  Ken Mansfield for Gate
22  Pharmaceutical.
23      MS. WHITEHEAD:  Emilie Whitehead for Gold Line
24  Laboratories and Rugby Laboratories.
25      VIDEOGRAPHER:  Swear the witness, please.

Page 4

1      [Oath administered.]
2      MR. WILLIAMS:  This deposition is being taken
3  pursuant to the Federal Rules of Civil Procedure and
4  Pretrial Order 21 in this matter.
5      SENATRA IRBY McCURDY,
6  first being sworn, was examined and testified as follows:
7  EXAMINATION BY MR. WILLIAMS:
8      Q.  My name is Collin Williams.  I'm with the law
9  firm Butler Snow O'Mara Stevens & Cannada.  Ms. Irby, we
10  met very briefly off the record.  I represent Wyeth in
11  this matter, formerly known as American Home Products.
12  They were the manufacturer of some of the diet drugs.
13      Have you ever taken a deposition before?
14      A.  No.
15      Q.  Okay.  I'm just going to go over a couple of
16  the ground rules.  If you could answer verbally, a yes or
17  a no, or answer the question fully.  No nods or shakes of
18  the head, that type of thing.  Ms. Gray can't take those
19  down.
20      If you could wait till I ask the question fully
21  before you answer, I'll wait till you've answered fully
22  before I ask my next question.  That way we don't walk on
23  each other.
24      If you need to take a break, that's fine.  You
25  just need to ask to take a break and we can take a break.

Page 5

1  This isn't marathon.
2      Objections.  Your attorney may object to
3  something I ask.  If he objects, that doesn't mean that
4  you can't go ahead and answer -- I'm sorry -- that
5  doesn't mean that you can't go ahead and answer the
6  question unless he instructs you to not answer for some
7  reason.
8      Is there any reason that you can't give
9  truthful testimony here today?
10      A.  Excuse me?
11      Q.  I'm sorry.  I move kind of quick.
12      A.  Okay.
13      Q.  Is there any reason that you can't give
14  truthful testimony here today?
15      A.  I can give truthful testimony.
16      Q.  Okay.  If you could speak up too.
17      A.  Okay.
18      Q.  You're not on any medications or alcohol at
19  this time.
20      A.  No, I'm not.
21      Q.  Okay.  Ms. Irby, I just have a couple of
22  questions to start out here.  I've looked at your
23  pharmacy records, and they indicate that you took
24  phentermine.  Is that correct?
25      A.  That's correct.

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 6

1    Q.  Okay.  Did you take any other diet drug?
2    A.  No.
3    Q.  Not the -- just phentermine?
4    A.  Just phentermine.
5    Q.  Okay.
6        MR. WILLIAMS:  At this point -- and I know we
7    have the attorneys for SmithKline and Gold Line and Gate
8    on the -- on the phone here.  Wyeth did not manufacture
9    phentermine.  Therefore, at this point we'd seek to be
10   dismissed from this -- this suit.
11       MR. GATES:  Absent any pharmacy records that
12   show up at a later time indicating that she took anything
13   made by Wyeth, we'll agree to that.
14       MR. WILLIAMS:  Okay.
15       MR. GATES:  On the phone, who's going to take
16   over now?
17       MR. WILLIAMS:  I know this isn't what you guys
18   were expecting.
19       MS. LADNER:  Actually we had discussed this.
20   Do you want to take a break, Emilie and Ken, or do y'all
21   want to proceed?
22       MR. MANSFIELD:  Emilie, what do you want to do?
23       MS. WHITEHEAD:  I'll proceed and ask -- we're
24   off the record?
25       MR. WILLIAMS:  We're still on.

Page 7

1        MR. GATES:  We can go off.  You want to go off?
2        MS. WHITEHEAD:  Yeah.
3        MR. GATES:  Can we go off the record, please?
4        VIDEOGRAPHER:  Off record.  Time is 10:40.
5        [Off record.]
6        VIDEOGRAPHER:  Back on record.  Time is 10:42.
7    EXAMINATION BY MS. WHITEHEAD:
8    Q.  Ms. Irby, my name is Emilie Whitehead.  I
9    represent several of the defendants in this litigation,
10   and I'm going to ask you some questions.  I'm hopeful
11   that you can hear me and understand me.  If you can't,
12   please let me know.
13       If I ask you a question that you don't
14   understand, let me know.  It probably means that I've
15   asked a not very clearly worded question.
16       Can you give me your full name for the record,
17   please?
18   A.  Senatra Irby McCurdy.
19   Q.  Spell your last name, please.
20   A.  M-c-C-u-r-d-y.
21   Q.  And I noticed from the fact sheet that we have
22   that's been marked as an exhibit to the deposition that
23   you were previously known as Senatra Irby.
24   A.  Yes.
25   Q.  Have you recently married?

Page 8

1    A.  Yes.
2    Q.  Okay.  And to whom are you married?
3    A.  Bob McCurdy.
4    Q.  When did that marriage take place?
5    A.  February of last year.
6    Q.  February of 2003.
7    A.  Yes.
8    Q.  Okay.  And had you been married previously?
9    A.  Yes.
10   Q.  To whom have you previously been married?
11   A.  Efrem, E-f-r-e-m, Irby.
12   Q.  And when were you married to Mr. Irby?
13   A.  '80 -- '82.
14   Q.  Until?
15   A.  '89.
16   Q.  And how did that marriage end?
17   A.  Just a normal divorce.
18   Q.  Okay.  I didn't know if you were widowed or
19   divorced.
20   A.  Divorced.
21   Q.  Okay.  And do you have any children?
22   A.  Yes, I do.
23   Q.  How many children do you have?
24   A.  Two.
25   Q.  And what are their names?

Page 9

1    A.  Cassandra Irby and Sierra Irby.
2    Q.  Is Sierra a boy or a girl?
3    A.  Female.
4    Q.  Okay.  And what -- what is Cassandra's age?
5    A.  19.
6    Q.  And is she living with you?
7    A.  No, she's not.
8    Q.  Okay.  Where is she currently living?
9    A.  Killeen, Texas.
10   Q.  Is she dependent on you?
11   A.  No, she's not.
12   Q.  Okay.  And what about Sierra?
13   A.  She's 15.
14   Q.  And does she live with you?
15   A.  No, she doesn't.
16   Q.  Where does she live?
17   A.  Aberdeen, Mississippi.
18   Q.  With whom?
19   A.  My parents.
20   Q.  Okay.  And is she dependent on you financially?
21   A.  Yes.
22   Q.  Okay.  And what is your current address?
23   A.  1905 Nimitz, N-i-m-i-t-z, Killeen, Texas 76543.
24   Q.  And how long have you lived there?
25   A.  Probably 11 years.

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 10

1    Q.  And what's your connection to Aberdeen,
2  Mississippi?  Did you grow up there?
3    A.  Yes.
4    Q.  And you said that your parents are still in
5  Aberdeen?
6    A.  That's correct.
7    Q.  And what are their names?
8    A.  Smith Rowe and Annie Rowe.
9        THE REPORTER:  R-o-e?
10    A.  R-o-w-e.
11  MS. WHITEHEAD:
12    Q.  And is Rowe your maiden name?
13    A.  Yes, it is.
14    Q.  And your parents are both still living, I take
15  it.
16    A.  Yes.
17    Q.  And are they in good health?
18    A.  Yes.
19    Q.  Either of them have any health problems?
20    A.  No more than, like, high blood pressure,
21  allergies.
22    Q.  Which of the -- of your parents has high blood
23  pressure?
24    A.  My father.
25    Q.  Any diabetes, heart problems, anything of that

Page 11

1  sort?
2    A.  No.
3    Q.  Has your father ever had a heart attack or
4  stroke?
5    A.  No.
6    Q.  Okay.  How about your mother?  Ever had a heart
7  attack or stroke?
8    A.  No.
9    Q.  Okay.  Have you ever had any heart or breathing
10  problems?
11    A.  Yes.  I can't remember when.  I was rushed to
12  emergency room because I had chest pains, and I can't
13  remember -- they were saying something about something
14  with a valve or something.  I can't remember.  It was at
15  Metroplex Hospital in Killeen, Texas.
16    Q.  Metroplex?
17    A.  Yes, Metroplex.
18    Q.  Do you know what year?
19    A.  Probably it would be 2001.
20    Q.  Were you admitted to the hospital?
21    A.  They -- no, I wasn't admitted.  They rushed me
22  to the emergency room and they did an EKG.
23    Q.  Did they find anything as a result of the EKG?
24    A.  Yeah.  They gave me medicine, but they said
25  something about a valve or something.

Page 12

1    Q.  Okay.
2    A.  They just gave me medicine and sent me home.
3    Q.  Do you know what the medicine was that you were
4  giving?
5    A.  I can't remember.
6    Q.  How long were you on it?
7    A.  Probably for 30 days.
8    Q.  Do you know the doctor that prescribed it?
9    A.  Not offhand, no.  Not right now.
10    Q.  Do you know where you had the prescription
11  filled?
12    A.  Should have been filled at Wal-Mart.
13    Q.  And that's in Killeen, Texas?
14    A.  Yes.
15    Q.  After you completed the medicine did you have
16  any other problems?
17    A.  No, not really, not -- not with my -- not with
18  the chest pains that I had.
19    Q.  And as I understand it you have taken
20  phentermine.  Is that correct?
21    A.  That's true.
22    Q.  Okay.  Do you know how many times you have
23  taken phentermine?
24    A.  Oh, for a while.  I can't give you an exact
25  amount or months, but it -- I've taken it for a while.

Page 13

1    Q.  Can you tell me approximately when you first
2  took a phentermine?
3    A.  Had to be in the '90s.  Maybe '90 -- I would
4  say '90, '91.  I can't remember.
5    Q.  Do you know who the doctor was in 1991 that
6  prescribed the phentermine?
7    A.  Oh, man.  No, I can't remember his name.
8    Q.  Do you remember where he was located?
9    A.  Yeah.  He's located off of Lake Road in
10  Killeen, but I can't remember his name right now.  It's
11  been a while.
12    Q.  Would it have been a Dr. Whitten?
13    A.  Yes.  That's it.  Correct.
14    Q.  Did you also see a Dr. Whitaker?
15    A.  A Dr. Whitaker.  That might have been at the
16  Metroplex Hospital.
17    Q.  Okay.  But you think Dr. Whitten is the
18  doctor --
19    A.  Yes.  That is the doctor.
20    Q.  Okay.  And you think he first prescribed
21  phentermine for you in 1991?
22    A.  I think so.
23    Q.  Okay.  And you had no problems as a result of
24  having taken the phentermine between 1991 and 2001?
25    A.  Not that I noticed.  I -- no.

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 14

1    Q.  Okay.  When Dr. Whitten prescribed the
2  phentermine, do you know what indications he gave you for
3  taking it?  Any directions or instructions?
4    A.  Just the regular instruction that was on the
5  bottle.  I think it's like -- it was either one time a
6  day or two times a day.  That's been a while.  I can't
7  remember.
8    Q.  Do you remember if he discussed any side
9  effects?
10   A.  I guess it would just be the -- I don't -- I
11 don't -- I guess it's just the normal routine questions.
12 I don't think he said anything about side effects.  He
13 just told me that I needed to watch what I was eating and
14 increase my exercise.
15   Q.  And do you know how much you weighed at the
16 time?
17   A.  I think I weighed -- it was in the 190.  It was
18 close to like 195 or 200, approximately.
19   Q.  Was that your high weight -- your highest
20 weight as an adult?
21   A.  200?  Yes.
22   Q.  Okay.  Do you remember anything about
23 appearance of the phentermine that you took?
24   A.  No.
25   Q.  Did it have a brand name or anything of that

Page 15

1  sort?
2    A.  I can't remember.  I think -- the only thing I
3  can remember, I think the pills was blue and yellow.  I
4  don't remember anything else about it.
5    Q.  Do you mean that one time the pills were blue
6  and one time the pills were yellow, or do you mean that
7  the blue -- pill itself had half blue and half yellow or
8  a --
9    A.  Yeah.
10   Q.  -- combination like that?
11   A.  It was combination of blue and yellow.
12   Q.  Do you know what the dosage was?
13   A.  I can't remember.  Like I said before, I think
14 it was one or two a day.  I can't remember.  That's been
15 a while.
16   Q.  Okay.  And do you know if it was a generic or a
17 brand name?
18   A.  It was generic.
19   Q.  And can you tell me why you went to see Dr.
20 Whitten?
21   A.  Because I was overweight.
22   Q.  Since I don't live in Texas, I'm not familiar
23 with his practice.  Is his practice primarily for people
24 who are trying to lose weight or does he have a general
25 practice?

Page 16

1    A.  I think it's a general -- it's a combination of
2  general practice and for individuals who wants to lose
3  weight also.
4    Q.  Okay.  Did he have a specialty for people who
5  wanted to lose weight or was he a family practitioner who
6  did weight loss?
7    A.  He -- like I said, he was a general doctor, and
8  if you -- he had a weight loss program at his office.
9    Q.  Okay.  And how did you come to see him?  Did
10 somebody refer you to him?  Did you see an advertisement?
11 What led you to his door?
12   A.  Someone referred me to him.
13   Q.  And do you know who that was?
14   A.  It was someone that I worked with years ago.  I
15 don't remember who.
16   Q.  Tell me -- when you first went to see him
17 around 1991, can you tell me what you remember about that
18 office visit?
19   A.  Just a normal office visit.  He just weighed me
20 in and just told me what I had to do and -- and just
21 increase my exercise.
22   Q.  And he gave you the prescription?
23   A.  And he gave me the prescription and told me the
24 direction -- just to follow the direction on the
25 prescription.

Page 17

1    Q.  Okay.  And did he -- did he give you any
2  refills with that first prescription or did you have to
3  come back and see him?
4    A.  You have to go back once a month because he
5  weighs you in every month and takes your blood pressure
6  and weigh you in, and he writes you a prescription for
7  that month.
8    Q.  Okay.  So the prescriptions were given to you
9  on a monthly basis?
10   A.  Yes.
11   Q.  And then at some point did you determine that
12 you had lost enough weight and you stopped going?
13   A.  I think I stopped for a while.  Yes, I did.
14   Q.  Okay, because I've got a pharmacy record that
15 shows that you had phentermine prescribed in 1998 but it
16 doesn't show anything any earlier than that.
17   A.  Okay.
18   Q.  So do you think you first had it prescribed in
19 1998 or first had it prescribed in 1991?
20   A.  No, it had to be 1998 because he was the only
21 doctor --
22   Q.  Okay.
23   A.  -- that I went to for diet pills.
24   Q.  Okay.  So you would not have had anything prior
25 to 1998.

5 (Pages 14 to 17)

Page 18

1    A.   No.
2    Q.   Okay.  And the record that I have only shows
3  you having received two prescriptions.  I can't read the
4  months on it, but it shows one as 30 pills, and then the
5  next entry right behind it is another prescription for 30
6  pills.
7    A.   Okay.
8    Q.   Does a two-month -- staying on it for two
9  months sound right?
10    A.   Probably -- yes.
11    Q.   Okay.
12    A.   If it's Wal-Mart.
13    Q.   This is a Wal-Mart in Killeen, Texas.
14    A.   Yes.
15    Q.   So you think you would have been on the
16  phentermine for two months.
17    A.   Yes.
18    Q.   Do you remember how much weight you lost?
19    A.   I think probably about -- about 20, 25 pounds.
20    Q.   Can you tell me what your lowest weight has
21  been as an adult?
22    A.   My lowest weight?  130.
23    Q.   And when was that?
24    A.   19 -- 1980.
25    Q.   And has your weight gradually gone up since

Page 19

1  then or have you had fluctuations in your weight?
2    A.   It's went up since then.
3    Q.   And is it your testimony that you have not been
4  back to see Dr. Whitten since 1998?
5    A.   No, I haven't.
6    Q.   Have you taken any other diet drugs since 1998?
7    A.   Other drugs?  Maybe over-the-counter stuff, but
8  I can't remember.
9    Q.   Have you ever taken anything with ephedra in
10  it?
11    A.   I don't recall.
12    Q.   Do you know if you've ever taken Metabolift or
13  Metabolife?
14    A.   No.
15    Q.   Okay.  Have you ever taken Xenical or Meridia
16  or anything of that nature?
17    A.   Never heard of it.  No, I don't think so.
18    Q.   Okay.  And Dr. Whitten would be the only doctor
19  who would have prescribed the diet drugs for you.
20    A.   Yes.
21    Q.   Okay.  Can you give me a little information
22  about your health background?  Have you typically been
23  healthy as an adult or have you had some major medical
24  problems?
25    A.   I've always been healthy.

Page 20

1    Q.   Okay.  Have you had any major medical surgeries
2  as an adult?
3    A.   No.
4    Q.   Have you had a hysterectomy or anything like
5  that?
6    A.   No.
7    Q.   Okay.  Are you currently on any medications?
8    A.   Yes.  I'm taking medication for my bladder.  I
9  have a uncontrollable bladder.
10    Q.   Do you know what the name of that medication
11  is?
12    A.   No.
13    Q.   Okay.  Who prescribed that medication?
14    A.   Dr. Spencer.
15    Q.   Okay.  And where is Dr. Spencer located?
16    A.   In Killeen, Texas, on Jasper Road.
17    Q.   How long have you been seeing him?
18    A.   That's my family doctor, so I've been seeing
19  him ever since I moved to Killeen, so it would probably
20  be in -- I guess in the '80s.
21    Q.   Did Dr. Spencer treat you after you had this
22  emergency room visit?
23    A.   No.  Well, I -- he wasn't there, but I think
24  some other doctor treated me and said everything was
25  fine.

Page 21

1    Q.   Okay.
2    A.   I think his name was Dr. Gee.
3    Q.   G-e-e?
4    A.   Yes.
5    Q.   And he was in Dr. Spencer's clinic or he was at
6  the emergency room?
7    A.   No, he's a doctor at that clinic also.
8    Q.   Okay.
9    A.   Dr. Spencer's.
10    Q.   Do you know the name of Dr. Spencer's clinic?
11    A.   I think it's Family Practice.
12    Q.   And would it be your testimony that Dr. Spencer
13  has probably the most complete medical history, medical
14  records of you since your adulthood or at least since the
15  1980s?
16    A.   Yes.
17    Q.   Okay.  Are you a smoker?
18    A.   No.
19    Q.   Have you ever been a smoker?
20    A.   No.
21    Q.   Do you use alcohol?
22    A.   No.
23    Q.   Have you ever used alcohol?
24    A.   No.
25    Q.   Okay.  Do you currently have an exercise

Page 22

1  program that you engage in?
2      A.  Well, I try to walk, but I'm having problems
3  with that.  It's like I'm getting very tired quickly.  In
4  the past I could walk a while, but now it's like I have
5  problems with it.
6      Q.  Other than fatigue, what kinds of problems do
7  you have?
8      A.  It's just that I'm getting tired quick.  I have
9  to stop and take a break and start again.  And before I
10 could walk around just a regular track, but now I have to
11 stop and take a break.
12     Q.  And what's your current weight, Ms. Irby?
13     A.  I think right now I weigh, like, 191.
14     Q.  Okay.  When you were able to walk without
15 stopping, how far were you able to walk?
16     A.  I could walk around the track twice, and I
17 think -- I think the track is, like, a mile long or
18 something like that.
19     Q.  Where is this track?
20     A.  It's located on Fort Hood.
21     Q.  Is that an Army base?
22     A.  Yes, it is.
23     Q.  And are you associated in some way with the
24 Army base?
25     A.  Yes, I am, but you don't really have to.  You

Page 23

1  can just go on post and walk on the track.
2      Q.  Okay.  Are you in the military or is your
3  husband in the military?
4      A.  No, I'm not in the military, and my husband is
5  retired from the military.
6      Q.  Okay.  Have you ever been in the military?
7      A.  No.
8      Q.  Was Mr. Irby in the military when you were
9  married to him?
10     A.  Yes.
11     Q.  Okay.  And have you ever been employed as a
12 civil servant by the military?
13     A.  Yes.
14     Q.  Okay.  And when were you employed in that
15 capacity?
16     A.  I think in '82 in Garlstedt, Germany, as a
17 postal clerk.
18     Q.  And how long were you employed?  '82 to what?
19     A.  I think it was only a year --
20     Q.  Okay.
21     A.  -- and we moved back to the states.
22     Q.  And then your husband was transferred back to
23 the states.  And have you been employed as a civil
24 servant since that time?
25     A.  No.  That was only one year in Germany.

Page 24

1      Q.  Okay.  And have you been employed in any
2  capacity outside the home?
3      A.  Yes.
4      Q.  Okay.  Are you currently employed?
5      A.  Yes I am.
6      Q.  And who is your employer?
7      A.  KISD.  The Killeen Independent School District.
8      Q.  And in what capacity are you currently
9  employed?
10     A.  Right now?
11     Q.  Yes.  What -- what's your job?
12     A.  I'm an audio-visual tech.
13     Q.  And how long have you had that position?
14     A.  January 2001.
15     Q.  Prior to that what did you do?
16     A.  I was a correctional officer for the juvenile
17 center.
18     Q.  In Killeen?
19     A.  In Killeen.
20     Q.  And what years were you employed?
21     A.  I think that was 2000.  I don't remember what
22 month, 2000.
23     Q.  Just for one year?
24     A.  One year.
25     Q.  Okay.  And prior to 2000 were you employed?

Page 25

1      A.  Yes.  I was employed for Lockheed Support
2  System.
3      Q.  In what capacity?
4      A.  I was an aircraft mechanic.
5      Q.  Can you tell me what years you would have been
6  employed by Lockheed Support Systems?
7      A.  It had to be '80 -- '86.  I'll say between '86
8  and '87.
9      Q.  And between 1987 and 2000 you were not employed
10 outside the home?  Is that correct?
11     A.  I think I worked for them two years.  I
12 probably was off work for about six months, and then
13 that's when I started with the juvenile center.
14     Q.  Okay.  I have, according to your testimony,
15 that you were employed from 1986 to 1987 and then
16 employed as a correctional officer in 2000.  So that's
17 about a 13-year gap.
18     A.  Let me see.  I just know I worked for them 10
19 years.  After that the company -- it was a contract and
20 the contract was up, and I think I had unemployment in
21 between, and then after my unemployment was up, and I
22 think I went to the juvenile center.
23     Q.  So you were employed by Lockheed for 10 years?
24     A.  Yes.
25     Q.  Okay.  And during the time that you were

Sanders, et al. v. Wyeth, et al.                    Deposition of                    April 12, 2004
                                              Senatra Irby

Page 26

1  employed for Lockheed, did you ever have any worker's
2  compensation claims?
3      A.  No, I don't think so.
4      Q.  Did you ever have any absences long-term, say a
5  month or more, related to a medical problem?
6      A.  No.
7      Q.  How about at the time of -- you served as a
8  correctional officer?  Any long-term absences from that
9  employment?
10     A.  Yeah, I did.  I had some problems.
11     Q.  Tell me about those.
12     A.  What did I have?  I think I had, like, migraine
13 headaches, and I think that's -- that's what I had.  I
14 had really bad migraine headaches.
15     Q.  And did you apply for worker's compensation
16 during that time out?
17     A.  No.  I think I just took the time off.
18     Q.  Okay.  And did Dr. Spencer treat you for those
19 migraines?
20     A.  Yes, I think so.
21     Q.  Do you know what medication he gave you?
22     A.  I don't remember.
23     Q.  Are you still on those medications?
24     A.  No, I'm not.
25     Q.  Are you still suffering from any migraines?

Page 27

1      A.  Yes, I still have migraines, but it's -- comes
2  and goes.  It's not like before.  And I think he -- he
3  told me to go ahead and stay with the Motrins.
4      Q.  The over-the-counter Motrin?
5      A.  No.  He prescribed Motrins for me.
6      Q.  Okay.  So a prescription-strength Motrin?
7      A.  Yes.
8      Q.  Other than the migraines and the chest --
9  breathing problems that you talked about, have you had
10 any other medical problems in the last, say, eight years?
11     A.  Bladder infection -- bladder control, I should
12 say.
13     Q.  Just the bladder -- so the bladder control, the
14 migraines and that incident where you had to go to the
15 emergency room would be the only three medical problems
16 that you can discuss from the last, say, eight years?
17     A.  Yes.
18     Q.  Okay.  Have you ever been treated by a
19 counselor or a psychologist or psychologist --
20 psychiatrist for any mental health issues?
21     A.  Yes, I have.
22     Q.  Can you tell me when that was?
23     A.  I don't remember.  I just know his name was Dr.
24 Ratman.  I think it's R-a-t-m-a-n.
25     Q.  Do you remember if that would have been prior

Page 28

1  to 1998 or after 1998?
2      A.  I don't remember.
3      Q.  Can you tell me what sort of mental health
4  issues he was treating you for?
5      A.  Depression.
6      Q.  Was the depression associated with any
7  significant event in your life?
8      A.  I was just depressed.  I mean, it was, like,
9  overweight -- I don't know.  I just -- I was just
10 depressed.  He would just treat me for depression.
11     Q.  Okay.  Was it related to marital problems,
12 relationship problems, children problems or anything like
13 that?
14     A.  It was -- I don't think it was marital problems
15 because at the time I wasn't married.  It would just --
16 it would just -- I was just depressed.
17     Q.  Okay.  And Dr. Ratman:  Where is he located?
18     A.  Killeen, Texas.
19     Q.  Do you know when you last saw him?
20     A.  I don't recall.
21     Q.  Okay.  Have you seen him this past year?
22     A.  No.
23     Q.  Have you seen him within the past five years?
24     A.  I don't recall.  I don't remember the date.
25     Q.  Okay.  Is there any significant point in your

Page 29

1  life that you can associate with your treatment by Dr.
2  Ratman?
3      A.  Right now?
4      Q.  Uh-huh.
5      A.  No.
6      Q.  If you were thinking back about it, is there
7  anything you can relate it to in your life?
8      A.  Not right -- I can't -- no.
9      Q.  Do you remember how old your children were at
10 the time?
11     A.  No.
12     Q.  Do you know if you were seeing Mr. McCurdy at
13 the time or were married to Mr. McCurdy at the time?
14     A.  No, I wasn't married to Mr. McCurdy at that
15 time.
16     Q.  Do you know if you had met him at that time?
17     A.  Oh, no.
18     Q.  Okay.  So it would have been before you met
19 him.
20     A.  Oh, yes.
21     Q.  Okay.
22     A.  Yes.  This was way before I met him.
23     Q.  Okay.  And it's my understanding that you do
24 not have any significant health conditions like high
25 blood pressure or hypertension, high cholesterol,

Page 30

1  anything like that.
2      A.  Not that I know.  No, I don't think so.
3      Q.  Okay.  And other than the -- did they give you
4  an echocardiogram or an EKG when they admitted you to the
5  Metroplex ER?
6      A.  I think -- I think it was an EKG.
7      Q.  And is that the only time that you recall
8  having had an EKG?
9      A.  Yes.
10     Q.  Okay.  How about an echocardiogram?  Do you
11 remember having had an echocardiogram?
12     A.  Yes.
13     Q.  Okay.  When was that?
14     A.  I think that was two years ago.
15     Q.  And is that related to this litigation?
16     A.  Yes.
17     Q.  And where did you have that performed?
18     A.  I think in Columbus, Mississippi.
19     Q.  Okay.  And have you seen the results of that
20 echocardiogram?
21     A.  Yes.
22     Q.  Okay.  And do you know who the doctor was that
23 diagnosed you with -- from the echocardiogram?
24     A.  I don't recall his name.
25     Q.  Okay.  Was he there when you had the echo done?

Page 31

1      A.  I just know I had it done in Columbus.  That's
2  been a while.  I don't remember all the information.
3      Q.  Okay.  Do you remember if it was done by a
4  technician?
5      A.  Yes.
6      Q.  Okay.
7      A.  I guess it was a technician.
8      Q.  And do you remember whether you met with the
9  doctor after it was performed?
10     A.  It's been a while.  I don't remember.  I just
11 remember having the treatment done.
12     Q.  Okay.  And did you get a report in the mail?
13     A.  Yes, they did.  They mailed me a report.
14     Q.  Do you remember what that report said?
15     A.  I -- no.  I don't know how to read that report.
16 I --
17     Q.  Okay.  Have you ever shown that report to Dr.
18 Spencer?
19     A.  Yeah.  I think I just showed it to him just as
20 my regular doctor.
21     Q.  Do you remember what Dr. Spencer said about it?
22     A.  No, I don't remember.  That's been a while.
23 It's been a while.  I can't remember.
24     Q.  Did Dr. Spencer order any follow-up tests or
25 procedures be done?

Page 32

1      A.  No.
2      Q.  Okay.  Are you currently using or have you used
3  in the past any oral contraceptives?
4      A.  I'm trying to see.  No.
5      Q.  Okay.  Other than Dr. Whitten telling you you
6  needed to increase your exercise and decrease your food
7  intake, have you ever been on any other formal diet?
8      A.  Yes, I have.  The cabbage diet.
9      Q.  Okay.
10     A.  What other kind of diet?
11     Q.  Have you ever gone to Weight Watchers or
12 NutriSystem or Jenny Craig?
13     A.  No.
14     Q.  Okay.  And you think you may have purchased
15 something over the counter but you do not recall what?
16     A.  I -- I think I have.  It's like diet candy or
17 something like that.
18     Q.  Okay.  And have you ever been diagnosed or
19 treated for an eating disorder?
20     A.  No.
21     Q.  Okay.  The medication that you got from Dr.
22 Whitten, the two different months, did the medication
23 look the same each time?
24     A.  Yes, it did.
25     Q.  Okay.  Did you know anyone else who was going

Page 33

1  to see him for diet medication?
2      A.  No, not really.
3      Q.  Do you remember how you paid for phentermine?
4      A.  Probably cash.
5      Q.  Okay.  Would you -- would it have been covered
6  under an insurance plan that you would have had?
7      A.  No.  I paid cash.
8      Q.  Okay.  And do you recall any side effects that
9  you experienced while you were on the medication?
10     A.  Not at the time.
11     Q.  Okay.  Do you remember any words or other
12 markings on the medication?
13     A.  No.
14     Q.  Do you remember if it was a pill or a capsule
15 or a tablet?
16     A.  It was a -- like I said, a yellow and blue
17 capsule.
18     Q.  Did any written materials come with the
19 packaging?
20     A.  I don't recall.  I think everything was on the
21 outside.
22     Q.  Okay.
23     A.  I don't recall.  I don't remember.
24     Q.  Okay.  And when did you first think that you
25 may be having some symptoms related to your taking of the

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 34

1  phentermine?
2      A.  My first was, I guess, uncontrollable bladder
3  because I didn't have that before.
4      Q.  Okay.  So you had not experienced the
5  uncontrollable bladder problems prior to taking the
6  phentermine.
7      A.  No.
8      Q.  And how quickly after taking the phentermine
9  did you first experience those problems?
10     A.  Oh, I don't know.
11     Q.  Did Dr. Spencer or any other doctor tell you
12 that the problems related to your bladder were the result
13 of having taken the phentermine?
14     A.  No.
15     Q.  And what other symptoms do you relate to having
16 taken the phentermine?
17     A.  Migraine headaches.
18     Q.  Okay.  Did you have migraine headaches prior to
19 taking phentermine?
20     A.  No.
21     Q.  Okay.  And how quickly after you took the
22 phentermine did you first begin to have problems with
23 migraines?
24     A.  Oh, I -- I don't know.  I just know that before
25 I was very healthy, and it's just like I'm starting to

Page 35

1  have a lot of problems.
2      Q.  And did Dr. Spencer relate your migraine
3  problem to having taken the phentermine?
4      A.  No.
5      Q.  And I know you said you had to go to the
6  emergency room one time and --
7      A.  Uh-huh.
8      Q.  -- discussed some sort of valve problem.  Did
9  any doctor there relate that problem to the phentermine?
10     A.  No.
11     Q.  Okay.  So is it safe to say that no doctor has
12 said that the problems you are experiencing are relating
13 to your having taken the phentermine?
14     A.  Yes.
15     Q.  No doctor has told you that.
16     A.  No doctor has told me that.
17     Q.  And the doctor who read your echo report:  Did
18 he tell you that your problems related to phentermine?
19     A.  No.
20     Q.  Okay.  Did you retain any of the bottles or
21 packaging from the phentermine?
22     A.  Yes, I did.
23     Q.  And where are those?
24     A.  With my attorney.
25     Q.  And did you retain any of the medicine?

Page 36

1      A.  I think I -- I think I may have.  I think I
2  might have a few, maybe one or two pills at the house.
3          MS. WHITEHEAD:  George, at this time, obviously
4  I'm going to request that the plaintiff produce to you
5  that medication --
6          MR. GATES:  Sure.
7          MS. WHITEHEAD:  -- for us to look at.
8          MR. GATES:  Yes.
9  MS. WHITEHEAD:
10     Q.  Other than Dr. Spencer, Dr. Gee, have you seen
11 any other doctors after -- and the doctor at the
12 emergency room, any other doctors for any reason after
13 your taking phentermine?
14     A.  No.
15     Q.  Did you take all of the phentermine except for
16 the couple of pills you think you have left?
17     A.  Yeah.  I think I only have maybe one or two.
18     Q.  Did you take it as prescribed?
19     A.  Yes.
20     Q.  When did you become aware that there was a
21 problem or a controversy related to taking diet drugs?
22     A.  I think one time I was at the office for a
23 visit and I think someone had mentioned it then.
24     Q.  At Dr. Spencer's office?
25     A.  No.  At Dr. Whitten's office -- Whitney's

Page 37

1  office.
2      Q.  Can you tell me what you recall about that
3  conversation or what you overheard?
4      A.  They were just saying that it was causing
5  health problems and -- and that was one of the reason
6  that I -- I just stopped taking them.  And matter of
7  fact, I didn't -- I didn't even -- the doctor didn't even
8  see me that day.  I just left the doctor's office.
9      Q.  You left his office?
10     A.  Uh-huh.  That's when I stopped taking it.
11     Q.  And do you remember if they were talking about
12 a drug called Pondimin or a drug called Redux or a drug
13 called phentermine?
14     A.  Only thing I know is just the drugs that I was
15 taking, and they saying that they was having health
16 problems with the drugs.
17     Q.  Was it referred to as fen-phen?
18     A.  Yeah.  They said fen-phen.
19     Q.  Okay.  And you understood that to mean the drug
20 that you were taking?
21     A.  Yes.
22     Q.  And did anybody tell you that that was the same
23 drug that you were taking?
24     A.  It was the same drugs that, I guess, he
25 described to every one.  I don't know.

Sanders, et al. v. Wyeth, et al.                    Deposition of                         April 12, 2004
                                                  Senatra Irby

Page 38

1    Q.  Did you just assume that the -- when they said
2  fen-phen, that meant the drug that you were taking?
3    A.  Yes, I did.
4    Q.  Okay.  So nobody said the phentermine is
5  causing these problems.
6    A.  No.
7    Q.  They said the word "fen-phen" --
8    A.  Yes.
9    Q.  -- causes these problems.
10    A.  Yes.
11    Q.  Okay.  Did you see anything on T.V. or any
12  magazines about it?
13    A.  Not really.
14    Q.  Okay.  Did you do any research on your own
15  about it?
16    A.  No.
17    Q.  Okay.  And what made you decide to become a
18  party to a lawsuit as a result of taking the phentermine?
19    A.  Because, like I said, I overheard someone
20  talking about it in the doctor's office.
21    Q.  Okay.  Can you tell me how you found out about
22  an attorney in Mississippi?
23    A.  Because my sister works for a law firm.
24    Q.  What's your sister's name?
25    A.  Ruby Rowe.

Page 39

1    Q.  What was the first name?  I'm sorry.
2    A.  Ruby.  R-u-b-y.
3    Q.  Ruby Rowe.
4    A.  Uh-huh.
5    Q.  And who does she work for?
6    A.  I can't remember the attorney.  I think
7  Attorney Harris or something.  I'm not -- I'm not for
8  sure.
9    Q.  Where is he located?
10    A.  I think he's located in Tupelo.
11    Q.  And she told you about it?
12    A.  Yes.
13    Q.  And then did she send you a flier or a contact
14  name?
15    A.  A contact name.
16    Q.  And who was that?
17    A.  My attorney.
18    Q.  Do you know what your attorney's name is?
19    A.  I don't know his full name.
20        MR. GATES:  Just tell them what you know.
21  MS. WHITEHEAD:
22    Q.  Is it Wil Colom?
23    A.  Yes.
24    Q.  Okay.
25    A.  Wil.  Okay.  Yes.

Page 40

1    Q.  In Columbus?
2    A.  Columbus, Mississippi.
3    Q.  Okay.  And did Mr. Colom set you up with the --
4  or his office set you up for the echo?
5    A.  Yes.
6    Q.  Okay.  Have you received any information on
7  fen-phen or phentermine from any source?
8    A.  No.
9    Q.  Okay.  Do you know any other plaintiffs in your
10  lawsuit?
11    A.  No.
12    Q.  Do you know any other people who have claims
13  for taking diet drugs?
14    A.  For taking diet drugs?  No.
15    Q.  So other than you, you don't know anybody else
16  who's got a lawsuit that they've brought as a result of
17  having taken diet drugs.
18    A.  No.
19    Q.  Okay.  Have you had any contact with anybody
20  from a company called Gold Line or Rugby?
21    A.  No.
22    Q.  Have you ever heard of Gold Line or Rugby
23  before?
24    A.  No.
25    Q.  Okay.  So no one from Gold Line or Rugby would

Page 41

1  have made any representations to you about the use of
2  your diet drugs.
3    A.  No.
4    Q.  Can you tell me what the highest level of
5  education is that you've achieved?
6    A.  Two years of college.
7    Q.  Where did you go?
8    A.  Central Texas College in Killeen, Texas.
9    Q.  Did you get an AA degree?
10    A.  Yes, I did.
11    Q.  And what's your AA degree in?
12    A.  Early childhood.
13    Q.  Have you ever had any medical or legal
14  training?
15    A.  I don't really understand the question.
16    Q.  Have you ever had any medical training?  Have
17  you ever gone to school to become a nurse --
18    A.  No.
19    Q.  -- or anything like that?
20    A.  No.
21    Q.  Ever had any legal training to become a
22  paralegal or a legal assistant --
23    A.  No.
24    Q.  -- or an attorney?  Did you understand my
25  question?

Page 42

1    A.  I said no.
2    Q.  I'm sorry.  I didn't hear you.
3        I think at this time those are the only
4    questions I have, Ms. McCurdy.  Thank you.
5    A.  Thank you.
6        MS. LADNER:  Ken, do you want to go next?
7        MR. MANSFIELD:  I can.
8        MS. LADNER:  That will be fine.  I'll follow up
9    at the end.
10       MR. MANSFIELD:  Okay.
11       MR. GATES:  Ken, would you mind if we took a
12   short break real fast?
13       MR. MANSFIELD:  Not a bit.
14       VIDEOGRAPHER:  Off record.  Time is --
15       MR. MANSFIELD:  Hey, George?
16       MR. GATES:  Yes.
17       MR. MANSFIELD:  In fact, during the break, if
18   you want to get her to look over her fact sheet.  And has
19   it been made an exhibit?
20       MR. GATES:  Not yet.
21       THE REPORTER:  Yes, it has.
22       MR. GATES:  Never mind.  It has.
23       MR. MANSFIELD:  If you'd just ask her to look
24   over that and let me know what exhibit number that is.
25       MR. GATES:  All right.

Page 43

1        MR. MANSFIELD:  All right.  How long?
2        MR. GATES:  If she's going to look over the
3    fact sheet, 10 minutes.
4        MR. MANSFIELD:  Okay.  Very good.
5        VIDEOGRAPHER:  Off record.  Time is 11:35.
6        [Off record.]
7        VIDEOGRAPHER:  Back on record, 11:47, beginning
8    of Tape 2.
9    EXAMINATION BY MR. MANSFIELD:
10       Q.  All right.  Ms. McCurdy, my name is Ken
11   Mansfield and I need to ask you some follow-up questions.
12   First, have you had a chance to review your fact sheet,
13   Exhibit 1?
14       A.  Yes.
15       Q.  And have you made any changes or corrections to
16   it?
17       A.  No.
18       Q.  Okay.  Look over for me, if you will, to -- let
19   me find the page number -- pages 17 and 18.
20       A.  Okay.
21       Q.  That's where you filled out the diet drugs that
22   you have taken.  Correct?
23       A.  Correct.
24       Q.  Is that your handwriting?
25       A.  Yes, it is.

Page 44

1        Q.  Okay.  And that's pretty well the exact same
2    information you gave to Ms. Whitehead a little while ago
3    in your testimony.  Correct?
4        A.  Correct.
5        Q.  And to the best of your recollection, those
6    are, in fact, the only diet drugs you've ever taken.
7    Correct?
8        A.  Correct.
9        Q.  Now, if you would -- well, let me ask you this:
10   My understanding from your earlier testimony is that the
11   only symptoms or problems that you yourself associate or
12   possibly associate with diet drug usage is the
13   uncontrollable bladder problem and migraine headaches
14   that you mentioned.  Is that correct?
15       A.  Yes, that's correct.  And I also had pain in my
16   left -- left hand, but my doctor wasn't for sure whether
17   it was arthritis or what.
18       Q.  Okay.  What doctor is that?
19       A.  Dr. Spencer.
20       Q.  And what -- describe for me that pain that
21   you're talking about.
22       A.  It's just a -- it's just a pain.  It's just a
23   pain that -- it's a constant pain all the time.
24       Q.  When did that begin?
25       A.  A couple of years ago.

Page 45

1        Q.  Dr. Spencer told you that it might be
2    arthritis?
3        A.  Yeah, he said it might be.  So he wasn't for
4    sure.
5        Q.  Did he mention the possibility of it being diet
6    drugs or is that just --
7        A.  He didn't say.
8        Q.  Dr. Spencer know that you took any diet drugs?
9        A.  Yeah, I think it is in my records.
10       Q.  Okay.  But he never mentioned that as a
11   possibility.  Right?
12       A.  No, he did not.
13       Q.  Okay.  You said that while you were taking the
14   phentermine you lost, I think you said, 25 pounds?  Is
15   that right?
16       A.  20 to 25 pounds, yes.
17       Q.  And were you on an exercise program at that
18   time?
19       A.  Yes.  I was walking like two times a day.
20       Q.  How far were you walking?
21       A.  I guess it was about a mile.
22       Q.  Okay.  Each time?
23       A.  Yes.
24       Q.  So roughly two miles a day, generally.
25       A.  Uh-huh.

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 46

1    Q.  Okay.  How many days a week?
2    A.  Probably about four days a week approximately.
3    Q.  And when did you stop your exercise program?
4    A.  Oh, a while back.  I don't remember but I
5  stopped a while back -- because the pills was giving me a
6  lot of energy.  It just -- I was receiving a lot of
7  energy from the pills.
8    Q.  So did you stop the exercise program around the
9  same time that you stopped taking the pills?
10   A.  Yes.
11   Q.  And you mentioned that sometimes you try to
12 walk now?  Is that right?
13   A.  I can't walk as far as I used to walk.  Yes,
14 that's correct.
15   Q.  When did you start going back out and trying to
16 walk?
17   A.  Probably last year.
18   Q.  Okay.  Was that simply a desire to start
19 exercising again and possibly lose weight again?
20   A.  Yes.  Well, what I try to do is get on the same
21 format that I had before, walking in the mornings and
22 walking in the afternoons; but I just found that I didn't
23 -- I couldn't do it anymore.
24   Q.  Have you gone back to Dr. Whitten?
25   A.  No, I haven't.  No.

Page 47

1    Q.  Okay.  Have you talked to any other doctor
2  about taking any more diet drugs --
3    A.  Oh, no.
4    Q.  -- since you stopped taking the phentermine?
5    A.  I don't want to take anything else.
6    Q.  Okay.  And what is your thinking behind that?
7    A.  My thinking?
8    Q.  Yes, ma'am.
9    A.  From not taking it?
10   Q.  Yes, ma'am.
11   A.  Oh, I just don't want to take it any more
12 because I don't want anything else to happen to me.
13   Q.  Have you ask any doctor about whether or not
14 these diet drugs, in fact, caused you any problems?
15   A.  No.
16   Q.  And your basis for believing that is simply
17 that you've heard that there was a problem associated
18 with fen-phen?
19   A.  Yes.
20   Q.  And has anybody told you that -- that the
21 phentermine you took is the same thing as fen-phen?
22   A.  I -- I don't know.  No.  I don't think so.
23   Q.  Okay.  And that's -- that's really getting to
24 -- to what I was wondering; and that is, you are just
25 assuming that the phentermine that you took is the same

Page 48

1  thing as fen-phen?  Is that right?
2    A.  I just know all of it is -- is diet drugs.  I
3  don't know the difference between the fen-phens.
4    Q.  What have you heard about fen-phen?
5    A.  What have -- I've heard that it caused a lot of
6  health problems.  All diet drugs.
7    Q.  Okay.  Now, let's distinguish -- I want to know
8  first if you've heard something specifically about
9  fen-phen, and then we'll talk about what you may have
10 heard about any other diet drugs.
11   A.  No.  No, I haven't.  I haven't heard anything
12 in particular about fen-phens.
13   Q.  You've just heard generally that diet drugs are
14 not good for you.
15   A.  Right.
16   Q.  Okay.  But as far as which diet drugs or
17 whether or not that's any and all diet drugs, you don't
18 know.
19   A.  No, I don't know.
20   Q.  All right.  I am -- let's see.  Look at your
21 fact sheet.  I want to ask you about some more things
22 there.
23   A.  Uh-huh.
24   Q.  Turn over to page 11.  Are you there?
25   A.  Yes, I am.

Page 49

1    Q.  Looking down at the bottom of the page under
2  letter J, it says, To the best of your knowledge, have
3  you ever been told by a doctor or any other person that
4  you have, may have or had any of the following.  And then
5  you've checked number 3, heart attack.
6    A.  Uh-huh.
7    Q.  Who -- have you been told that you had a heart
8  attack?
9    A.  When I went to the emergency room, they put me
10 on a Code Red and told me I was having a heart attack;
11 and that's when they rushed me in the back and hooked me
12 up to EKG, and I was there pretty much all night.
13   Q.  How long were you in the hospital?
14   A.  Oh, I don't remember.  I just know I was there
15 for a couple of hours.
16   Q.  Okay.  I mean, they let you go the next day.
17   A.  Yes.
18   Q.  Okay.  And I understand your testimony that
19 when they -- when you first got there, they thought you
20 might be having a heart attack; but once they did the
21 EKG, did they tell you -- did any doctor tell you yes,
22 you did have, or no, you didn't have a heart attack?
23   A.  They said something with my heart -- a valve or
24 something my heart.  That's all I know.  And that was it.
25 And they gave me some medicine.

13 (Pages 46 to 49)

Sanders, et al. v. Wyeth, et al.                     Deposition of                                  April 12, 2004
                                                    Senatra Irby

Page 50

1    Q.   Okay.  Did -- did you see a cardiologist?
2    A.   No.
3    Q.   Did you have to go back after you were -- got
4  out of the hospital did you have to go back and be seen
5  by a cardiologist or any other doctor for a period of
6  time?
7    A.   No, no more than my regular doctor.
8    Q.   And your regular doctor, you're referring to
9  who?
10   A.   At the time my doctor wasn't there.  It was Dr.
11 Gee.
12   Q.   Okay.  Now, looking at your fact sheet -- I'm
13 looking over page 14 --
14   A.   Uh-huh.
15   Q.   -- where under treatment for heart attack you
16 indicated that you were seen by a doctor -- looks like
17 Bogdan Chumak or Chumak Bogdan.
18   A.   That's the doctor at Metroplex Hospital.
19   Q.   Okay.  It's Dr. Chumak.  Is that right?
20   A.   Chumak?
21   Q.   Is Bogdan his first name?
22   A.   Bogdan.  Yes.
23   Q.   And on the form here it looks like seen -- and
24 you put down in 2000?
25   A.   Uh-huh.

Page 51

1    Q.   Okay.  Because I think earlier you had
2  testified 2001?
3    A.   At the time I wasn't for sure on the dates.  I
4  told them it was a -- it had been a while, so I wasn't
5  for sure on dates and year.
6    Q.   Okay.  So which one is it?
7    A.   What's on the paper.
8    Q.   The paper says 2000.
9    A.   Then it's 2000.
10   Q.   Do you know what kind of doctor Dr. Chumak is?
11   A.   No.  He was an emergency doctor at the
12 emergency room.
13   Q.   He was the emergency room doctor.
14   A.   Yes.
15   Q.   And as far as what they did for you that night,
16 they put you on -- I mean, they did an electrocardiogram.
17 Is that right?
18   A.   Yes.
19   Q.   Or an EKG?
20   A.   EKG, yes.
21   Q.   Okay.  Describe for me how they hooked you up
22 and what was actually done.
23   A.   What they did, they hooked up several little
24 instruments -- well, maybe it's not instruments.  It's
25 like little sticky little instruments to my body.  It was

Page 52

1  -- I can't remember how many but it was a few of them
2  that they put all over me, and they ran a test on me, and
3  they just kept asking me about my neck and my head.
4    Q.   Okay.  And did they put several things on your
5  body with wires going back to a machine?
6    A.   Yes, back to a machine.  Then they had somebody
7  to come in and give me an x-ray right in the same room,
8  and they also had a chaplain to come down and pray over
9  me, and they just told me that they felt that I -- I've
10 had a heart attack.
11   Q.   That was before the test.
12   A.   That was during the test.
13   Q.   Okay.  Now, that test, that EKG, that was
14 different from the echocardiogram you had in December of
15 2002 in Columbus.  Right?
16   A.   That's correct.
17   Q.   I mean, it was a totally different test.
18   A.   Yes, it was.
19   Q.   All right.  Looking at page 12 -- that you have
20 been diagnosed with high cholesterol?
21   A.   I -- cholesterol?  Yes.
22   Q.   Who diagnosed you with that?
23   A.   Dr. Spencer.
24   Q.   Okay.  How long ago was that?
25   A.   It had to be a while back because I didn't even

Page 53

1  remember.
2    Q.   Okay.  I mean, are we talking about, like,
3  before you -- you took diet drugs or after?
4    A.   I don't -- I don't recall.
5    Q.   Okay.  On page 13, at the top, you indicated
6  that you had been diagnosed with gallbladder disease; and
7  then looking down there lower in the page, it looks like
8  what you're referring to is the bladder problem that
9  you've explained earlier?  Is that right?
10   A.   Yeah.  That was the closest diagnostic that you
11 guys had on the paper, so that's why I put bladder.
12   Q.   Okay.
13   A.   And then I put, in K, bladder.
14   Q.   Right.  Right.  I got you.  All right.  And
15 then you also checked that you had been diagnosed with
16 rheumatoid arthritis.  Now, are you talking about the
17 hand?
18   A.   Yes.  The left hand.  Yes.
19   Q.   Looking over on page 16.
20   A.   16?  Okay.
21   Q.   All right.  You checked -- I'm looking at Q in
22 the middle of the page.
23   A.   Uh-huh.
24   Q.   You checked that you have had an
25 echocardiogram.

14 (Pages 50 to 53)

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 54

1    A.  Uh-huh.
2    Q.  Now, is that the one in Columbus that you told
3  us about?
4    A.  Yes.
5    Q.  Okay.  Then you checked number 4 that you have
6  had a pulmonary function test.
7    A.  No, that's not a check.
8    Q.  It's not?
9    A.  No.
10    Q.  Okay.  You have not had a pulmonary function
11  test.  Right?
12    A.  No.
13    Q.  Okay.  I believe that is a check in number 7.
14  Right?
15    A.  Yes.
16    Q.  Okay.  Now, have you had an arterial cardiac or
17  pulmonary angiogram?
18    A.  When I worked for Lockheed Support System, that
19  was something that they had to do yearly.
20    Q.  All right.  And where was that done?
21    A.  I think it was done in -- it was done in
22  Killeen at a doctor's office.
23    Q.  Do you know the doctor's name?
24    A.  No, I can't remember.  That was a while back.
25    Q.  If we were wanting to get records of those, how

Page 55

1  would you suggest we go about that?
2    A.  I would just have to go back and research --
3  call the old company and ask them for the doctor's name.
4    Q.  Okay.  Could you see if you could find out the
5  doctor's name and provide it to your attorney?
6    A.  Sure.
7    Q.  As far as you know, did those tests -- did they
8  ever reveal anything?
9    A.  No.  I think all the tests was normal.  It was
10  just something that we had to do far as a government
11  contract.
12    Q.  Okay.  Tell me how that test was performed.
13    A.  It's just different -- several tests that they
14  give you, and I guess they're just checking for your
15  lungs; and each year we had to do it, so they kept like a
16  chart to compare it each year.
17    Q.  Okay.  As far as actually what they did to you,
18  do you remember?
19    A.  I can't remember.  I think it was several
20  different tests that we had to do.  We had to blow in a
21  machine, and they did some other kind of test.  It was
22  several different tests that they had to complete.
23    Q.  All right.  Looking back at page 10.
24    A.  Uh-huh.
25    Q.  Looking at section H:  To the best of your

Page 56

1  knowledge, have you ever experienced any of the
2  following?  Number 1, shortness of breath not associated
3  with vigorous exercise, you checked yes.  Correct?
4    A.  Uh-huh.
5      MR. GATES:  Remember to say yes or no.
6    A.  Yes.  I checked yes.
7  MR. MANSFIELD:
8    Q.  And when have you experienced shortness of
9  breath not associated with exercise?
10    A.  It's not associated -- housework.
11    Q.  Okay.
12    A.  I mean, it just -- I just get tired and I just
13  have to sit down for a while.
14    Q.  Okay.  And when did you first start
15  experiencing that?
16    A.  This is -- it's been a while ago but I still
17  have some symptoms of it.
18    Q.  Okay.  When you say a while ago, what do you
19  mean?
20    A.  When it first started up it was -- when -- oh,
21  god, it's been so long.  I'll say probably about four
22  years ago or something like that.
23    Q.  Okay.  And you are 45?  Is that right?
24    A.  Yes.
25    Q.  Okay.  So shortly after you turned 40.

Page 57

1    A.  Yes.
2    Q.  Okay.  Number 2 there you checked persistent or
3  recurrent pain in your chest.
4    A.  Referring back to the hospital.
5    Q.  You're talking about in 2000 when you went to
6  the hospital.
7    A.  Yes, that's what I'm talking about.
8    Q.  All right.  Number 4, you checked abnormal lack
9  of energy.
10    A.  Uh-huh.
11    Q.  When did you first begin experiencing that?
12    A.  A couple years ago.  That's back to the
13  walking, lack of energy.
14    Q.  Number 5, fainting dizziness or
15  lightheadedness.  When -- when have you experienced that?
16    A.  That's still going on, the headaches.
17    Q.  The migraine headaches?
18    A.  Yes.
19    Q.  Is that -- do you have that or do you
20  experience the fainting or dizziness or lightheadedness--
21    A.  No, it just the -- the lightheadedness.
22    Q.  The lightheadedness.  Okay.
23    A.  Uh-huh.
24    Q.  And that's simply when you have the migraine
25  headache?

15 (Pages 54 to 57)

Sanders, et al. v. Wyeth, et al.                    Deposition of                          April 12, 2004
                                                   Senatra Irby

Page 58

1    A.   Yes.
2    Q.   And do you take any specific medication for
3  migraine headaches?
4    A.   My doctor have me on Motrin.
5    Q.   Yeah.  That's the prescription strength Motrin
6  that you mentioned?
7    A.   Yeah.  He told me to go ahead and continue to
8  take that for it.
9    Q.   Okay.  And you take it just when you have the
10 headaches or when you feel them coming on?
11   A.   When I feel them coming on.
12   Q.   All right.  Number 8, head pounding, Is that
13 again -- you're talking about the migraine?
14   A.   Yes.
15   Q.   Okay, number 10, memory loss.  When have you
16 experienced that?
17   A.   I guess when I was going to see my
18 psychiatrist.  I guess that should be part of depression.
19   Q.   Depression?  Okay.  And remind me when -- how
20 long ago was that?
21   A.   It's been a while.  I don't remember.
22   Q.   What was -- what is your psychiatrist's name?
23   A.   Dr. Ratnam.  R-a-t-n-a-m.
24   Q.   Okay.  Number 11, arthritis or joint pain.  Is
25 that the hand --

Page 59

1    A.   Yes.
2    Q.   -- problem you were telling us about?
3    A.   Yes.
4    Q.   Anything else?
5    A.   No.
6    Q.   Do you claim that you have suffered any
7  psychological or emotional injury as a result of having
8  taken phentermine?
9    A.   I don't know.  I just know that I was depressed
10 but I don't know how you would category that.  I don't --
11 I don't know.
12   Q.   Okay.  And when you were telling us about the
13 depression-- and I may have missed it -- I don't remember
14 you saying that the diet drugs caused or contributed to
15 that as far as you know.
16   A.   No, I -- no.
17   Q.   Okay.  So let me ask the question again, then.
18 Do you claim that you have suffered any psychological or
19 emotional injury as a result of having taken the diet
20 drugs?
21   A.   I don't know.
22   Q.   Nothing that you're aware of.
23   A.   Not that I'm aware of.  That's correct.
24   Q.   All right.  Thank you.  I believe that's all
25 that I have.

Page 60

1    A.   Thank you.
2  EXAMINATION BY MS. LADNER:
3    Q.   I've got just a few questions, Ms. Irby.  The
4  first thing I wanted to go over with you are the
5  responses that you gave in your fact sheet regarding
6  phentermine, you've filled in on page 17 two dates: May
7  21st of '98 and August the 6th of '98.  Do you know where
8  that information came from?
9    A.   Off of my prescription.
10   Q.   Okay.  Did it come off of the bottles
11 themselves or off of the pharmacy records?
12   A.   Off of the pharmacy records.
13   Q.   Okay.  So somewhere there exists a pharmacy
14 record that's better than the one that's attached to this
15 exhibit.  Have you looked at the one that's attached to
16 this exhibit?
17   A.   I don't have one that's attached to this
18 exhibit.
19      MR. GATES:  Just a second.  it's another
20 exhibit.  let me get it for her.
21      MS. LADNER:  Thank you, George.
22      MR. GATES:  It's number 4.
23 MS. LADNER:
24   Q.   Ms. Irby, can you look at what's been marked as
25 Exhibit 4 and see that the months dates on that chart do

Page 61

1  not reflect what months you took phentermine?
2    A.   Okay.
3    Q.   Do you agree with that?
4    A.   Okay.
5    Q.   All right.  And you do agree, though, that it
6  shows that on the 21st day of some month in 1998, it
7  shows you took phentermine; and on the 6th day of some
8  month in 1998 you took phentermine.  Is that correct?
9    A.   That is the 6th.  It's 8-6-98.
10   Q.   Oh, you can see the 8 on --
11   A.   That's not a 16.  That's an 8 slash 6 slash 98.
12   Q.   All right.  You can see that on your copy.
13   A.   Yes.
14      MR. GATES:  I'm sorry.  She's looking at the
15 fact sheet, not the pharmacy records.  She's asking about
16 if you can see the first month.
17   A.   Oh, no, I can't see the first month.  I'm just
18 looking at the records that I have.
19 MS. LADNER:
20   Q.   But you do remember that when you filled out
21 the fact sheet you had a pharmacy record in front of you
22 and you would have copied those dates from the pharmacy
23 record?
24   A.   I think I did.
25   Q.   Okay.  Let me ask you this:  Is it your

Sanders, et al. v. Wyeth, et al.

Deposition of
Senatra Irby

April 12, 2004

Page 62

1  recollection that you got 30 pills the first time that
2  you took phentermine?
3      A.  Uh-huh.  It was 30 pills.
4      Q.  All right.  And would you agree with me that
5  May 21st is more than 30 days away from August the 6th?
6      A.  I just know he gave me 30 pills.
7      Q.  All right.  So did you take the pills every
8  single day?
9      A.  Yes.
10     Q.  All right.  And did you immediately go in and
11  get a refill on the prescription or was there some period
12  of weeks or months before you went in and got your second
13  prescription?
14     A.  There was a time period.
15     Q.  All right.  And does it sound logical that it
16  was in late May of '98 that you got your first
17  prescription and then you waited until August of '98 to
18  get your second prescription?
19     A.  Whatever the pharmacy have on here.  This is
20  the only pharmacy that I would get the medicine from, so
21  this would be correct.
22     Q.  Okay.  Do you recall filling out an opt-out
23  form?
24         MR. GATES:  [Nodded head affirmatively.]
25     A.  Yes.

Page 63

1  MS. LADNER:
2      Q.  Do you know why you filled that out?
3      A.  Yes, I do.  Is that to -- is that -- I think
4  it's just to check my medical records or history or
5  something.
6      Q.  Did you ever intend to participate in some sort
7  of a national class action settlement?
8      A.  I don't recall.
9      Q.  Let me talk to you for a minute about the
10  echocardiogram that was done.  I think you mentioned
11  earlier it was done in Columbus?  Is that correct?
12     A.  That's correct.
13     Q.  Were you referring to Columbus, Mississippi?
14     A.  Yes.
15     Q.  All right.  Have you seen any echocardiogram
16  and Doppler analysis that's been provided to us?
17     A.  Yes.
18     Q.  And would you agree with me that at the top of
19  that document it says Ormond Beach, Florida?
20     A.  I don't recall.  I don't have --
21     Q.  Do you --
22     A.  Oh -- 
23     Q.  Do you know --
24     A.  Oh, yes.
25     Q.  -- why the echocardiogram was analyzed in

Page 64

1  Ormond Beach, Florida?
2      A.  No.
3      Q.  Do you know the doctor that analyzed your
4  echocardiogram?  Have you met him?
5      A.  No.
6      Q.  Have you ever heard of a doctor named Dr. Tai?
7      A.  I don't know.  I just know I went in and had it
8  done.  I don't -- I mean, nobody introduced themself or
9  anything to me.  It was just -- I just had the test done.
10     Q.  Whom have you talked to regarding your
11  echocardiogram?
12     A.  No one, really.  I think I just carried it to
13  my regular doctor and had them to put in my file.
14     Q.  Okay.  And when you say your regular doctor,
15  who is that?
16     A.  Spencer.
17     Q.  What did Dr. Spencer tell you about the
18  echocardiogram?
19     A.  I don't recall.
20     Q.  Did you share the results of your
21  echocardiogram with anyone other than Dr. Spencer?
22     A.  No.
23     Q.  Did you discuss the results of your
24  echocardiogram with the doctor or the technician who
25  performed the echocardiogram?

Page 65

1      A.  No.
2      Q.  Do you know what the results show in that
3  echocardiogram?
4      A.  No.
5      Q.  Who recommended that you get the
6  echocardiogram?
7      A.  My attorney's office sent me a letter
8  referring.
9      Q.  Do you know what time period it was in which
10  you first contacted an attorney about your litigation
11  regarding diet drugs?
12     A.  No.
13     Q.  Do you have any documentation at home that
14  would help us to ascertain what date you first contacted
15  a lawyer about this lawsuit?
16     A.  No.
17     Q.  Did you sign a letter of engagement with your
18  attorney or a representation type of letter with your
19  attorney Mr. Colom?
20     A.  I think I did.
21     Q.  Did you retain a copy of that letter?
22     A.  I don't recall.
23     Q.  Okay.  That's certainly fair enough.  How long
24  was it before you signed the letter of representation
25  that you first contacted Mr. Colom?

Page 66

1    A.   Oh, I can't remember.  That's been a while.  I
2  don't know.
3    Q.   Have you filed any other lawsuits in your
4  lifetime?
5    A.   Lawsuit?  Yes, I have.
6    Q.   Which one?
7    A.   Just regular lawsuits?
8    Q.   Yes.  Any type of lawsuit is what I want to
9  know about.
10   A.   Oh, any kind?  I think accident lawsuit or
11 something like that.  Just --
12   Q.   Okay.  You filed a lawsuit regarding an
13 accident.
14   A.   Uh-huh.
15   Q.   When was that accident?
16   A.   I -- probably sometimes in 1990.  I don't
17 remember when.
18   Q.   What kind of an accident was it?
19   A.   A car accident.
20   Q.   Who was at fault?
21   A.   The other person.
22   Q.   Who represented you?
23   A.   An attorney in Killeen.
24   Q.   And you think the accident was in approximately
25 1990?

Page 67

1    A.   Sometimes in 1990, but I don't remember when.
2    Q.   How were you injured in that accident?
3    A.   I think I just had back problems, but I think
4  it -- it was because of the impound of the car.
5    Q.   Did you end up settling that lawsuit?
6    A.   Yes.
7    Q.   How much money did you receive?
8    A.   I don't remember.  I think it might have been
9  2000, but that's -- I can't remember.
10   Q.   Were you deposed in that lawsuit?
11   A.   No.
12   Q.   Any other lawsuits that you've been a party to?
13   A.   Not that I can recall at this time.
14   Q.   Have you ever made a claim against any other
15 company?
16   A.   No.
17   Q.   Have you ever contacted an attorney about
18 potentially having a claim against any other company or
19 individual?
20   A.   No.
21   Q.   Have you ever been a defendant in a lawsuit?
22   A.   No.
23   Q.   I guess the only other lawsuit that you've ever
24 been a party to, then, other than the car accident in
25 1990, this lawsuit, would be your divorce?

Page 68

1    A.   Oh, yes.
2    Q.   Have you ever had any contact with a company
3  called SmithKlineBeacham?
4    A.   No.
5    Q.   Does your sister Ruby still work for an
6  attorney?
7    A.   No.
8    Q.   Am I to understand you correctly that while you
9  were taking the diet drugs you did not experience any
10 symptoms that you related to the diet drugs?
11   A.   No.
12   Q.   When was the first time that you felt you
13 experienced a symptom related to diet drugs?
14   A.   I don't recall.  It's been a while.
15   Q.   Did you consult a physician as soon as you
16 suspected you had a symptom related to diet drug use?
17   A.   Yeah.  I went to my doctor.
18   Q.   And you're talking here about Dr. Spencer?
19   A.   Uh-huh.
20   Q.   Did you tell Dr. Spencer that you thought your
21 symptoms may be related to diet drugs?
22   A.   No.
23   Q.   All right.  And was the first symptom that you
24 experienced that you think was related to diet drugs the
25 uncontrollable bladder or was it the migraine headaches?

Page 69

1    A.   It was the migraine headaches.
2    Q.   All right.  And did you tell Dr. Spencer that
3  you suspected that they might be related to diet drugs?
4    A.   No.
5    Q.   But when you consulted him the first time about
6  your migraines headaches, you did in fact suspect it
7  might be related to diet drugs.  Is that correct?
8    A.   I did, yes.
9    Q.   What about the first time you consulted him
10 about your uncontrollable bladder?  At that time did you
11 tell him you thought it might be associated with diet
12 drugs?
13   A.   No.
14   Q.   Did you at that time, in fact, suspect that
15 your uncontrollable bladder might be related to your use
16 of diet drugs?
17   A.   Yes.
18   Q.   And what about the pain in your left hand?  Did
19 you, at the time you first experienced it, suspect that
20 it was caused by your use of diet drugs?
21   A.   I did, yes.
22   Q.   And did you tell Dr. Spencer that?
23   A.   No.
24   Q.   How long did you experience migraine headaches
25 before you went to see Dr. Spencer about them?

Sanders, et al. v. Wyeth, et al.                    Deposition of                                  April 12, 2004
                                                  Senatra Irby

Page 70

1    A.  For maybe two weeks.
2    Q.  And you'd never had any migraine headaches
3  before then?
4    A.  No, never.
5    Q.  Anyone in your family suffer with migraine
6  headaches?
7    A.  No.
8    Q.  Does anyone in your family suffer with
9  uncontrollable bladder?
10   A.  No.
11   Q.  The medication that you currently take for the
12  uncontrollable bladder:  Did I understand you to say that
13  you received that medication or you filled that
14  prescription at the Wal-Mart pharmacy?
15   A.  Yes.
16   Q.  And would that be the Wal-Mart pharmacy on
17  Lowe's Boulevard in Killeen?
18   A.  Yes.
19   Q.  Do you use any other pharmacies other than that
20  one?
21   A.  Wal-Mart is the only one.  I think the military
22  also.
23   Q.  Does that pharmacy have a name?
24   A.  I don't know.  I just know is the military --
25  probably is Dornell Hospital.  I don't -- I don't know

Page 71

1  the pharmacy there.
2    Q.  Can you spell the name of that hospital for me?
3    A.  I think it's D-o-r-n-e-l-l.
4    Q.  Thank you.  Am I correct to understand that it
5  was just this Dr. Whitten --
6    A.  Uh-huh.
7    Q.  Is he the only doctor that's ever prescribed
8  diet drug medication for you?
9    A.  That I can recall of, yes.
10   Q.  And you don't have any records to show your
11  receiving prescriptions from anybody other than Dr.
12  Killen?
13   A.  Doctor who?
14   Q.  Dr. Whitten.  Is that correct?
15   A.  For diet drugs?
16   Q.  Yes, ma'am.
17   A.  Yes.
18   Q.  Have we talked about all of the doctors that
19  you have received care from in the last ten years, or is
20  there some other healthcare providers that you have not
21  identified throughout the course of this deposition?
22   A.  At this time, I think this is everyone.
23   Q.  Have you ever filed for bankruptcy?
24   A.  No.
25   Q.  Have you ever been convicted of a crime?

Page 72

1    A.  Not that I can recall.
2    Q.  Okay.  And were you ever personally in the
3  military?
4    A.  No, ma'am.
5    Q.  Do either of your children have any health
6  problems?
7    A.  No.
8    Q.  What about your husband?  Does he have any
9  health problems?
10   A.  My husband.  I think my husband have diabetes.
11   Q.  All right.  We don't have all of your medical
12  records, obviously, at this time; so we will recess the
13  deposition with the understanding that when we receive
14  additional -- when or if we receive additional medical
15  records, we may need to reconvene.
16      MR. GATES:  That's fine.
17      MS. LADNER:  Of course, I'm recessing pending
18  Emilie or Ken having any additional questions.  Do either
19  of you have any?
20      MR. MANSFIELD:  No.  I don't.
21      MS. WHITEHEAD:  I do not.
22      MR. GATES:  All right.  Y'all have a nice day.
23      MS. LADNER:  Thanks, everyone.
24   A.  Thank you.
25      VIDEOGRAPHER:  Off record.  Time is 12:26.

Page 73

[Certificate pages — court reporter certification text, illegible]

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DIVISION OF PENNSYLVANIA
 2

 3   IN RE DIET DRUGS
     (PHENTERMINE/                          MDL. NO. 1203
 4   FENFLURAMINE/DEXFENFLURAMINE)
     PRODUCTS LIABILITY LITIGATION
 5                    * * * * * * * *

 6   MARY F. SANDERS, ET AL.                    PLAINTIFFS

 7   V.                      CIVIL ACTION NO. 2:03CV20121

 8   WYETH-AYERST PHARMACEUTICALS, INC.,
     f/k/a WYETH-AYERST LABORATORIES, INC.;
 9   ET AL.                                   DEFENDANTS

10

11

12              VIDEOTAPED DEPOSITION OF

13                  MARY F. SANDERS

14

15

16         TAKEN AT THE INSTANCE OF DEFENDANTS
            AT OFFICES OF THE COLOM LAW FIRM
17      200 6TH STREET NORTH, COLUMBUS, MISSISSIPPI
          ON APRIL 16, 2004, BEGINNING AT 10:00 A.M.
18

19

20             (APPEARANCES NOTED HEREIN)

21

22   Reported by:  REGINA D. RUSSELL, CSR 1110

23   _____

24                  BOND & ASSOCIATES
                POST OFFICE BOX 320666
25           JACKSON, MISSISSIPPI  39232
                    (601) 936-4466
```

Sanders, et al. v. Wyeth, et al.                    Deposition of                    April 16, 2004
                                                    Mary Sanders

Page 2

1  APPEARANCES:
2  For the Plaintiff:   MICHELLE TOLLE, ESQUIRE
                        Page, Kruger & Holland, P.A.
3                       Post Office Box 1163
                        Jackson, MS 39215-1163
4                       (601) 420-0333
5
   For the Defendant
6  Wyeth-Ayerst
   Pharmaceuticals,
7  Inc.:        SCOTT D. BLOUNT, ESQUIRE
                Butler, Snow, O'Mara, Stevens
8               & Cannada, PLLC
                P. O. Box 171443
9               Memphis, TN 38187-1443
                (901) 680-7201
10
11 For the Defendant
   Gate Pharmaceuticals: STEVE BROUILLETTE, ESQUIRE
12 (Via Telephone)     Wells, Marble & Hurst, PLLC
                       Post Office Box 131
13                     Jackson, MS 39205-0131
                       (601) 355-8321
14
   For the Defendant
15 Rugby Laboratories,
   Inc. and Goldline
16 Laboratories, Inc.:  EMILIE F. WHITEHEAD, ESQUIRE
                        Page, Mannino, Peresich &
17                      McDermott, PLLC
                        759 Vieux Marche' Mall
18                      Post Office Drawer 289
                        Biloxi, MS 39533-0289
19                      (228) 868-0207
20 For the Defendant
   SmithKline Beecham
21 Corporation:     LYNN LADNER, ESQUIRE
   (Via Telephone)      Watkins & Eager
22                      Post Office Box 650
                        Jackson, MS 39205-0650
23                      (601) 948-6470
24 Also Present:    MR. ROBERT L. FORD,
                    Videographer
25

Page 3

TABLE OF CONTENTS
1
2  WITNESS                                       PAGE
3  MARY F. SANDERS
4       Examination by Mr. Blount.............   4
5       Examination by Ms. Whitehead..........   188
6       Examination by Ms. Ladner.............   194
7
8  EXHIBIT      DESCRIPTION                      PAGE
9
   1   Notice of Deposition of Plaintiffs...    4
10
   2   List of Medical Providers............    4
11
   3   Plaintiff's Fact Sheet...............    4
12
   4   Echocardiogram and Doppler Analysis...   4
13
   5   Orange Form #3......................     183
14
15               / / / / /
16
17
18
19
20
21
22
23
24
25

Page 4

1       (Exhibit Nos. 1-4 were premarked prior
2  to the deposition commencing.)
3       MR. FORD:  This is the deposition of
4  Mary F. Sanders, taken in the suit styled Mary F.
5  Sanders, et al, Plaintiffs, v. Wyeth, Incorporated,
6  et al, Defendants, in Civil Action No. 03-20121, in
7  the United States District Court for the Eastern
8  Division of Pennsylvania, in reference to diet drugs
9  Phentermine -- MDL No. 1203 --
10 Fenfluramine/Dexfenfluramine Products Liability
11 Litigation. This deposition is being taken on April
12 the 16th, 2004, at the Colom Law Firm, 200 Sixth
13 Street North, Suite 102, Columbus, Mississippi,
14 39701. The court reporter is Regina Russell.  The
15 videographer is Robert L. Ford.  The time is 10:18
16 a.m.  We're on the record.  Beginning with the
17 Plaintiff, would the attorneys please introduce
18 themselves?
19      MR. BLOUNT:  This is Scott Blount with
20 the firm of Butler Snow for the Defendants Wyeth.
21      MS. TOLLE:  My name Michelle Tolle.
22 I'm with Page, Kruger & Holland for the plaintiff.
23      MR. FORD:  Would the court reporter
24 please swear the witness?
25      MS. TOLLE:  Actually --

Page 5

1       MR. FORD:  Oh, I'm sorry.
2       MS. LADNER:  Lynn Ladner for
3  SmithKline Beecham.
4       MS. WHITEHEAD:  Emilie Whitehead for
5  Goldline and Rugby.
6       MR. BROUILLETTE:  Steve Brouillette
7  for Gate Pharmaceutical.
8       MS. LADNER:  Thank you.
9       MR. FORD:  Will the court reporter
10 please swear the witness?
11      MARY F. SANDERS, after being duly
12 sworn, testified as follows:
13
14            EXAMINATION
15 BY MR. BLOUNT:
16      Q.  Hi, Ms. Sanders.  My name is Scott Blount.
17 I represent the Wyeth defendants who manufacture the
18 drug Pondimin.  And I just want to go over a few of
19 the ground rules, kind of, for the deposition.  Any
20 time we ask you a question, if you'd please respond
21 with yes or no or ask us to -- or we need you to
22 respond verbally to us, please.  Nodding of the head,
23 while it will show up on the video camera --
24      A.  Okay.
25      Q.  -- it won't show up on the court

Case 2:02-cv-20120-HB    Document 22-3    Filed 11/18/2004    Page 22 of 38

Sanders, et al. v. Wyeth, et al.                Deposition of                        April 16, 2004
                                                Mary Sanders

Page 6

1   reporter -- on her -- her -- her copy. So we may
2   have to ask you to -- to say it yes or no. And if we
3   do that, please don't take offense to it.
4       A. Uh-huh (Indicating yes).
5       Q. If -- if you need a break for any reason,
6   if you need to catch your breath, you need a drink of
7   water or anything like that, just let us know, and
8   we'll be happy to -- to let you go -- go get a break.
9   I'm sure one of us will probably ask for one if it --
10  if it goes more than three or four hours without a
11  break. And I need to know if -- no. I'm sorry.
12  If -- if your -- if your attorney makes an objection
13  to the case, unless she instructs you not to answer,
14  you'll -- you'll need to go ahead and answer the
15  question. It's -- it's just more of a formality
16  than -- than it's -- than it is actually preventing
17  you from answering anything. But if she instructs
18  you not to answer a question, you know, don't answer
19  it. If you need the -- if -- if there's any -- I'm
20  sorry.
21          (Videographer adjusts the light.)
22          MR. BLOUNT: Thank you very much.
23  That was very bright.
24      Q. (By Mr. Blount) Is there any reason today
25  that you won't be able to answer any questions

Page 7

1   truthfully?
2       A. No.
3       Q. No. Okay. Do you know of any medication
4   that you may be on, that may affect any of your
5   answers today?
6       A. I'm not on any -- any medication at all.
7       Q. Okay. Do you -- have you ever been deposed
8   before in any -- any matter?
9       A. Have I -- do what?
10      Q. Have you ever been in a deposition before?
11      A. No.
12      Q. Have you ever been involved in a lawsuit
13  before?
14      A. No.
15      Q. Has anybody ever sued you before?
16      A. No.
17      Q. No. Okay. Let me just get a few personal
18  things out of the way. What is your full name?
19      A. Mary F. Sanders. Frances --
20      Q. Frances?
21      A. -- is my middle name.
22      Q. And what is your age and address?
23      A. Thirty-one. Address: 251 Macon Lynn Creek
24  Road, Macon, Mississippi, 39341.
25      Q. I'm sorry. What did you say? Is that --

Page 8

1   you said Macon Lynn Creek?
2       A. Macon Lynn Creek Road.
3       Q. Okay.
4       A. Uh-huh (Indicating yes).
5       Q. And what was the zip code again?
6       A. I just swallowed the gum.
7       Q. Do you need some water?
8       A. 39341. No. I'm fine.
9       Q. Okay. Are you married?
10      A. Yes.
11      Q. And what's your husband's name?
12      A. Tavus Sanders.
13          MS. TOLLE: Actually, before we go any
14  further, can I -- are we just doing the standard
15  preserving any objections other than form?
16          MR. BLOUNT: Sure. Yeah.
17          MS. TOLLE: Okay. I just wanted to
18  ask before we get underway.
19          MR. BLOUNT: I think -- yeah. The
20  pretrial -- I think the pretrial order --
21          MS. TOLLE: Oh.
22          MR. BLOUNT: -- says -- states that.
23  But I -- so I forget to ask sometimes.
24          MS. TOLLE: Great.
25      Q. (By Mr. Blount) That's -- Tavus Sanders is

Page 9

1   your husband?
2       A. Yes.
3       Q. And what does Mr. Sanders do?
4       A. Truck driver.
5       Q. Truck driver. Do you know which company he
6   drives for, or does he drive by himself?
7       A. United Transportation in Eutaw -- Eutaw,
8   Alabama.
9       Q. Does he live in Eutaw, or does he live with
10  you?
11      A. No. He lives in Macon.
12      Q. Lives in Macon. And how long have y'all
13  been married?
14      A. Six years.
15      Q. Have you ever been married before him?
16      A. No.
17      Q. Okay. Do y'all have any children?
18      A. Two.
19      Q. What are their names?
20      A. Malik Sanders and Tyler Sanders.
21          THE COURT REPORTER: Spell it, please.
22          THE WITNESS: T-Y-L-E-R, Tyler. Or
23  Malik's?
24          THE COURT REPORTER: Malik?
25          THE WITNESS: M-A-L-I-K.

Sanders, et al. v. Wyeth, et al.                    Deposition of                    April 16, 2004
                                                   Mary Sanders

Page 10

1    Q.   (By Mr. Blount)  Okay.  And how old is
2    Malik?
3        A.   He's eight.
4        Q.   He's eight.  And how old is Tyler?
5        A.   She's five.
6        Q.   She's five.  I'm sorry.  Okay.  And what is
7    your maiden name?
8        A.   Mason.
9        Q.   Mason.  Okay.  Does anybody else live
10   in your -- live in your house besides you and your
11   husband and two kids?
12       A.   No.
13       Q.   No.  Okay.  What is your social security
14   number?
15       A.   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.
16       Q.   Okay.  And if you could, for me, describe
17   your current house?
18            MS. TOLLE:  Could you be more
19   specific?
20       Q.   (By Mr. Blount)  Your current residence.
21   Like, is it two story, one story?
22       A.   No.  One story.
23       Q.   One story.  Do y'all have a large yard?
24       A.   No.
25       Q.   No.  Is it -- is it a house, or is it an

Page 11

1    apartment?
2        A.   It's a house.
3        Q.   House.  And do you know about --
4    approximately how much square feet?
5        A.   No.
6        Q.   No.  How many -- how many bedrooms do you
7    have?
8        A.   Three bedrooms.
9        Q.   Three.  Would you -- would you consider it
10   a pretty big house?
11       A.   Nah -- no.
12       Q.   Okay.  Okay.  And who is -- are you
13   currently employed?
14       A.   Yes.
15       Q.   Where do you work?
16       A.   I'm a hair dresser.
17       Q.   Do you work for someone or yourself?
18       A.   No.  Self employed.
19       Q.   Do you work from home, or do you have -- do
20   you have a shop?
21       A.   I have a beauty shop.
22       Q.   What's the -- do you have a name for --
23       A.   Beauty of Color.
24       Q.   And where is that?
25       A.   In Macon, Mississippi.

Page 12

1        Q.   Okay.  And do you work full time there?
2        A.   Weekends.  Thursday, Friday, Saturdays.
3        Q.   About -- about what -- what are your
4    average hours you put in?
5        A.   Well, I go in about 9:00, and I kind of,
6    like, leave out maybe like 5:00, 6:00.
7        Q.   Okay.
8        A.   And on Saturdays, I leave like 12:00.  Go
9    in about 7:00 and leave about 12 o'clock.
10       Q.   Twelve o'clock noon?
11       A.   Twelve o'clock noon.
12       Q.   Do you stay pretty busy when you're there?
13       A.   Sort of.
14       Q.   Sort of.  How long have you been doing
15   that?
16       A.   Ten years.
17       Q.   Ten years.  Same -- same place?
18       A.   No -- well, I just recently opened my
19   beauty shop about six months ago.
20       Q.   Okay.  Where did you work before then?
21       A.   512 Hair -- no.  Brenda's Cutting Edge.
22       Q.   Brenda's Cutting Edge?
23       A.   Yes.
24       Q.   And how long did you work at Brenda's
25   Cutting Edge?

Page 13

1        A.   About five months.
2        Q.   Did you -- what kind of hours did you put
3    in at Brenda's?
4        A.   Just the weekends.
5        Q.   Just weekends.  Did you do something
6    else -- did you work somewhere else during the week?
7        A.   No.
8        Q.   No.  Do you currently work any -- somewhere
9    else during the week?
10       A.   No.
11       Q.   All right.  And how about before Brenda's?
12       A.   512 Hair Connection.
13       Q.   How long did you work there?
14       A.   About a year.
15       Q.   About a year.  Same -- same -- same hours
16   on -- just on weekends?
17       A.   Yes, just weekends.
18       Q.   Okay.  What about before then?
19       A.   J & S Hair Salon.
20       Q.   J & S?
21       A.   Yes.
22       Q.   And how long did you work at J & S?
23       A.   About two months.
24       Q.   All right.  And same -- same hours again,
25   weekends?

Sanders, et al. v. Wyeth, et al.                    Deposition of                              April 16, 2004
                                                    Mary Sanders

Page 14

1    A.   Yes.
2    Q.   Have you ever worked 40 hour weeks in -- at
3  any -- in the beauty shops?
4    A.   No.
5    Q.   All right.  Okay.  Is that pretty much --
6  pretty much -- you've worked several different beauty
7  shops?
8    A.   Yes.  Well, when I first started doing hair
9  in '93 --
10   Q.   Uh-huh (Indicating yes).
11   A.   -- I worked at J -- JJ's Beauty Salon.
12   Q.   Is that in Macon?
13   A.   Yes, in Macon.
14   Q.   Have -- have all of your jobs been in
15  Macon -- all the --
16   A.   All of them.
17   Q.   Okay.
18   A.   Well, all but J & S Hair Salon.  That was
19  in Columbus, Mississippi.
20   Q.   Oh, okay.  J & S was in Columbus.  Okay.
21  And how long did you work at JJ's?
22   A.   About five years there.
23   Q.   Okay.  And were you working the part-time
24  weekend work again?
25   A.   Well, I worked in the front -- sales

Page 15

1  because it was a -- a supply store.
2    Q.   Okay.
3    A.   And I'd do hair like on the weekends or
4  just when I feel like it.  But mostly, I worked in
5  sales.
6    Q.   And you worked all during the week
7  during -- in sales?
8    A.   Yes.
9    Q.   Were you working on your degree at that
10  point?
11   A.   Well, yes, because I had to go take my --
12  the state board.
13   Q.   Uh-huh (Indicating yes).
14   A.   And I really didn't really have interest in
15  doing hair.  I had finished school, and then I just
16  worked in sales.  And then I decided to go ahead and
17  get my license and --
18   Q.   Okay.  All right.  So when did you get your
19  license?
20   A.   In '93.
21   Q.   In '93.  Okay.  Do you have -- do you have
22  any other degrees?
23   A.   No.
24   Q.   What's your -- what's your highest level of
25  education?

Page 16

1    A.   Two years of college --
2    Q.   Two years of college?
3    A.   -- as far as beauty school.
4    Q.   Where did you go to college?
5    A.   Mary Holmes College in West Point,
6  Mississippi.
7    Q.   Okay.  Just a few more kind of standard
8  questions.  Have you ever filed a workers'
9  compensation claim?
10   A.   No.
11   Q.   Have you ever filed for any social security
12  disability?
13   A.   No.
14   Q.   Have you ever filed any disability claim
15  with a -- with an employer or with an insurance
16  company?
17   A.   No.
18   Q.   Okay.  Where did you -- where did you
19  attend beauty school?
20   A.   Mary Holmes College.
21   Q.   At Mary Holmes.  Okay.  Do you have any --
22  do you have any close family -- or do you have any
23  family members that have any kind of medical
24  training:  a nurse or maybe a nurse's aide or --
25   A.   No.

Page 17

1    Q.   -- radiology tech or anything?
2    A.   No.
3    Q.   No doctors?
4    A.   No.
5    Q.   Okay.  When -- and -- pretty much all of
6  the -- all of the jobs you've had as a beautician,
7  has it be pretty much similar work?
8    A.   Yes.
9    Q.   Doing -- is it mostly doing hair?
10   A.   Yes.
11   Q.   Are you pretty much on your -- are you on
12  your feet most of the time?
13   A.   Yes.
14   Q.   Okay.  So when you -- when you go in --
15  when you go into work at -- at 9:00, is -- about --
16  between 9:00 and 5:00, about how many hours of that
17  day are you on your feet?
18   A.   I would probably say like about five, six.
19   Q.   Five or six hours.  Okay.  Have you ever
20  been in the military?
21   A.   No.
22   Q.   Okay.  All right.  Let me start going
23  through some medical history with you.  And it's
24  pretty much -- a pretty comprehensive medical history
25  I'd like to have.  And we'll start with just asking

Page 18

1  you, have you ever been -- have you ever been
2  hospitalized?
3      A.  No.
4      Q.  No.  Well, do -- were you in the hospital
5  when you gave birth to your children?
6      A.  Yes.  That's the only time.
7      Q.  Okay.  What -- what hospital did you use?
8      A.  Oktibbeha --
9      Q.  Oktibbeha.
10     A.  -- County.  It was in Starkville,
11  Mississippi.
12     Q.  Okay.  And which -- for which one of your
13  children?  For both of them?
14     A.  Malik and Tyler, yes.
15     Q.  Okay.  Did -- did you have any problems
16  with pregnancy or anything?
17     A.  No.
18     Q.  Did you have any complications after they
19  were born?
20     A.  No.
21     Q.  Okay.  Who is your -- who was their
22  doctor -- or who was the doctor that you used?
23     A.  Dr. Pearson and Dr. Cobb.
24     Q.  Do you know where their offices are?
25     A.  Starkville, Mississippi.

Page 19

1      Q.  Both in Starkville.  Are they with the same
2  group?
3      A.  Yes.
4      Q.  Do you know the name of the group?
5      A.  I guess Starkville Women for -- I mean
6  Starkville Clinic for Women -- it's Starkville
7  Women's Clinic.
8      Q.  Okay.  And do you have a -- do you use that
9  clinic for GYN?
10     A.  Yes.
11     Q.  Okay.  Do you see a different doctor for
12  that?
13     A.  No.  The same two doctors.
14     Q.  Okay.  And about when was the last time you
15  went to see them for GYN?
16     A.  Oh, about -- about eight months ago.
17     Q.  Okay.  Do you remember which one you saw?
18     A.  Jan Furniss -- she works in the office --
19  because Dr. Cobb was out that day.
20     Q.  Okay.  Do you -- do you normally just go
21  for routine checkups, or has there --
22     A.  Yes, routine checkups.
23     Q.  Has there ever been any special
24  circumstances that you had to go?
25     A.  No.

Page 20

1      Q.  Okay.  All right.  Have you ever had any
2  outpatient procedures?
3      A.  I had a tubal.
4      Q.  You had a tumor?
5      A.  A tubal.
6      Q.  A tubal?
7      A.  Tubes tied.
8      Q.  All right.  And that was performed by the
9  same physicians?
10     A.  Dr. Pearson.
11     Q.  Dr. Pearson.  Was that performed at --
12  outpatient at Oktibbeha?
13     A.  Yes.
14     Q.  All right.  Is that -- is it those -- are
15  those the only -- is that the only time you've ever
16  been out -- have any kind of outpatient procedure?
17     A.  Yes.
18     Q.  Okay.  What -- is that -- and that's the
19  only time you've ever been hospitalized, for your
20  children?
21     A.  Yes.
22     Q.  Okay.  Have you ever had to go to the
23  emergency room for any illness or any injury?
24     A.  Just for my chest.
25     Q.  Your chest.  When did you go -- when --

Page 21

1  when is the first time you ever went to an emergency
2  room for your chest?
3      A.  I don't remember.
4      Q.  Don't remember.  Do you remember what year
5  maybe?
6      A.  (No response).
7      Q.  2000?  '99?  2001?
8      A.  I really don't remember.
9      Q.  Okay.
10     A.  No.
11     Q.  Do you remember where you went?
12     A.  Baptist -- Baptist Memorial --
13     Q.  Baptist Memorial?
14     A.  -- in Columbus --
15     Q.  Is that here in Columbus?
16     A.  -- Mississippi.  Yes.
17     Q.  Okay.  And what -- what -- what was
18  happening that made you want to go to the emergency
19  room?
20     A.  Well, my chest -- my chest usually
21  tightens -- I'm so nervous.
22     Q.  That's okay.
23         MS. TOLLE:  You're doing fine.
24     A.  It tightens up sometimes.
25     Q.  (By Mr. Blount)  If you -- can we get -- do

Page 22

1  you want some water?
2      A.  No.  I'm fine.
3      Q.  Okay.
4      A.  I'm fine.  And it just -- that day, that
5  particular day, it just got so bad that I went to the
6  emergency room.
7      Q.  It just -- it got so tight?
8      A.  Yeah -- I -- well, I usually -- I always
9  experienced it, and so I'd just, you know, relax and
10  let it just try to go through.  But that day, it
11  was -- it was -- it kept happening, you know, over
12  and over again.  So I went to the emergency room.
13     Q.  Okay.  When you say you've always
14  experienced it, what exactly do you mean by that?
15  When --
16     A.  Like --
17     Q.  -- is the first time you can remember it
18  getting tight, when you were, like, a child?
19     A.  No.  No.  I'd say about like in 2000.
20     Q.  Okay.
21     A.  I know it was like in the 2000s.
22     Q.  And what -- did you see a doctor at -- at
23  the -- in the ER?
24     A.  Yes.
25     Q.  And do you remember who that was?

Page 23

1      A.  No.
2      Q.  Okay.  Do you remember, did he run any
3  tests on you -- or he or she run any tests on you?
4      A.  Well, he did some X-rays and took some
5  blood work.
6      Q.  Do you remember what kind of X-rays or what
7  kind of blood work?
8      A.  No.
9      Q.  Okay.  Do you know if he did an
10  echocardiogram?
11     A.  Well, I had a EKG in Macon --
12     Q.  Okay.
13     A.  -- one time for the same thing, for my
14  chest.
15     Q.  Would this have been before or after you
16  went to the ER?
17     A.  This was before I went to the ER.
18     Q.  And where would you have had that done at?
19     A.  In Macon, Mississippi.  Macon Primary Care.
20     Q.  Okay.  I'll come -- I'll ask you about that
21  in just a second.  But do you remember -- you can't
22  remember anything beyond you had some X-rays and some
23  blood work at the hospital?
24     A.  Right.  That's -- that's all I can
25  remember.

Page 24

1      Q.  Do you remember if you followed it --
2  followed up, or if he told you to follow up with a
3  doctor?
4      A.  Well, he didn't say to follow up.
5      Q.  Okay.  Do you remember -- did he -- what
6  did he tell you was wrong?  Or did he tell -- or did
7  he?
8      A.  He didn't say anything.
9      Q.  He didn't say anything?
10     A.  Well, he -- he prescribed me some medicine,
11  if I'm not mistaken.  I don't remember what the
12  medicine was, but he never did say, you know, what
13  was the problem.
14     Q.  But he never really told you he -- did he
15  tell -- did he tell you, you were okay?
16     A.  I don't remember.
17     Q.  He didn't tell you, you were having a heart
18  attack or anything, did he?
19     A.  No.
20     Q.  Did -- did you have to spend the night at
21  all?
22     A.  No.
23     Q.  Okay.  Okay.  So -- now, you said that
24  you -- you, at one time, had an EKG at the primary
25  care in Macon?

Page 25

1      A.  Yes.
2      Q.  Who -- were you seeing a doctor there?
3      A.  Denzil Robertson.
4      Q.  Do you know what Dr. Robertson's specialty
5  is?
6      A.  No.
7      Q.  Do you -- is he -- is he a doctor you see
8  regularly?
9      A.  Well, at that time -- he was in Macon
10  probably like about a year at that time that I went
11  to go see him.
12     Q.  Do you -- do you remember what time that
13  was?
14     A.  I don't remember.
15     Q.  Okay.  But it did -- it was -- it did -- it
16  was before you went to the hospital?
17     A.  Yes.  It was before I went to the emergency
18  room.
19     Q.  Okay.  And so you -- why -- you went to see
20  him because your chest was hurting?
21     A.  Yes, chest was hurting.
22     Q.  Okay.  And he did a -- he did an EKG?
23     A.  Yes.
24     Q.  Did he do any -- any other tests?
25     A.  No.  Like, he did a EKG, and he told me he

Sanders, et al. v. Wyeth, et al.　　　　　　　Deposition of　　　　　　　　　April 16, 2004
　　　　　　　　　　　　　　　　　　　　　　Mary Sanders

Page 26

1　really -- he don't know what was wrong.
2　　Q.　Okay.
3　　A.　And he recommended me to go to Jackson to
4　get a -- I think you call it a CAT scan.
5　　Q.　All right.
6　　A.　But I -- I didn't go because I really
7　couldn't afford to go.  It was $1,100, and I couldn't
8　afford that at the time.
9　　Q.　Okay.  Did you ever -- did you ever see him
10　again besides that one time?
11　　A.　I don't remember.  I want to say one more
12　time, but I -- I really don't remember.
13　　Q.　Okay.
14　　A.　Because it happens so often, I might have
15　went back again.
16　　Q.　Well, you say it happens a lot.  Does it --
17　does it happen every day?
18　　A.　Probably like every other day.
19　　Q.　The -- the tightening feeling?
20　　A.　Yes.
21　　Q.　Does it -- does it ever just hurt real bad?
22　　A.　Not to where I have to go to the emergency
23　room, but it -- it -- it hurts.  And I just have to
24　just stop for a minute --
25　　Q.　Does it ever --

Page 27

1　　A.　-- and try to relax and just let it go
2　through.  I'm sorry.
3　　Q.　Go ahead.  Yeah.
4　　A.　That's it.
5　　Q.　Okay.  Does it ever feel like you can't
6　breathe?
7　　A.　Yes.
8　　Q.　Is -- is that pretty much every --
9　　A.　Yes.
10　　Q.　-- time?
11　　A.　Yes.
12　　Q.　Okay.  Besides Dr. Robertson, have you ever
13　seen any other doctor about your chest?
14　　A.　No.
15　　Q.　No.  Do you -- do you -- have you -- do you
16　normally see any other physicians?  Do you have a
17　primary care doctor you go to?
18　　A.　No.
19　　Q.　Have you -- besides -- besides your trip to
20　the -- to the hospital and to Dr. Robertson's office
21　and your -- your two -- the births of your children,
22　have you ever seen any other doctors?
23　　A.　Beverly Gardner.
24　　Q.　I'm sorry.  Beverly?
25　　A.　Beverly Gardner.

Page 28

1　　Q.　Gardner?
2　　A.　In Macon, Mississippi.
3　　Q.　What do you see Beverly for?
4　　A.　When I was -- headaches.
5　　Q.　Headaches.  About what time would this have
6　been?
7　　A.　I'd say about a year ago --
8　　Q.　About a year ago?
9　　A.　-- and then a couple of months ago.  I know
10　it was around this time frame.
11　　Q.　Did -- did you go see her -- you say you
12　saw her a couple of months ago, too?
13　　A.　I think it was a couple of months ago.
14　　Q.　Okay.  And you just went to go see her
15　because you were having bad headaches?
16　　A.　Bad headaches.
17　　Q.　What did -- what did she say -- what did
18　she tell you was the reason?  Or did she?
19　　A.　No.  She didn't say.
20　　Q.　Okay.  Did she -- did she do any tests?
21　　A.　No.
22　　Q.　Okay.  Did you -- did you talk to her about
23　your headaches?
24　　A.　Yes.
25　　Q.　Okay.  Then did she prescribe you anything?

Page 29

1　　A.　I don't remember.
2　　Q.　Don't remember?
3　　A.　I remember her -- a prescription.  I
4　don't -- I don't remember.
5　　Q.　Okay.  Do you -- do you take anything for
6　your headaches now?
7　　A.　I take Aleve.
8　　Q.　You take Aleve.  Does that work?
9　　A.　You know what?  I've often asked myself, is
10　it working, because my head hurts just that much.
11　　Q.　Okay.
12　　A.　And like, if I'm working, if I take an
13　Aleve, I don't know if it's just, I'll be working and
14　I don't pay any more attention to it, or is it the
15　pill.  I don't know.
16　　Q.　Okay.  But you still -- you do take
17　Aleve -- you just take Aleve?
18　　A.　Yes.
19　　Q.　Have you ever -- have you ever taken any
20　prescription-strength pain killers for it?
21　　A.　No.
22　　Q.　No.  Did -- did you go back and see Dr.
23　Gardner again after that first time?
24　　A.　No.
25　　Q.　Did -- did she ask you to?

Sanders, et al. v. Wyeth, et al.　　　　　　Deposition of　　　　　　April 16, 2004
　　　　　　　　　　　　　　　　　　　　Mary Sanders

Page 30

1　　A.　No.
2　　Q.　Did -- have you ever taken anything for
3　your tightness in your chest?
4　　A.　No.
5　　Q.　No. No doctor has ever prescribed anything
6　for it?
7　　A.　Not that I can remember.
8　　Q.　Okay. You -- besides Ms. Gardner and --
9　Dr. Gardner and Dr. Robertson and your trip to the
10　hospital, have you seen any other doctors?
11　　A.　No.
12　　Q.　Have you -- did any of these physicians
13　tell you that you have high blood pressure?
14　　A.　No.
15　　Q.　Or --
16　　A.　I don't have high blood pressure.
17　　Q.　Don't have high blood pressure?
18　　A.　No.
19　　Q.　And what -- what about high cholesterol?
20　　A.　No.
21　　Q.　No. Any of them ever tell you that you
22　have any kind of problems with your heart?
23　　A.　No.
24　　Q.　No?
25　　A.　You know, I just experienced the chest pain

Page 31

1　myself, so I --
2　　Q.　Right.
3　　A.　You know.
4　　Q.　And -- and have you ever seen a lung
5　doctor?
6　　A.　No.
7　　Q.　Did -- did -- did -- while you -- when you
8　were at the hospital? Or did Dr. Robertson ever tell
9　you that you -- you may have something wrong with
10　your lungs?
11　　A.　No.
12　　Q.　Have you ever had any kind of surgery?
13　　A.　No.
14　　Q.　Just that -- just for the tubal?
15　　A.　Right.
16　　Q.　Okay. Have you ever -- to the best of your
17　knowledge, have you ever seen a cardiologist, a heart
18　doctor?
19　　A.　No. Not that I -- no.
20　　Q.　Have you -- have you ever had any kind of a
21　traumatic accident, like fell out of a tree or --
22　　A.　No.
23　　Q.　Okay. Any big --
24　　A.　No.
25　　Q.　-- car wrecks or anything?

Page 32

1　　A.　No.
2　　Q.　Do you -- have you ever taken any -- any
3　birth control?
4　　A.　No.
5　　Q.　No. Are you -- are you currently taking
6　any medicines at all?
7　　A.　No.
8　　Q.　None. Do you take any kind of
9　over-the-counter medicine besides Aleve?
10　　A.　That's it.
11　　Q.　Any sinus medicine or anything?
12　　A.　No.
13　　Q.　Have -- has any doctor ever prescribed a
14　antidepressant for you?
15　　A.　No.
16　　Q.　Have you ever taken any kind of -- you
17　ever -- you ever taken any herbal supplements, like
18　vitamins or --
19　　A.　No -- well, I have tried that green tea
20　extract.
21　　Q.　Green tea?
22　　A.　Uh-huh (Indicating yes).
23　　Q.　And were you trying it for any specific
24　reason or --
25　　A.　Well, I don't use the rest room regularly.

Page 33

1　　Q.　Okay.
2　　A.　So it's supposed to help, and that's what I
3　used it for.
4　　Q.　Okay. So have -- would you -- has -- you
5　ever talked to a doctor about that?
6　　A.　No.
7　　Q.　Do you take any other medicines for that?
8　　A.　No. I just tried it that one time.
9　　Q.　Oh, okay. You just had one cup of green
10　tea?
11　　A.　Yes. That one time.
12　　Q.　All right. Did you like it?
13　　A.　No.
14　　Q.　Any -- any other kind of pills you take
15　over the counter, like --
16　　A.　No. Just Aleve.
17　　Q.　Have you ever taken any diet supplements,
18　like -- that you can buy over the counter?
19　　A.　No.
20　　Q.　No Dexatrim or anything?
21　　A.　No.
22　　Q.　All right.
23　　　　(After a discussion off the record,
24　the deposition continued as follows:)
25　　Q.　(By Mr. Blount) Ms. Sanders, has -- are --

Sanders, et al. v. Wyeth, et al.           Deposition of           April 16, 2004
Mary Sanders

Page 34

1 are there any other prescriptions that you've ever
2 been prescribed by a doctor, any kind of
3 antibiotics --
4     A. No.
5     Q. -- or sinus medicine or --
6     A. No.
7     Q. Nothing. Do you remember if you saw a
8 pediatrician when you were younger?
9     A. Yes.
10     Q. Do you remember who that is?
11     A. Dr. Piemental.
12     Q. I'm sorry?
13     A. Piemental. That was P-I-E-M-E-N-T-A-L.
14     Q. Okay.
15     A. That was -- that in Chicago, Illinois.
16     Q. And when did you live in Chicago?
17     A. Well, I moved down here in 1988.
18     Q. Moved to Macon?
19     A. Yes. Yes.
20     Q. From Chicago?
21     A. Yes.
22     Q. And about how old were you when you moved
23 down? Do you remember?
24     A. When I moved to Chicago?
25     Q. When you moved down here from Chicago?

Page 35

1     A. I was 15.
2     Q. Fifteen. Is that pretty -- was that a
3 pretty big shock to move from Chicago to Macon,
4 Mississippi?
5     A. Yes. Yes.
6     Q. I moved from Atlanta to Columbus when I was
7 in sixth grade -- fifth grade. It was -- I remember
8 it being a shock for me. I can't imagine what it
9 would be like as a teenager.
10     MS. TOLLE: Try 31.
11     MR. BLOUNT: Yeah.
12     Q. (By Mr. Blount) And did you live somewhere
13 before Chicago?
14     A. No.
15     Q. Have you ever lived anywhere else besides
16 Chicago and Macon?
17     A. No.
18     Q. No. Do you have -- have you ever lived in
19 Mobile?
20     A. No.
21     Q. Okay. And so Dr. Piemental was in Chicago?
22     A. Yes. Reymerk Clinic.
23     Q. Reymerk?
24     A. Reymerk Clinic, R-E-Y-M-E-R-K.
25     Q. Okay. I just want to go through a list of

Page 36

1 different medical conditions. And just tell me if --
2 yes or no, if any physician has ever told you that --
3     A. Okay.
4     Q. -- that you have any of these. Anyone ever
5 told that you have thyroid problems?
6     A. No.
7     Q. A heart murmur?
8     A. No.
9     Q. Any kind of -- anyone ever told you that
10 you have a congenital heart problem?
11     A. What is that?
12     Q. Anyone ever told you that your -- your
13 heart is closing up or stopping?
14     A. No.
15     Q. Anyone -- anyone ever told you, you have an
16 irregular heartbeat?
17     A. No.
18     Q. Has any physician ever told you that you
19 have had a stroke?
20     A. No.
21     Q. Any doctor ever told you that you have
22 increased heart rate --
23     A. No.
24     Q. -- or palpitations?
25     A. No.

Page 37

1     Q. Have you ever -- have you ever personally
2 felt your heart racing?
3     A. Yes.
4     Q. And when -- when did you feel that? Does
5 that -- does that go along with the chest tightness?
6     A. Yes. Because when it tightens, you feel
7 like you want to pass out.
8     Q. Okay. Do you have to sit down?
9     A. I sit down, or either I -- I bend over for
10 a minute just to release.
11     Q. Okay. And does that seem to help? Is
12 that --
13     A. Yes, it does --
14     Q. Like --
15     A. -- if I just relax.
16     Q. What -- what's the average length of -- of
17 one of your episodes with your chest tightening and
18 your heart racing?
19     A. I'd say about five or six seconds, if I had
20 a -- if I had --
21     Q. What's the longest it's ever lasted?
22     A. About five or six seconds.
23     Q. Okay. The day you went to the hospital,
24 though, did it just keep going?
25     A. Yes.

Sanders, et al. v. Wyeth, et al.                    Deposition of                          April 16, 2004
                                                  Mary Sanders

Page 38

1    Q.   Okay.  Do you remember, did they give you
2    any medicine in the -- in the hospital?
3        A.   I don't remember, you know, if he --
4        Q.   Nothing to calm -- help you calm -- help
5    you relax or anything?
6        A.   I don't remember.
7        Q.   Okay.
8        A.   Well, I -- I take that back.  He did give
9    me a pill.
10       Q.   He did give you a pill?
11       A.   I took in the emergency room.
12       Q.   Okay.
13       A.   But I didn't ask him, you know -- I just
14   trusted him.  But I don't remember if he gave me a
15   prescription or anything.
16       Q.   Okay.
17       A.   But I do remember them giving me a pill --
18       Q.   All right.
19       A.   -- before they did the blood work.
20       Q.   Did that seem to -- did it -- can you --
21   can you remember if it helped at all?
22       A.   No, it didn't help.
23       Q.   Okay.  Has -- but no doctor has ever talked
24   to you about your heart rate?
25       A.   No.  I -- no.

Page 39

1    Q.   Okay.  Have you -- have you asked a doctor
2    about it?
3        A.   No.
4        Q.   Okay.  After you -- after you saw Dr.
5    Roberts -- well, I guess, actually, you saw Dr.
6    Robertson before you went to the hospital, correct?
7        A.   Right.
8        Q.   Since you've been in the hospital, have you
9    talked to any doctor about your -- your chest
10   tightening?
11       A.   No.  The few times that I did go and, you
12   know, I paid out money -- you know, I'm self
13   employed.  I have no insurance.
14       Q.   Uh-huh (Indicating yes).
15       A.   And I paid out money without any results to
16   tell me what the problem was.
17       Q.   Right.
18       A.   So I just -- kind of just adapt, just try
19   to go on with it because I was just throwing away
20   money.
21       Q.   Right.
22       A.   And I --
23       Q.   You said the few times you went.  Is that
24   when you saw Dr. Robertson one time in the -- in the
25   hospital?

Page 40

1        A.   Yes.
2        Q.   Was there any other -- can you remember any
3    other time?
4        A.   No.
5        Q.   Okay.  Was -- has any -- has any doctor
6    ever told you that you have -- you have an enlarged
7    heart?
8        A.   No.
9        Q.   That you have any kind of coronary artery
10   disease?
11       A.   No.
12       Q.   Have you ever had rheumatic fever?
13       A.   No.
14       Q.   Have you ever had strep throat?
15       A.   No.
16       Q.   Have you ever had scarlet fever?
17       A.   No.
18       Q.   Has any doctor ever told you that you have
19   insulin sensitivity?
20       A.   No.
21       Q.   Has any doctor ever told you, you have
22   hepatitis?
23       A.   No.
24       Q.   Has any doctor ever told you that you have
25   any heart valve lesions?

Page 41

1        A.   No.
2        Q.   Has any doctor ever told you that you have
3    rheumatoid arthritis?
4        A.   No.
5        Q.   Do you ever feel any pain in your joints?
6        A.   Just in my -- in my fingers.
7        Q.   In your fingers?
8        A.   Well, and my knees --
9        Q.   In your knees.  Do you --
10       A.   -- you know.
11       Q.   Is there any --
12       A.   As I walk, just my knees.
13       Q.   Do you -- do you have any idea why that --
14   why it hurts?
15       A.   No.
16       Q.   Is it -- is that a constant pain, or do
17   you -- just occasional?
18       A.   Just occasionally.
19       Q.   Is there any activity that you associate it
20   with?
21       A.   No.
22       Q.   Has any doctor ever told you, you have any
23   venereal diseases?
24       A.   No.
25       Q.   Any doctor ever told you, you have low

Sanders, et al. v. Wyeth, et al.                    Deposition of                         April 16, 2004
                                                    Mary Sanders

Page 42

1   blood sugar?
2       A.   No.
3       Q.   Any -- any doctor ever told you, you have
4   blood clots?
5       A.   No.
6       Q.   Any doctor ever told you that you have --
7   or talked to you about swelling in your ankles or
8   swelling in your legs?
9       A.   Say that again?
10      Q.   Any swelling in your legs or ankles?
11      A.   I have that often.
12      Q.   You do?  Have you ever talked to a doctor
13  about it?
14      A.   No.  I just -- it's just part of life.  I
15  never, you know, went to the doctor for nothing like
16  that.
17      Q.   It's -- it's swelling in your legs and your
18  ankles?
19      A.   Just the ankles.
20      Q.   Just the ankles.  You said that happens --
21  happens pretty often?
22      A.   Yes.
23      Q.   What do you do when you notice your ankles
24  are swelling?
25      A.   Just sit down.

Page 43

1       Q.   Sit down.
2       A.   Yeah.
3       Q.   Does that seem to help?
4       A.   Yes.  It -- it takes a little pressure off.
5       Q.   Does it?
6       A.   But it doesn't make the swelling go down.
7   It just --
8       Q.   Do you ever put your feet up?
9       A.   Yes.
10      Q.   Does that seem to help?
11      A.   Yes.  Yes.
12      Q.   You ever -- any -- you said you never
13  talked to a doctor about it?
14      A.   No.
15      Q.   Is there any pain associated with that --
16  with the swelling?
17      A.   No.  Just -- no more than just a little
18  ache.  That's it.
19      Q.   Aches a little bit?
20      A.   Yes.
21      Q.   Does it ever -- do -- do you ever notice
22  any swelling when you're having any kind of attack or
23  your chest pain?
24      A.   No.
25      Q.   Does it happen when you're on your feet a

Page 44

1   lot, or does it happen just randomly?
2       A.   Just when I'm on my feet a lot.
3       Q.   When you're on your feet a lot.  Okay.  Any
4   doctor ever talk to you about having any gallbladder
5   problems?
6       A.   No.
7       Q.   Kidney problems?
8       A.   No.
9       Q.   Any -- you said you had -- you have
10  headaches?
11           (After a discussion off the record,
12  the deposition continued as follows:)
13      Q.   (By Mr. Blount)  Okay.  You said that
14  you -- you do have headaches?
15      A.   Yes.
16      Q.   Do you still have these headaches?
17      A.   Yes.
18      Q.   You said that -- correct me if I'm wrong,
19  but you said you had your first headache about 2000?
20  Or have you have them before then?
21      A.   No.  I've had them before then, but they
22  just -- I'd say within the 2000 year is when it
23  just -- they worse.
24      Q.   They got worse?
25      A.   They worse, yeah.

Page 45

1       Q.   What -- about -- what does it feel like
2   when you have a headache?  Is it a sharp pain or dull
3   pain?
4       A.   I would have to say sharp, because it
5   would, like -- it would be like on one side of the
6   head --
7       Q.   It's --
8       A.   -- like my temple.
9       Q.   It's localized just on one side?
10      A.   Yeah.  It's --
11      Q.   Is that where it's at, near the temple?
12      A.   Like, it -- well, it's mostly on this side
13  (indicating).  I can't really just pinpoint it.
14      Q.   Is that --
15      A.   But mostly -- like, it's just on one side.
16      Q.   That's your -- that's your right side?
17      A.   But it was on one side.  It's not on the
18  other.
19      Q.   Okay.
20      A.   It's just -- just a -- a sharp pain, and
21  then it would make you feel nauseated.
22      Q.   You feel nauseated with it?
23      A.   Yes.
24      Q.   About how long does one of your headaches
25  last?

Sanders, et al. v. Wyeth, et al.                         Deposition of                                  April 16, 2004
                                                      Mary Sanders

Page 46

1    A.   Until I just go lay down and rest.
2    Q.   It goes away when you lay down and rest?
3    A.   Yes -- well, it -- sometimes it just lasts
4  all day. I can lay down and rest, I can wake up, and
5  I'll still have it. And that's something that I
6  just -- I suffer with, seems like, every day.
7    Q.   And that's when -- you take the Aleve for
8  that?
9    A.   Yes.
10   Q.   Does -- how -- how frequently do you have
11 headaches?
12   A.   It seems like every day.
13   Q.   Seems like every day?
14   A.   Honestly, it seems like every day.
15   Q.   So you -- it feels like you've had
16 headaches, it seems like, every day since 2000?
17   A.   Oh, yeah.
18   Q.   Okay. And you've only -- you went and saw
19 the one doctor about them?
20   A.   Yes.
21   Q.   Okay.
22   A.   You think that headaches, you know, they're
23 going to blow over as just something natural.
24   Q.   Do you remember her ever telling you that
25 you have migraines?

Page 47

1    A.   Yes.
2    Q.   Okay. And did she give you any advice
3  on -- this is Dr. Gardner. Did she give you any --
4  any advice on what to do when one comes on?
5    A.   No more than just rest, you know. But I
6  don't remember her prescribing any medicine. You
7  know, I would take that Aleve.
8    Q.   Okay. All right. Has any other doctor
9  ever talked to you about having any kind of gum
10 disease?
11   A.   No.
12   Q.   You said earlier, you have -- you have --
13 you have problems going to the bathroom?
14   A.   Yes.
15   Q.   Are you -- you suffer from constipation?
16   A.   I don't suffer from constipation. I just
17 don't go like every -- I guess you're supposed to go
18 every day, right?
19   Q.   So I've heard people say.
20   A.   Well, I don't -- I don't do that every day.
21   Q.   Have you ever -- ever talked a doctor about
22 it?
23   A.   No.
24   Q.   Okay. Is it -- is it a very big concern of
25 yours?

Page 48

1    A.   No, it's not a big concern.
2    Q.   Okay.
3    A.   Just when I feel bloated.
4    Q.   Right. Have you ever -- have you ever --
5  any doctor ever talked to you about having lupus?
6    A.   No.
7    Q.   What about asthma?
8    A.   No.
9    Q.   Do you have any allergies?
10   A.   No.
11   Q.   Do you ever get -- nose get running here
12 when it's real polleny outside or --
13   A.   No.
14   Q.   Do you know of any medical -- medical
15 allergies -- where there's any medicine --
16   A.   No.
17   Q.   Any environmental allergies, like wool or
18 dogs or cats or anything?
19   A.   No.
20   Q.   Okay. You're lucky. You -- you ever had
21 bronchitis?
22   A.   No.
23   Q.   Ever -- any had -- ever had emphysema?
24   A.   No.
25   Q.   Has any -- has any doctor ever asked you if

Page 49

1  you have any lung disease or lung -- tell you, you
2  have any lung --
3    A.   No.
4    Q.   -- disease or lung problems. Has any
5  physician ever told you, you have pulmonary
6  hypertension?
7    A.   No.
8    Q.   Any doctor ever told you, you have any
9  problems with your liver?
10   A.   No.
11   Q.   Anybody -- any doctor ever told you, you
12 have any problems with your immune system?
13   A.   No.
14   Q.   Have you ever had any problems with acid
15 reflux, indigestion?
16   A.   No.
17   Q.   You ever -- you ever had an ulcer?
18   A.   No.
19   Q.   Okay. All right. I'm going to start to go
20 over some of -- some of our exhibits with you. And
21 I'm going to hand you Exhibit No. 1 first, which is a
22 copy of our notice to have you appear today.
23   A.   I got to look through this?
24   Q.   If you could, please. Have you ever seen
25 this before?

Sanders, et al. v. Wyeth, et al.

Deposition of
Mary Sanders

April 16, 2004

Page 50

1    A.  No.
2    Q.  Okay.  This is just our -- our notice to
3  have you come to -- come to this deposition today.
4  And after you get finished looking at it, I want you
5  to turn to page 2 for me.
6    A.  Okay.
7    Q.  And I want to go over some of these
8  questions.  These are some categories of information
9  we've requested from you, and we just want to know if
10  you've turned any -- turned anything like this over
11  to your attorney or if you know any -- any
12  information in any of these categories that you may
13  have, that you could make available to turn over to
14  us.  First, No. 1, do you -- do you have any unused
15  pills, any unused diet drugs?
16    A.  No.
17    Q.  No?
18    A.  No.
19    Q.  Do you -- do you have any of the -- maybe
20  the pill bottles that came in or any of the paperwork
21  that came with them when you bought them?
22    A.  No.
23    Q.  Okay.  Did you keep any kind of diary or
24  journal when you were taking diet drugs?
25    A.  No.

Page 51

1    Q.  Did you -- do you have any communications
2  between you and maybe a -- a health care provider or
3  insurance company about taking diet drugs?
4    A.  No.
5    Q.  Do you -- do you have any medical records
6  in your possession, that you know of, that you
7  haven't turned over to your attorneys yet?
8    A.  No.
9    Q.  Okay.  Now, you said you were self -- you
10  don't have any insurance?
11    A.  No.
12    Q.  Have -- were -- when you were taking diet
13  drugs, were you -- were you insured at that point?
14    A.  No.
15    Q.  Okay.  Do you have any copies of any -- any
16  of the tests that doctors might have done, the EKG or
17  any of the tests they might have done at the
18  hospital?
19    A.  No.
20    Q.  Okay.  All right.  Have you ever -- have
21  you ever had insurance, Ms. Sanders?
22    A.  No.
23    Q.  No.  Okay.  All right.  I'm going to hand
24  you Exhibit No. 2 now, which is titled, "IN RE DIET
25  DRUGS."  It's a -- it starts with a list of medical

Page 52

1  providers, and it is nine pages long.  Is that -- I
2  think that's the one you want right there
3  (indicating).  Do you remember seeing this before
4  today?
5    A.  No.
6    Q.  No.  Okay.  Do you know -- is that your
7  handwriting?
8    A.  (Witness examines document).
9    Q.  It doesn't contain very much information,
10  but --
11    A.  Right.  I think I do remember this.
12    Q.  Does this look like your handwriting on the
13  front page?
14    A.  Yes.
15    Q.  Okay.  Do you remember writing that?
16    A.  I don't remember.
17    Q.  Okay.  I just want to go through this.
18  Under Category B, it says, "To the best of your
19  ability, identify each of your primary care
20  physicians for the last twenty years."  Is this --
21  these two facilities, Macon Medical and Macon Primary
22  Care, to the best of your knowledge, did you -- did
23  you visit those two places?
24    A.  Yes.
25    Q.  Is -- do you remember -- do you remember

Page 53

1  which doctor you saw at which facility?
2    A.  Macon Medical was Beverly Gardner.
3    Q.  Okay.
4    A.  Macon Primary Care was Denzil Robertson.
5    Q.  All right.  Did you ever see any other
6  doctors besides those two at those places?
7    A.  No.  And, you know, my gynecologist.
8    Q.  Right.  Which they're -- and they're in --
9  they're in Starkville, correct?
10    A.  Right.
11    Q.  On page 4, for each hospital, under E, you
12  listed Baptist hospital.  Is -- is that when you --
13  when you went with tightness in your chest?
14    A.  Yes.
15    Q.  Okay.  Have you ever been to -- been to
16  Baptist hospital for any other reason?
17    A.  No.
18    Q.  Okay.  On page 7, on Category G, it says,
19  list each pharmacy or drugstore where you had
20  prescriptions filled during the past ten years.  And
21  you've listed B & O Drugs in Macon, Mississippi.
22  Have you -- have you -- or I'm sorry.  That's what's
23  listed here.  Do you remember putting that --
24    A.  Yes.
25    Q.  Okay.  What -- what drugs did you get at

Sanders, et al. v. Wyeth, et al.                     Deposition of                           April 16, 2004
                                                    Mary Sanders

Page 54

1   B & O?
2       A.   Just for prescribed medication when I
3   went -- you know, the few times I seen the doctor.
4       Q.   Uh-huh (Indicating yes).
5       A.   That's it.
6       Q.   Do you remember what you -- what kind --
7   what kind of prescriptions?
8       A.   No.
9       Q.   Okay.  Did you get diet drugs at B & O
10  Drugstore?
11      A.   No.
12      Q.   Okay.  Which drugstore did you get diet
13  drugs from?
14      A.   Kmart Pharmacy in Mobile, Alabama.
15      Q.   Why were you in Mobile at the time?
16      A.   I went to go see the doctor.
17      Q.   You went to go see the doctor down there?
18      A.   Henson.  Well, Gordo and Mobile is
19  together.
20      Q.   I'm sorry.  Pardon?
21      A.   Mobile, Alabama, and Gordo, Alabama.
22  That's where I seen the doctor at, in Gordo.
23      Q.   Isn't Mobile on the coast?
24      A.   Yes.
25      Q.   And isn't Gordo up here by Columbus?

Page 55

1       A.   No.  Gordo is down there by Mobile.
2       Q.   Okay.  I thought -- I was under the
3   impression Gordo was right by Ethelsville on the way
4   to Tuscaloosa?
5       A.   No.
6       Q.   No.  Okay.
7       A.   I don't think so.
8       Q.   All right.
9       A.   I went to Gordo.
10      Q.   And did you see a doctor in Gordo?
11      A.   Yes.
12      Q.   What -- what doctor did you see in Gordo?
13      A.   Dr. Henson.
14      Q.   And is that the doctor that prescribed you
15  the diet drugs?
16      A.   Yes.
17      Q.   And about how far away did you have to
18  drive to get to Gordo?
19      A.   Four -- about four-and-a-half hours.
20      Q.   Four-and-a-half hours.  Okay.  And how did
21  you hear about Dr. Henson?  How did you know to go
22  see him?
23      A.   Customers, friends.
24      Q.   Customers -- customers in your store?
25      A.   Yes.

Page 56

1       Q.   Do you remember their names?
2       A.   No.
3       Q.   And you said -- you also said friends.  Do
4   you remember which friend told you about it?
5       A.   Well, associates.
6       Q.   Associates?
7       A.   You know, it's word of mouth.
8       Q.   Do you remember -- you don't remember
9   specifically which person told you?
10      A.   No.
11      Q.   Did -- when you went to -- when you drove
12  over to Gordo, did you -- did you go by yourself, or
13  did you take somebody with you?
14      A.   Two people went with me.
15      Q.   Who -- who were they?
16      A.   Brenda Stallings and Thelma Mason.
17      Q.   I'm sorry.  What was the other one?
18      A.   Thelma Mason.
19      Q.   Thelma Mason?
20      A.   T-H-E-L-M-A.
21      Q.   Are these close friends of yours?
22      A.   Brenda Stallings is a friend; Thelma Mason
23  is my sister.
24      Q.   Okay.  And did Ms. Stallings and Ms. Mason
25  also get diet drugs?

Page 57

1       A.   Yes.
2       Q.   Okay.  About what year did you go over
3   there to get the drugs?
4       A.   In '99.
5       Q.   1999.  Do you remember -- did y'all make an
6   appointment?
7       A.   No.
8       Q.   No.  When y'all got over there, were you
9   able to see the doctor?
10      A.   Yes.
11      Q.   Do you remember kind of what happened on
12  that visit?
13      A.   Basically, he took my weight, you know,
14  waist, and your measurements.
15      Q.   And what was your weight at that point --
16  at that time?
17      A.   I think it was about 200.
18      Q.   Okay.  And do you remember -- did the
19  doctor do any tests on you?  Did he take your blood
20  pressure?
21      A.   No -- well, yes, he did.
22      Q.   He did?
23      A.   He took the blood pressure.
24      Q.   Did he -- did he take any blood work?
25      A.   No.

Sanders, et al. v. Wyeth, et al.                              Deposition of                              April 16, 2004
                                                             Mary Sanders

Page 58

1    Q.   Okay.  Did he talk to y'all at all about --
2    about -- asking y'all what specific pills you wanted
3    or --
4    A.   No.
5    Q.   No.  Did he -- did he give y'all any
6    instructions on what to do or -- or to diet or
7    anything like that in addition to taking pills?
8    A.   I don't remember.
9    Q.   Do you remember what pills he prescribed
10   you?
11   A.   No.
12   Q.   Do you remember if -- if he prescribed you
13   two pills or just one pill?
14   A.   Two.
15   Q.   Two.  Do you remember what those pills
16   looked like?
17   A.   I keep recalling a peach pill.  You might
18   say orange, but it was a small pill.  And I remember
19   another pill, but I can't remember the exact color of
20   that second pill.
21   Q.   Okay.
22   A.   But I remember that small peach pill.
23   Q.   Do you remember what it looked like, maybe?
24   A.   I can't --
25   Q.   Was it -- was it like a capsule?

Page 59

1    A.   I -- I don't remember.
2    Q.   Okay.  Do you remember how you were
3    supposed to take those pills?
4    A.   It's a combination, you know.  I was taking
5    both pills at the same time.
6    Q.   Do you remember if you took one in the
7    morning and one at night or if you took them two at a
8    time?
9    A.   That, I don't remember, but I remember it
10   was two pills I had to take.  I don't remember.
11   Q.   All right.  He -- he prescribed those to
12   you?
13   A.   Yes.
14   Q.   Did you only -- how many times did you go
15   see Dr. -- is it Hensley -- or Henson.  How many
16   times did you see Dr. Henson?
17   A.   I think it was twice because I -- I think I
18   recall him making an appointment, so I think it was
19   twice.
20   Q.   Okay.  And did both Ms. Stallings and Ms.
21   Mason go with you both times?
22   A.   No.
23   Q.   Okay.  Just that one time?
24   A.   Just that one time.
25   Q.   Did anybody go back with you again after

Page 60

1    that?
2    A.   I don't remember.
3    Q.   You don't remember.  Did your husband go
4    with you at all?
5    A.   No.
6    Q.   Okay.  And he gave you -- they gave you the
7    prescriptions there in the office?
8    A.   No.  I went to Kmart Pharmacy.  It was
9    about like five minutes away from the office.
10   Q.   Okay.  All right.  And did you -- were you
11   able to -- to get the prescriptions at Kmart?
12   A.   Yes.
13   Q.   Okay.  Before you left Dr. Henson's office,
14   do you remember him giving you any instructions on
15   how to take them?
16   A.   I -- I can't recall.
17   Q.   Do you -- do you remember if he gave you
18   any -- told you about any side effects they may have
19   or --
20   A.   No.  He didn't say anything like that.
21   Q.   Did he warn you to take them according to
22   what the prescription said or --
23   A.   No.
24   Q.   All right.  Okay.  When you went to --
25   A.   Not that I can remember.

Page 61

1    Q.   Not that you can remember.  When you went
2    to the pharmacy, did you talk to a pharmacist at all?
3    A.   No.  I just dropped off the prescription
4    and shopped.
5    Q.   And shopped.  Did it take a while for them
6    to get it to you?  Or do you remember?
7    A.   I -- I don't remember.  I don't think it
8    was that long because I don't remember being in Kmart
9    that long.
10   Q.   Did -- did all three of you get the
11   prescriptions at the same place?
12   A.   Yes.
13   Q.   Okay.  And did you remember -- did --
14   did -- do you remember if you had to pay for those by
15   cash or if you had an insurance card?
16   A.   Cash.
17   Q.   Do you remember if insurance covered
18   theirs, either of them?
19   A.   I -- I don't know.
20   Q.   Okay.
21   A.   I know I paid cash.
22   Q.   All right.  Do you remember how much it
23   cost?
24   A.   I don't remember.
25   Q.   Was it $100 or in the neighborhood of that,

Page 62

1   or was it pretty cheap?
2       A.  I don't remember.
3       Q.  Okay.  And you can't remember the names of
4   the drugs that you -- that you got?
5       A.  No.
6       Q.  Okay.  Now, when you got the -- when you
7   got the prescriptions, do you remember, were they
8   marked?  Did they have warning labels on them,
9   attached to them, like, take -- please take with full
10  glass of water or anything like that?
11      A.  I don't remember.
12      Q.  Do you remember -- did they have your name
13  on -- on the sticker --
14      A.  Yes.
15      Q.  -- on the front of it.  Did they have
16  instructions on there, take one every day or take one
17  twice a day?
18      A.  It was instructions on there.  I don't
19  remember when it said take the pills.  I don't
20  remember because that was in '99.
21      Q.  Uh-huh (Indicating).
22      A.  I -- I don't remember that.
23      Q.  Okay.
24      A.  But, yeah, there was instructions on it,
25  you know, how to take the pill.

Page 63

1       Q.  Right.
2       A.  But I don't remember.
3       Q.  Do you remember if there was any kind of
4   insert, any -- any -- any information about the drugs
5   stapled to the bag or put inside the bag?
6       A.  Not that I recall.
7       Q.  Not that you recall.  And do you remember
8   anybody from the pharmacy, like a -- anyone that
9   sold -- that actually rung it up or anything, tell
10  you --
11      A.  No.
12      Q.  -- any information about the drug?
13      A.  We didn't talk, no.
14      Q.  Okay.  Okay.  Do you think if you'd spell
15  the names of the drugs that you took, that you'd
16  remember them?
17      A.  No.
18      Q.  All right.  But -- okay.  Let's see.  Prior
19  to -- prior to 1999, when you went and got these
20  drugs from Dr. Henson, did you ever go see any doctor
21  about other diet drugs?
22      A.  No.
23      Q.  And you don't -- did you ever go prior to
24  1997 and -- and get any -- obtain any prescription
25  for diet drugs?

Page 64

1       A.  No.
2       Q.  Okay.  I want to have you look at your
3   echocardiogram now that was done.  It's Exhibit 4.
4           MR. BLOUNT:  Is that what it says,
5   Exhibit 4?
6           MS. TOLLE:  Yes, it does.
7           MR. BLOUNT:  Okay.
8       Q.  (By Mr. Blount)  Do you remember having an
9   echocardiogram done, Ms. Sanders?
10      A.  On this particular day?  Yes.
11      Q.  Yeah, on -- on -- is that 4-22-01; is that
12  correct?
13      A.  Yes.
14      Q.  Okay.  And where did you have this done?
15      A.  Landmark Hotel in Columbus, Mississippi.
16      Q.  Is it -- do you know today if that's still
17  called the Landmark Hotel?
18      A.  I think it's called the Holiday Inn.
19      Q.  Okay.  All right.  And do you remember --
20  do you remember your visit pretty clearly?
21      A.  Not really, no.
22      Q.  Not really.  Do you remember if you came
23  alone, or if you came up here with somebody?
24      A.  I came alone.
25      Q.  You came alone.  Do you know if -- if Ms.

Page 65

1   Sanders or Ms. Mason ever had an echocardiogram done?
2       A.  Brenda Stallings?
3       Q.  I'm sorry.  Stallings, yeah.  I'm sorry?
4       A.  Yes.  She had one done the same day.
5       Q.  Brenda had one the same day?
6       A.  Yes.
7       Q.  Do you know if Ms. Mason ever had one done?
8       A.  No.
9       Q.  Okay.  Did you -- when you came up here,
10  why -- why did you come up here to have one done?
11      A.  I was instructed by my lawyer.
12      Q.  Do you know if you -- do you know if you
13  had to pay for it?
14      A.  No.
15      Q.  Okay.  When you got up here, were you given
16  any instructions on -- when you -- when you first got
17  here, anything that you needed to do to prepare for
18  the test?
19      A.  I wasn't supposed to eat --
20      Q.  Wasn't supposed to eat?
21      A.  -- that night.
22      Q.  Okay.
23      A.  I remember that.
24      Q.  Do you remember if they told you to drink a
25  glass of water or anything?

Sanders, et al. v. Wyeth, et al.

Deposition of
Mary Sanders

April 16, 2004

Page 66

1    A.  I don't know.
2    Q.  Okay.  Do you remember if they gave you any
3  paper -- pieces of paper to look at or any kind of
4  information about the test?
5    A.  I don't remember.
6    Q.  Did -- was there a receptionist or someone
7  you checked in with when you got here?
8    A.  Yes.
9    Q.  What did they -- did they give you --
10  instruct you what -- tell you what to do?
11    A.  No.  Just have a seat.
12    Q.  Have a seat.  Were you -- did you have an
13  appointment?  Did you have --
14    A.  No.
15    Q.  You just came on up?
16    A.  Just came on up.
17    Q.  Okay.  When you -- when you actually went
18  in to have the test done, who was in the room with
19  you?
20    A.  I didn't say it right.  I think we did have
21  an appointment.
22    Q.  Did have an appointment?
23    A.  It was a set time.
24    Q.  Okay.  And when you -- while you were up
25  here, you saw the -- Ms. Stallings?

Page 67

1    A.  No.  We're friends, and I knew she had to
2  come the same day.
3    Q.  Okay.  All right.  And when you went --
4  now, when you went in to actually have the
5  echocardiogram done, do you remember who was in the
6  room with you?
7    A.  Just me and the doctor.
8    Q.  Just you and the doctor.  And did they --
9  did the person that gave you the test identify
10  himself as a doctor?
11    A.  Yes.
12    Q.  Okay.  Is -- did -- did he call himself --
13  was he -- is this Dr. Razzak Tai?  Is that who the
14  doctor was?
15    A.  I think so, yes.
16    Q.  Did he tell you he was a cardiologist?
17    A.  Yes.
18    Q.  He did.  Okay.  Do you remember him, at
19  that time, giving you any instructions about how to
20  sit or how to lay to have the echo done?
21    A.  Yes.  I had to take off the shirt -- my
22  shirt.
23    Q.  Okay.
24    A.  And to lay back, you know, relax.  And
25  that's it.  Then he put something on my chest.

Page 68

1    Q.  Like some kind of like glue -- or goo, some
2  kind of --
3    A.  Yeah.
4    Q.  Like -- like maybe what you have if you
5  have an ultrasound with your children?
6    A.  I think so.
7    Q.  Was it kind of like that?
8    A.  I think so.  I remember him putting
9  something on the chest.
10    Q.  Okay.  Do you remember -- do you remember
11  if he put it up high or down low or --
12    A.  High.
13    Q.  High?
14    A.  He put it up high.
15    Q.  Okay.  Did he talk to you at all about
16  what -- what your -- what the test results were?
17    A.  No.
18    Q.  He didn't.  Do you remember him giving you
19  any instructions at the end of the -- end of the
20  test?
21    A.  No.
22    Q.  Did he tell you to wait for your attorney
23  to contact you?
24    A.  No.
25    Q.  Okay.  Have you ever seen this echo report

Page 69

1  before, this Exhibit No. 4?
2    A.  Yes.
3    Q.  Did it -- did you get -- receive a copy of
4  it in the mail?
5    A.  Yes.
6    Q.  Do you remember -- you remember opening it?
7    A.  Yes.
8    Q.  Was there -- were there any instructions
9  accompanying it?
10    A.  Any instructions?
11    Q.  Yeah.  Did the doctor include any kind of
12  information in there about the results and what they
13  mean?
14    A.  No more than this -- you know, this piece
15  of paper.
16    Q.  That's all that was -- just this piece of
17  paper was all that was in there?
18    A.  Yes.
19    Q.  Do you know, did the doctor's office ever
20  call you, or did you ever call them and talk to them
21  about the test?
22    A.  No.
23    Q.  Okay.  Did -- now, did you look at the test
24  back -- this report back then and read it --
25    A.  Yes.

Sanders, et al. v. Wyeth, et al.      Deposition of      April 16, 2004
Mary Sanders

Page 70

1    Q.  -- when it came in the mail?
2    A.  Yes.
3    Q.  Do you remember how long it -- how long it
4  came in the mail after you had the test?
5    A.  I don't remember.
6    Q.  Okay.  When you first read this test, did
7  you have any -- what kind of reaction did you have
8  when you first read the results?
9    A.  Really, none, because I -- I -- I don't --
10 I didn't understand anything on it.
11   Q.  Okay.
12   A.  And I don't now.
13   Q.  What -- had you already signed on to be a
14 client with your attorney by the time you got this
15 test result?
16   A.  Yes.
17   Q.  Okay.  Did you know at that point, before
18 you got this result, that you may have had damage to
19 your heart?
20   A.  No.
21   Q.  Okay.  After reading this -- have you --
22 have you showed this echocardiogram to any physician?
23   A.  No.
24   Q.  Have you shown it to any of your family
25 members or friends?

Page 71

1    A.  No.
2    Q.  No.  Did you show it to your husband?
3    A.  Yes.  But he just looked at it like I did,
4  you know, not really understanding what's what.
5    Q.  Have you -- have you asked any medical
6  professionals about your condition --
7    A.  No.
8    Q.  -- about what's -- the results of this
9  test?
10   A.  No.
11   Q.  No.  Okay.  What -- what -- what, in your
12 best -- to the best of your knowledge, what do you
13 think this test says?
14   A.  That something is wrong.
15   Q.  Okay.  Something is wrong with your heart?
16   A.  Yes.
17   Q.  Okay.  If you could, tell me -- or if you
18 could, read the final conclusions that are listed
19 down here at the bottom of the page for me, please.
20 Just read 1 through 6?
21   A.  Okay.  "Normal left" -- I don't know how to
22 pronounce that word.
23   Q.  That's ventricle.
24   A.  -- "ventricle" -- I don't know the second
25 word.  I don't know these terms.

Page 72

1    Q.  Sure.  Okay.  Well, let me just ask you a
2  couple of things?
3    A.  Okay.
4    Q.  Has any doctor or anybody ever talked to
5  you about -- outside of your attorney, has anybody
6  ever talked to you about what pulmonary hypertension
7  means?
8    A.  No.
9    Q.  No.  -- No. 5 here, one of the results of
10 your echocardiogram, states, "Mild pulmonary
11 hypertension."  Has any physician or anyone ever
12 told -- talked to you about what -- what that means
13 to you?
14   A.  No.
15   Q.  Okay.  Has anyone ever talked to you about
16 No. 3, Mild tricuspid regurgitation?
17   A.  No.
18   Q.  Okay.  All right.  Just another question.
19 It's a little bit off -- off of -- off the subject of
20 your echo.  When you saw Dr. Sanders and when you
21 went to the -- to the hospital, at either of those
22 times, did you tell any of the physicians that you
23 had taken diet drugs?
24   A.  No.
25   Q.  Have you ever told a medical professional

Page 73

1  that you took diet drugs?
2    A.  No.
3    Q.  Have any of the medical professionals that
4  you've seen attributed your chest tightness or your
5  headaches to -- or the swelling in your legs to
6  any -- any ingestion of diet drugs?
7    A.  No.
8    Q.  No.  All right.  Let's talk about this next
9  deposition, No. 3 here.  Do you remember seeing this
10 before, Ms. Sanders?
11   A.  Yes.
12   Q.  Do you remember filling this out?
13   A.  Yes.
14   Q.  Okay.  If you could, turn to page 24?
15   A.  (Witness complies).
16       MR. BLOUNT:  And this is Exhibit 3,
17 the fact sheet, for those of you on the phone.
18   Q.  (By Mr. Blount)  And do you -- is this your
19 signature here under 24?
20   A.  Yes.
21   Q.  Do you -- do you recognize what were you
22 signing here?
23   A.  Yes.
24   Q.  Okay.  Do you remember signing it on June
25 20th, 2002?