Stallings, et al. v. Wyeth, et al.                    Deposition of                              June 28, 2004
                                                   Brenda Stallings

Page 30

1  work with Junior Food Mart?
2      A.   I just went full time at Mayfair and just
3  -- I kind of just cut all of that off.  It was just
4  too much.
5      Q.   When you started with Mayfair, were you
6  on a part-time basis?
7      A.   No.  I guess I said that wrong.  I just
8  decided to just work at Mayfair instead of all the
9  other jobs.  It was too much.
10     Q.   I see.  All right.  Did you have any
11 employments before the three that we just talked
12 about?
13     A.   No, I think that's it.
14     Q.   All right.  Tell me your education
15 background.  How much schooling did you complete?
16     A.   I graduated high school.  I attended
17 trade school for about six months.
18     Q.   Let's go a step at a time.  What high
19 school did you graduate from?
20     A.   Noxubee County High School.
21     Q.   And what year did you graduate?
22     A.   1985.
23     Q.   And did you graduate after completing 12
24 years?
25     A.   Yes, sir.

Page 31

1      Q.   All right.  And then what did you do
2  after that time in terms of education?  You
3  mentioned a trade school.
4      A.   I went to trade school.  I think it was
5  like a year later.  I went to trade school for about
6  six months.  It was a little course for six months.
7      Q.   What trade school did you attend?
8      A.   It was May Hugh.  It was a part of East
9  Mississippi Junior College.  It was on the May Hugh
10 campus.
11     Q.   And what were you studying there?
12     A.   Just sales.  Retail.
13     Q.   All right.  Any education after that
14 trade school?
15     A.   I went to beauty college.
16     Q.   Let me be sure.  On the trade school, did
17 you obtain -- did you complete the course of study?
18     A.   Yes, sir.
19     Q.   And it was a six-month course of study?
20     A.   Yes, sir.
21     Q.   Did you receive a certificate?
22     A.   Yes, sir.
23     Q.   Is that what you got?
24     A.   Yes, sir.
25     Q.   All right.  And then after that you got

Page 32

1  training as a hairstylist?
2      A.   Yes, sir.
3      Q.   Where did you do that?
4      A.   At Gibson Beauty College.
5      Q.   Located where?
6      A.   In -- excuse me -- West Point.
7      Q.   How long was that course of study?
8      A.   It took 20 months because I had to do it
9  on part time.
10     Q.   And did you complete that course of
11 study?
12     A.   Yes, sir.
13     Q.   Did you receive a certificate?
14     A.   Yes, sir.
15     Q.   Are you licensed?
16     A.   Yes, sir.
17     Q.   How long have you had a license?  This is
18 -- and we're talking about a state -- is it a
19 cosmetology license or what's the name of it?
20     A.   It's a barber license.
21     Q.   Barber?  Okay.
22     A.   In '94.  I got licensed in 1994.
23     Q.   Have you had that license continuously
24 since 1994?
25     A.   Yes.

Page 33

1      Q.   It never has been suspended or revoked or
2  anything like that?
3      A.   No, sir.
4      Q.   Okay.  Have you had any other employment
5  that we haven't talked about?
6      A.   I'm totally lost on the date, but I did
7  work at a little restaurant -- I didn't do that no
8  more than about three months -- called Angie's.
9  It's like a fast food -- fast food restaurant.
10     Q.   Okay.  Do you remember approximately when
11 that was?
12     A.   I don't remember the date.  It was one
13 time I was working three and four jobs.  So I can't
14 really remember the dates.
15     Q.   Sure.  Where is it located -- Angie's?
16     A.   It's in Macon also.
17     Q.   What was the reason that you stopped
18 working there?
19     A.   Angie's went out of business.
20     Q.   Ms. Stallings, have you ever filed a
21 workers' compensation claim?
22     A.   No, sir.
23     Q.   Have you ever filed a claim for Social
24 Security disability benefits?
25     A.   No, sir, not for myself.

Stallings, et al. v. Wyeth, et al.    Deposition of    June 28, 2004
Brenda Stallings

Page 34

1    Q.    Have you ever filed a disability claim
2    with an insurance company?
3    A.    No, sir.
4    Q.    Let's talk about the diet drugs that you
5    have taken during your lifetime.  First, let me tell
6    you that we have received certain medical records
7    about you pursuant to the papers filed in this case.
8    And so far as I can tell -- and I'm going to ask you
9    to correct me if I'm wrong or give me any additional
10   information, but based on the records that we have
11   received it looks to me as though the two physicians
12   that you have seen that have prescribed diet drugs
13   for you of some type are Dr. Douglas L. Conner.  And
14   he's apparently in Starkville, Mississippi.
15   A.    He's deceased now, but....
16   Q.    Okay.  And then the other one would be a
17   Dr. Edmond C. Henson in Mobile, Alabama.
18   A.    Uh-huh.
19   Q.    And I'm going to go over both of those
20   with you.  But before we do that, do you recall
21   whether or not any other physician has ever
22   prescribed diet drugs for you?
23   A.    Yes.
24   Q.    All right.  Who is that?
25   A.    Dr. Hadene Hager -- I think I'm

Page 35

1    pronouncing that right -- at the Macon Primary
2    Health Clinic.
3    Q.    All right.  It's -- the last name is
4    Hager, H-a-g-e-r?
5    A.    I don't even know if that's spelled
6    right.  I don't know.  He's one of those
7    foreigners.  I don't think it's spelled the way you
8    spelled it.
9    Q.    But am I pronouncing it correctly, Hager?
10   A.    Haider.
11   Q.    Haider?
12   A.    Yes.
13   Q.    It might be with a "D," H-a-d-e-r?
14   A.    Yes.
15   Q.    Or something like that?
16   A.    Something like that.
17   Q.    And the first name is Hadene?
18   A.    Hadene, uh-huh.
19   Q.    With an "H" sound?
20   A.    Yes.  Yes.
21   Q.    Hadene Haider?
22   A.    Yes.
23   Q.    All right.  Is there any other physician
24   that has prescribed diet drugs for you?
25   A.    I think that's it.

Page 36

1    Q.    Okay.  Do you remember when it was that
2    Dr. -- and I'm just going to call him Haider,
3    H-a-d-e-r, because we don't know the -- I don't have
4    his records.  We don't have the correct spelling on
5    his name.  But you'll understand that's who we're
6    talking about.
7    A.    Okay.
8    Q.    He's with the Macon Primary Health
9    Clinic?
10   A.    Yes.
11   Q.    When did Dr. Haider prescribe diet drugs
12   to you of any kind?
13   A.    I believe I went to him in 1998.  1998.
14   Q.    Okay.  And did you -- how long did you
15   see Dr. Haider?
16   A.    That was really just a one-time visit.
17   Q.    One time?
18   A.    Uh-huh.
19   Q.    And did you go to him for the purpose of
20   obtaining a diet drug prescription?
21   A.    Yes.
22   Q.    And what diet drug did he prescribe to
23   you?
24   A.    Phentermines.  The phentermines.  I think
25   I'm pronouncing it right.

Page 37

1    Q.    Okay.  And do you recall specifically
2    what brand of phentermine --
3    A.    Huh-uh.
4    Q.    -- he prescribed to you?
5    A.    No.
6    Q.    Were you aware that different companies
7    make different types of phentermine medication?
8    A.    No, sir.
9    Q.    When Dr. Haider prescribed you
10   phentermine in 1998, how long did you take that
11   prescription?
12   A.    It was just a 30-day supply.
13   Q.    Okay.  How did you come to see Dr.
14   Haider?
15   A.    One of my friends told me about him, that
16   he would prescribe them for me.
17   Q.    Okay.  Who was your friend who told you
18   that?
19   A.    Azalene Chamblee.
20   Q.    I'm sorry?
21   A.    Her name is Azalene Chamblee.
22   Q.    You might need to spell that for the
23   court reporter.
24   A.    Oh, Lord, I can't spell it.
25   Q.    All right.  Well, let's say it one more

Page 38

1 time.
2    A.    Azalene Chamblee.
3    Q.    Chamblee?
4    A.    Uh-huh.  S-h-a-m-i-l-y.  I think that's
5 right.
6    Q.    Where does she live?
7    A.    In Macon.
8    Q.    Had she also gone to see Dr. Haider?
9    A.    Yes.
10    Q.    And had also received a diet drug
11 prescription?
12    A.    Yes.
13    Q.    And what do you remember about your visit
14 with Dr. Haider?
15    A.    Nothing really.
16    Q.    You don't remember anything about it?
17    A.    No.
18    Q.    Do you remember what he looks like?
19    A.    Yes, I remember what he looks like.
20    Q.    Describe him.
21    A.    He's a foreigner.  I know that.  That's
22 all I know.
23    Q.    Describe him for me.
24    A.    I can't describe him.
25    Q.    Short?  Tall?

Page 39

1    A.    He's tall and dark hair and....
2    Q.    When you say --
3    A.    I don't know how to describe his skin
4 color, but he's....
5    Q.    When you say foreigner, does he appear to
6 be from the Middle East or from India or where did
7 you judge he was from?
8    A.    I don't know.
9    Q.    Okay.  But he wasn't American.  You're
10 sure of that?
11    A.    No, he's not American.
12    Q.    And you don't recall specifically any
13 discussion that you had with Dr. Haider or that he
14 had with you?
15    A.    No.
16    Q.    Why didn't you go back to see him except
17 for that one time?
18    A.    I didn't really like him.  I just didn't
19 go back to him.
20    Q.    What about him didn't you like?
21    A.    Attitude.
22    Q.    Can you be more specific?  What about his
23 attitude?
24    A.    I don't remember.  I just know I didn't
25 like him.

Page 40

1    Q.    You just remember you didn't like him?
2    A.    Yes.
3    Q.    Okay.  When you went to see Dr. Haider in
4 1998, do you remember what your weight was at that
5 time?
6    A.    No.
7    Q.    According to the records that we obtained
8 from Dr. Conner you saw him for the first time in
9 February -- on February 13 of 1992, and you
10 continued to see him on a periodic basis until April
11 27, of 1995.  So approximately three years, from '92
12 to '95, are the medical records that we have.  Does
13 that square with your recollection, Ms. Stallings,
14 as to when you saw Dr. Conner?
15    A.    Dr. Conner?
16    Q.    Yes.
17    A.    '92 to '95?  I believe.  I'm not certain.
18 I'm not certain of that.
19    Q.    Well, does that sound about right?
20    A.    It sounds about right but I'm not certain
21 it is.
22    Q.    Sure.  Well, let's put it another way.
23 1995 was nine years ago.
24    A.    Uh-huh.
25    Q.    Do you remember seeing Dr. Conner --

Page 41

1    A.    I do remember --
2    Q.    -- within the last nine years?
3    A.    I do remember seeing him.
4    Q.    I know you remember seeing him, but I'm
5 saying do you remember seeing him any more recently
6 than about nine years ago?
7    A.    Oh, no.
8    Q.    It's been a long time since you've seen
9 him?
10    A.    Yes.
11    Q.    Sitting here today you can't specifically
12 recall seeing Dr. Conner after 1995, can you?
13    A.    No, not specifically.
14         MR. WIENER:  Let me go ahead and make
15 these records that we've obtained an exhibit to the
16 deposition.  And, Brandon, I have for my own
17 purposes highlighted these.  So we may want to just
18 go ahead and put in an unhighlighted --
19         MR. DORSEY:  That's fine.
20         MR. WIENER:  -- copy.  But for now we'll
21 just mark this as the next exhibit.
22         (EXHIBIT NO. 3 MARKED.)
23 MR. WIENER:
24    Q.    All right.  Thank you.
25         MR. WIENER:  Brandon, did you get a

Stallings, et al. v. Wyeth, et al.                Deposition of                      June 28, 2004
                                                Brenda Stallings

Page 42

1  chance to look at those?
2          MR. DORSEY: I did.
3          MR. WIENER: Okay. Thanks.
4  MR. WIENER:
5      Q.   Ms. Stallings, Dr. Douglas Conner
6  according to these records is with a clinic or
7  facility known as Starkville Health. Is that what
8  you recall?
9      A.   Uh-huh.
10     Q.   How did you come to see Dr. Conner back
11 in 1992?
12     A.   Fat lady syndrome again. A friend of
13 mine told me about him. We had --
14     Q.   What syndrome was that? I missed that.
15     A.   Fat lady syndrome.
16     Q.   Oh, my goodness.
17         THE VIDEOGRAPHER: Could you keep your
18 mike on, please, sir.
19         MR. WIENER: Oh, I'm sorry. Did you --
20 did you get all that?
21         THE VIDEOGRAPHER: Yes, sir.
22 MR. WIENER:
23     Q.   Ms. Stallings, a friend of yours who also
24 was working on her weight problem told you --
25     A.   Yes.

Page 43

1      Q.   -- recommended you to Dr. Conner?
2      A.   Yes.
3      Q.   And so your friend was seeing Dr. Conner
4  for weight loss problems?
5      A.   Yes.
6      Q.   And he had given her weight loss
7  medication?
8      A.   Yes.
9      Q.   All right. And according to this record
10 of your first visit on February 13, 1992, you
11 presented to him at that time with a height of five
12 foot five and a half inches and weight of 210
13 pounds. And, apparently, you indicated to him that
14 your normal weight was 165.
15     A.   Uh-huh.
16     Q.   Does that square with your recollection
17 of your first visit with Dr. Conner?
18     A.   Well, I don't know if I indicated to him
19 that my weight was 165. I don't think I indicated
20 that because I've never been that little.
21     Q.   Okay. Well, that's fine. I'm looking at
22 the record itself and you may have a different
23 recollection of how that visit went. And if so,
24 that's what I want you to tell me, but that's what
25 his record shows.

Page 44

1      A.   Okay.
2      Q.   What do you recall about your first visit
3  with Dr. Conner?
4      A.   Not much.
5      Q.   Okay. I'm sure you spoke with him for
6  some period of time.
7      A.   Yes.
8      Q.   He came into the examining room --
9      A.   Yes.
10     Q.   -- and the two of you had some
11 communication. Do you remember any of that?
12     A.   I just -- I think I just told him I
13 needed -- I came to see if I can get some diet
14 pills. A friend had told me about them. And he
15 just weighed me and basically checked my blood
16 pressure and that's it.
17     Q.   All right.
18     A.   That's all I can....
19     Q.   All right. So you remember he performed
20 some brief physical examination that might have
21 included taking your blood pressure?
22     A.   Uh-huh.
23     Q.   All right. And had you ever before been
24 on any type of weight loss medication before seeing
25 Dr. Conner in 1992?

Page 45

1      A.   No, not before.
2      Q.   All right. So just to be absolutely
3  clear, you had never before had a prescription for
4  any type of diet drug or weight loss medication
5  before Dr. Conner gave you a prescription in 1992?
6      A.   No.
7      Q.   All right. And you had never taken any
8  sort of over the counter weight loss or diet
9  medication?
10     A.   No, not in '92.
11     Q.   All right. Now according to the record
12 of your first visit with Dr. Conner he prescribed
13 the medication Fastin, F-a-s-t-i-n.
14     A.   Uh-huh.
15     Q.   Do you remember that?
16     A.   Yes.
17     Q.   All right. And did you understand from
18 your visit with Dr. Conner that that was a type of
19 diet or weight loss medication?
20     A.   Yes.
21     Q.   All right. What do you recall
22 Dr. Conner specifically telling you about that
23 medication?
24     A.   I don't remember him telling me anything
25 about that -- anything about the medication.

Page 46

1    Q.   Okay.  Well, let me throw some subjects
2  out there and ask you if you recall any discussion
3  with Dr. Conner about any of these subjects.  Did he
4  tell you how long you would have to take the
5  medication Fastin before you could expect to see
6  some results?
7    A.   No.
8    Q.   You don't remember that?
9    A.   No.  He didn't say that.
10    Q.   Did he discuss with you any of the
11  possible side effects that Fastin might have?
12    A.   No.
13    Q.   Okay.  Are you telling me he didn't have
14  that discussion with you or that you don't remember
15  having that discussion?
16    A.   Well, I know he didn't have -- he didn't
17  say that.  He didn't say anything.
18    Q.   Okay.  So you're sure in your own mind
19  that Dr. Conner did not review potential side
20  effects from taking Fastin?
21    A.   I'm positive about it.
22    Q.   All right.  You're positive about that.
23    A.   Uh-huh.
24    Q.   Did you obtain any sort of literature,
25  pamphlets, package inserts when you got the Fastin

Page 47

1  that told you about the side effects?
2    A.   From him?
3    Q.   No.  Well, let's -- I assume that you
4  filled the prescription at a pharmacy.
5    A.   Uh-huh.
6    Q.   Is that right?
7    A.   Yes.
8    Q.   When you went to the pharmacy, did you
9  receive any written information telling you about
10  Fastin and what the side effects might be?
11    A.   I remember it shows nausea, jittery.  I
12  remember that.
13    Q.   Okay.
14    A.   I do remember that much, but I don't know
15  what all it said, but --
16    Q.   I understand.
17    A.   -- I do remember that much about it.
18    Q.   But you received some sort of information
19  sheet when you got the prescription that listed some
20  side effects, and you remember nausea and jittery as
21  being two of them.  Is that right?
22    A.   Yes, I remember that.
23    Q.   Okay.  And per Dr. Conner's records when
24  you first saw him in February of 1992 your name was
25  Brenda Cunningham.

Page 48

1    A.   Uh-huh.
2    Q.   Well, I apologize.  There's a second
3  sheet here where someone has written at the top
4  Dr. Douglas Conner's medical files, Brenda M.
5  Stallings.  And then your name Brenda Cunningham is
6  under that.  I guess what I'm driving at there,
7  Ms. Stallings, had you been a patient of Dr. Conner
8  before 1992?
9    A.   Huh-uh.
10    Q.   So the time that you went to see him in
11  1992 and received that prescription of Fastin,
12  that's the first time that you ever saw Dr. Conner
13  for anything?
14    A.   Right.
15    Q.   Okay.  All right.  Now, his records --
16    MR. DORSEY:  Excuse me.  Mr. Wiener, just
17  for purposes of clarification since you've made this
18  -- I think this may be a handwritten notation from
19  maybe a staff person here at our office which
20  basically identifies this document as medical files
21  from Dr. Conner on Brenda Stallings.
22    MR. WIENER:  Okay.  Good.  Thanks.  I
23  appreciate that.
24    MR. DORSEY:  I don't think that was
25  something that was written by Dr. Conner's office.

Page 49

1  I think this was something handwritten by a staff
2  person.
3    MR. WIENER:  Okay.  Good.  Thank you for
4  making that clarification.
5    (OFF THE RECORD.)
6  MR. WIENER:
7    Q.   Ms. Stallings, looking at the notes of
8  your first visit with Dr. Conner he notes that he's
9  prescribing you Fastin, and it looks like 30 I guess
10  that's milligrams for 30 days.  He also has written
11  on here what -- it seems to say 1,200 calories per
12  day.  Do you recall discussing with Dr. Conner that
13  in order to achieve weight loss that you needed to
14  limit your caloric intake to 1,200 calories a day?
15    A.   I don't remember it.
16    Q.   Okay.
17    A.   I don't remember.
18    Q.   You're not denying that the discussion
19  that place?
20    A.   I'm not denying it.
21    Q.   But sitting here today you can't remember
22  it?
23    A.   I can't remember it.
24    Q.   All right.  There's also a note on here
25  that you were to exercise at home.  Do you remember

Stallings, et al. v. Wyeth, et al.                Deposition of                June 28, 2004
                                              Brenda Stallings

Page 50

1   talking about that with Dr. Conner?
2       A.   No, I don't.
3       Q.   Okay. Do you recall whether you had any
4   discussion with Dr. Conner, generally speaking,
5   about being overweight and the potential health
6   risks that are associated with being overweight?
7       A.   No.
8       Q.   Now, in looking at your records with
9   Dr. Conner, the next time you were in to see him
10  according to this chart -- and Brandon's got it in
11  front of him. So if you need to look at it you're
12  certainly welcome to. Or Brandon can point out if
13  I'm not -- if I'm not reading anything correctly.
14  But it does as though you were back to see
15  Dr. Conner on March 12, 1993, which is more than a
16  year after your first visit; that is, if we do have
17  the complete records. Do you recall there being a
18  gap of a year between your first and second visits
19  with Dr. Conner?
20      A.   Huh-uh. I don't think it was that far --
21      Q.   Okay.
22      A.   -- apart.
23      Q.   All right. You feel like after you
24  started to see him in 1992 that you saw him on a
25  frequent basis?

Page 51

1       A.   I remember it being like, oh, gosh, twice
2   in '92.
3       Q.   Okay. Well, it's possible that his
4   office didn't give us the complete records or that
5   in putting them together my office didn't put them
6   altogether, but that's -- I don't have anything
7   between February 12 of '92 and March 12 of '93.
8           MR. WIENER: Let me just ask, Brandon, or
9   any of the other attorneys on the line, does anybody
10  have records that I may be missing between '92 and '93?
11          MR. DORSEY: All I have is there's a
12  notation for 1993. I guess this is February 13 or
13  12 of '92, and then there is another notation March
14  12 of '93. Then there's a notation for April of '93.
15          MR. WIENER: Yes. Well, that's what I've
16  got. So you don't have anything in between?
17          MR. DORSEY: No, sir, I don't.
18          MR. WIENER: Do any of the other
19  attorneys on the line have any records?
20          MR. MANSFIELD: No, I do not. Now, I do
21  note that on the page there is some writing, you
22  know, at the top --
23          MR. WIENER: Correct.
24          MR. MANSFIELD: -- and it makes me
25  question.

Page 52

1           MR. WIENER: Yes. Well, we'll
2   double-check on that, Brandon, and get back in touch
3   if we think that we need to go over anything else if
4   we've missed anything.
5   MR. WIENER:
6       Q.   But, Ms. Stallings, your memory today is
7   that you saw Dr. Conner at least two times in the
8   year 1992?
9       A.   Yes.
10      Q.   All right. It may have been more?
11      A.   No.
12      Q.   You think it was twice?
13      A.   I think it was twice.
14      Q.   Okay. And we don't -- since we don't
15  have a clear record of the second visit, is there
16  something that you recall specifically about the
17  second visit that you had with him in '92?
18      A.   I said I really believe I saw him twice
19  because he told me in '92 that he didn't want to
20  give me those pills twice a year. I remember
21  him saying something about only twice a year. I
22  remember that.
23      Q.   All right. And that was referring to the
24  Fastin?
25      A.   Yes. I do remember that.

Page 53

1       Q.   All right. Well, looking at the notes
2   from the March 12, 1993, visit he noted that your
3   weight was 195 which was described as a weight loss
4   of 15 pounds. Now, further up on that page is Ken
5   Mansfield observed there's a note that says 210
6   before something. But 210 is the same weight that
7   you had -- that had been determined in your first
8   visit with him in 1992. In any event, Ms. Stallings,
9   there's a notation there that at 195 you had had
10  weight loss of 15 pounds. Do you see that?
11      A.   Uh-huh.
12      Q.   So do you recall that from the time of
13  your initial visit with Dr. Conner through about one
14  year later that you had lost some weight?
15      A.   Uh-huh.
16      Q.   You do remember that?
17      A.   Yes.
18      Q.   Now, on that note for March 12, 1993, at
19  the bottom it says -- I think what it says is walk
20  three to four miles. And I'm not sure what the last
21  word might signify. But it seems pretty clear that --
22          MR. WIENER: Go ahead.
23          MR. DORSEY: I'm trying to find -- where
24  are you?
25          MR. WIENER: On the note for 3/12/93.

Stallings, et al. v. Wyeth, et al.                 Deposition of                     June 28, 2004
                                              Brenda Stallings

Page 54

1        MR. DORSEY: Okay.
2   MR. WIENER:
3        Q.   It seems pretty clear that Dr. Conner had
4   some discussion with you and made some note about
5   you being on a walking program.  Do you -- do you
6   recall that?
7        A.   I don't recall him telling me to walk
8   because at the time I was going to him I was in an
9   exercise class.  So that's how I found out.  You
10  know, we had an exercise class.  I don't remember
11  him telling me to walk.  I don't remember it.  I'll
12  put it that way.  Maybe he did but I don't remember
13  him telling me that.
14       Q.   And you don't recall being on a walking
15  program --
16       A.   No.
17       Q.   -- at that time?  You mentioned that you
18  were in an exercise class.
19       A.   Yes.
20       Q.   What class were you in?
21       A.   It was a bunch of us just got together at
22  the place where I worked at, Mayfair, at the time.
23  We used the recreation center every evening and did
24  an exercise -- an hour exercise class.
25       Q.   So this was a room -- a recreation room

Page 55

1   at the place where you worked, the Mayfair
2   Apartments?
3        A.   Yes.
4        Q.   And did they have equipment in this room?
5        A.   No.
6        Q.   Just a big open room?
7        A.   Just aerobics.
8        Q.   I see.  So did someone lead the class?
9        A.   Yes, it was some ladies that led it.
10       Q.   Did you -- was this just you a voluntary
11  thing or did you all pay money to do this?
12       A.   It was voluntary.
13       Q.   Just a group of ladies getting together?
14       A.   Just trying to help one another out,
15  yes.
16       Q.   Okay.  And so are you telling me that one
17  or two of the ladies that knew more about aerobics
18  led the class?
19       A.   Yes.
20       Q.   All right.  You weren't one of the
21  leaders?
22       A.   Huh-uh.  No, sir.
23       Q.   And how long did you attend that exercise
24  class?
25       A.   We had that class for about two years.

Page 56

1        Q.   How often did you have the class?
2        A.   Every evening.
3        Q.   Every evening?
4        A.   Uh-huh.  Well, Monday through Friday.
5   I'm sorry.
6        Q.   So every evening Monday to Friday.  And
7   how long did the class go for?
8        A.   One hour.
9        Q.   And was it one hour of aerobics?
10       A.   Uh-huh.
11       Q.   And you did that for two years?
12       A.   Uh-huh, two years.
13       Q.   What years were you in the class?
14       A.   Oh, God, I knew you was going to come
15  back to the years.  It was in '92 -- '92 and '93.
16       Q.   So it was at the same time that you were
17  seeing Dr. Conner?
18       A.   Yes.  Right.
19       Q.   Do you think that you told Dr. Conner
20  that you were in this exercise program?
21       A.   Yes.
22       Q.   You feel like you did?
23       A.   Yes, I feel like I did.
24       Q.   During that time were you doing anything
25  in terms of diet to try to curb or control your

Page 57

1   intake -- caloric intake?
2        A.   We was trying all kind of different
3   stuff.  Soups and stuff.  Different things.
4   Three-day diets.  Stuff like that.
5        Q.   So you would say that during this time
6   period of '92, '93 while you were seeing Dr. Conner
7   and taking the medication Fastin you were also in a
8   regular exercise program that you've described and
9   you were also making some effort of different diets,
10  food modification?
11       A.   Yes.
12       Q.   Okay.  Now, if we look on to your visit
13  with Dr. Conner April 26, 1993, there's a note that
14  says weight, 194.  And then it says stopped
15  exercising.  Restart.  Do you recall telling
16  Dr. Conner that you had stopped exercising and he
17  had encouraged you to get back on the program?  You
18  don't remember?
19       A.   I don't remember that.
20       Q.   Okay.  And, of course, in that note it
21  continues to show Fastin medication being prescribed
22  to you.
23       A.   Uh-huh.
24       Q.   Do you see that?
25       A.   Yes.

Stallings, et al. v. Wyeth, et al.            Deposition of                    June 28, 2004
                                         Brenda Stallings

Page 58

1    Q.    All right.  And then your next visit per
2  this record is July 12, 1993, at which time your
3  weight was 195.  There's a note "too fat."  And I
4  don't know if that's what you told Dr. Conner and he
5  wrote it down.  Do you recall that?
6    A.    No, I didn't tell him that.
7    Q.    You didn't tell him that?
8    A.    It looks like some private insults.
9    Q.    And the note there with the arrow going
10  upwards is the way medical people say increase.  So
11  increase your exercise, decrease your calories.  Do
12  you see that?
13    A.    Uh-huh.
14    Q.    And then there's a note which I think is
15  referring to the medication Adipex.
16    A.    Uh-huh.
17    Q.    Do you remember Dr. Conner switching you
18  to a different type of medication in mid-1993?
19    A.    Yes.
20    Q.    Do you remember the name of that
21  medication being Adipex?
22    A.    Yes.
23    Q.    And was it another kind of weight loss
24  medication?
25    A.    Yes.

Page 59

1    Q.    Do you know what type of medication it
2  was?  In other words, was it the same -- did you
3  understand from Dr. Conner that it was the same kind
4  of medication as Fastin only just a different brand?
5    A.    Huh-uh.  No, I didn't have a clue about
6  that.
7    Q.    Okay.  So he didn't explain that to you?
8    A.    No.
9    Q.    Did he tell you why he was switching your
10  medication?
11    A.    He just said we were going to try
12  something else -- I remember that -- and see if it
13  worked better --
14    Q.    All right.
15    A.    -- because the other one had stopped
16  working.
17    Q.    All right.  So to your knowledge the
18  reason for switching to Adipex from Fastin was
19  because the Fastin was not getting the results that
20  you wanted?
21    A.    Yes.
22    Q.    Okay.  Were you having any problems with
23  the Fastin in terms of side effects?
24    A.    No, not at that time.
25    Q.    All right.  So the reason for switching

Page 60

1  you from Fastin to Adipex had nothing to do with any
2  side effects or problems that you were having on
3  Fastin?
4    A.    No, not at that time.
5    Q.    Now, on this note the No. 30 is circled
6  which I believe, Ms. Stallings, refers to your
7  getting a 30-day supply of Adipex.  Is that -- is
8  that what you recall?
9    A.    Yes.
10    Q.    All right.  And back in the time '92, '93
11  that you were receiving these prescriptions from
12  Dr. Conner, where -- what pharmacy were you using to
13  fill those prescriptions?
14    A.    I'm not certain, but I'm thinking it was
15  Food Max, the pharmacy at Food Max.
16    Q.    Okay.  So Food Max is a grocery store --
17    A.    Yes.
18    Q.    -- in Macon?
19    A.    No.  That's in Starkville.
20    Q.    I see.  In Starkville.  And they had a
21  pharmacy located within the grocery store?
22    A.    Right.  Uh-huh.
23    Q.    All right.  According to this note,
24  Ms. Stallings, the next time you were in to see
25  Dr. Conner was December 31 of 1993.  So you went to

Page 61

1  see him on New Years Eve of 1993.
2    A.    Okay.
3    Q.    Do you recall -- well, first, let me ask
4  you:  Do you think that you had any visits with him
5  between July and December?
6    A.    Huh-uh.
7    Q.    All right.
8    A.    I don't think so.
9    Q.    So there was a gap of almost six months
10  in your going back to see Dr. Conner?
11    A.    Yes.
12    Q.    Do you know why that occurred?
13    A.    I can't recall.
14    Q.    Okay.  If he had given you a 30-day
15  supply of Adipex in July of '93, then that would
16  have run out sometime in August -- mid August of
17  '93.
18    A.    Uh-huh.
19    Q.    Do you recall that you were off of diet
20  drugs from August until December or were you -- did
21  you obtain a prescription from some other source?
22    A.    I didn't -- I don't recall taking it
23  anywhere else.
24    Q.    So to the best of your knowledge were you
25  off of the Adipex from the time that that

Stallings, et al. v. Wyeth, et al.                    Deposition of                              June 28, 2004
                                               Brenda Stallings

Page 62

1  prescription ran out in mid August of 1993 until you
2  went back to see Dr. Conner at the end of '93?
3      A.   Yes.  I believe I was off.
4      Q.   Did you -- had you made a decision during
5  that time that you were going to just stay off the
6  medication for a couple of months?
7      A.   I don't remember why I got off them.
8      Q.   But you do remember being off them for a
9  short period of time?
10     A.   Yes, I do remember being off of them.
11     Q.   But you don't remember what led you to do
12  that?
13     A.   No.
14     Q.   Do you recall Dr. Conner telling you on
15  the July 12, 1993, visit that he was -- that this
16  was going to be the last prescription that he gave
17  you?
18     A.   No.
19     Q.   You don't remember that?
20     A.   I don't remember.
21     Q.   I'm just trying to explore the reason.
22  So I'm not suggesting that that happened.  I'm just
23  asking.
24     A.   Okay.
25     Q.   All right.  You don't recall any

Page 63

1  discussion like that?
2      A.   I don't recall any.
3      Q.   But you recall Dr. Conner making some
4  comment to you at least when he gave you the Fastin
5  that he could only give you that medication twice a
6  year?
7      A.   I remember that.  And I think that was
8  like the first two times that I went to him.  If I'm
9  not wrong, I think that was the first two times.
10     Q.   When he gave you the Fastin he gave you
11  30-day supplies.  Right?
12     A.   Uh-huh.
13     Q.   So you understood from Dr. Conner that
14  you could only be on that medicine for up to 60 days
15  in a year's time?
16     A.   Yes.  That's what I was getting from
17  him.
18     Q.   All right.  And what about with the
19  Adipex?  Did he give you any different information
20  about how much or how long you could take Adipex?
21     A.   I don't remember any information on that
22  one.
23     Q.   Okay.  And let me ask you similar
24  questions about the Adipex that I asked you about
25  the Fastin.  Did Dr. Conner give you any information

Page 64

1  about potential side effects of the Adipex?
2      A.   No.
3      Q.   All right.  And when you went to the
4  pharmacy and got the prescription filled, do you
5  recall getting an information sheet that listed
6  possible side effects?
7      A.   Just the one about the jittery, you know,
8  being nervous and nauseated.
9      Q.   Okay.
10     A.   That sheet.  I remember that.
11     Q.   Well, you had told me about that sheet
12  when we were talking about your Fastin
13  prescription.
14     A.   Uh-huh.
15     Q.   Do you recall that with Adipex you got a
16  similar sheet that listed similar types of side
17  effects?
18     A.   Well, let me make sure I give you the
19  right answer now.  I don't want to.... I've never
20  got anything that told me specifically what this
21  medicine can do to me.  I never saw anything like
22  that.  It was just basic stuff.  You might be
23  nervous and nauseated.  I remember that.  I don't
24  know was it on both of them or just one of them.
25     Q.   Okay.

Page 65

1      A.   But I do remember seeing that.  But I
2  know I didn't see anything that said it was going to
3  tear up your heart valves.  I didn't see nothing
4  like that.
5      Q.   All right.  When you went to see
6  Dr. Conner on December 31, 1993, he noted that your
7  weight was 219 pounds.  Do you see that?
8      A.   Uh-huh.
9      Q.   So your previous visit you had been down
10  to 195, and that's what your weight had been for
11  several months.  And then when you go back to him at
12  the end of '93 your weight has climbed back up to
13  219.  Do you see that?
14     A.   Uh-huh.
15     Q.   And do you have any reason to dispute or
16  disagree with what Dr. Conner's note shows your
17  weight was on that occasion?
18     A.   Huh-uh.  No.
19     Q.   All right.  So as far as you know that's
20  accurate information?
21     A.   Yes.
22     Q.   And at the December 31, 1993, visit
23  there's a note again to increase exercise and a note
24  that he's prescribing you Adipex for a 30-day supply
25  once again.  Do you see that?

Stallings, et al. v. Wyeth, et al.                Deposition of                          June 28, 2004
                                              Brenda Stallings

Page 66

1    A.    Yes.
2    Q.    Now, this has been a couple of times that
3  there's been a note about your increasing your
4  exercise or getting back on your exercise program.
5  Do you recall any discussion that you had with
6  Dr. Conner at any time about the subject of exercise
7  and what you ought to be doing?
8    A.    He could have. I just don't remember.
9    Q.    That's fine. That's all you can do is
10  tell as best you remember. And if you don't, then
11  just tell us you don't remember.
12        The next note from Dr. Conner shows that
13  you were back to see him 7/29/94. So now this is a
14  little more than six months later.
15    A.    Uh-huh.
16    Q.    And do you recall that there was again a
17  gap of some six months before you were back in to
18  see him?
19    A.    Uh-huh.
20    Q.    Do you recall why it was that you didn't
21  see Dr. Conner for that period of time?
22    A.    Well, I think the pills had stopped
23  working.
24    Q.    Okay.
25    A.    They weren't doing anything. And the

Page 67

1  minute you stop taking them you just go right back
2  anyway. And I just saw myself kept increasing. So
3  I went back and try -- well, six months passed. I
4  guess I'll go try it again. So I went and tried it
5  again.
6    Q.    Given that he had prescribed 30 days of
7  Adipex to you on December 31, 1993, do you think
8  that you took that prescription until it was -- you
9  had exhausted it?
10    A.    Uh-huh. Yes.
11    Q.    And then you would have been off any type
12  of medication from approximately February 1 of '93
13  until you go back to see Dr. Conner on July 29,
14  1994?
15    A.    Yes.
16    Q.    So, again, you have several months where
17  you're off of the medication?
18    A.    Uh-huh.
19    Q.    Is that right?
20    A.    Yes.
21    Q.    And if I'm hearing you correctly, that
22  was your decision. In other words, you were -- you
23  thought that the medication wasn't working and,
24  therefore, you didn't go back to the doctor for a
25  while.

Page 68

1    A.    Yes.
2    Q.    Am I hearing you right on that?
3    A.    Yes.
4    Q.    Okay. And then when you went back to see
5  Dr. Conner on July 29, 1994, I think his note is
6  indicating that your weight at that time was up to
7  228 1/2. Do you see that?
8    A.    Yes.
9    Q.    Do you recall that when you went back to
10  see him on July 29, 1994, that your weight had
11  increased since the last visit you had had with him?
12    A.    Uh-huh.
13    Q.    All right. And here on this note again
14  he's again showing prescribing you the Adipex for 30
15  days.
16    A.    Right.
17    Q.    Do you see that?
18    A.    Yes.
19    Q.    And did you take the Adipex for 30 days
20  starting on July 29, 1994?
21    A.    Yes.
22    Q.    Okay. All right. And then we come to
23  what appears to be the last visit that you had with
24  Dr. Conner which is April 27 of 1995. So that would
25  have been -- let's see. I think that's nine months

Page 69

1  later. And let me ask you, Ms. Stallings, similar
2  to what I asked you before, if Dr. Conner gave you
3  Adipex for 30 days on July 29, 1994, and you took
4  that for 30 days, you would have been off of the
5  medication from approximately September 1 of '94
6  until you came back to see Dr. Conner on April 27,
7  1995. Is that correct?
8    A.    Yes.
9    Q.    And that's some six or seven months again
10  that you were off of any type of weight loss
11  medication?
12    A.    Yes.
13    Q.    All right. In other words, during these
14  -- during these periods that we've discussed of
15  several months when you were not going back to see
16  Dr. Conner, you weren't going to anyone else to get
17  weight loss medication, were you?
18    A.    No, sir.
19    Q.    Okay.
20    A.    No, I was gaining too much to be going
21  somewhere else.
22    Q.    All right. I'm just trying to establish
23  that during this time period Dr. Conner was the only
24  medical provider that you went to with regard to
25  weight loss.

Stallings, et al. v. Wyeth, et al.                        Deposition of                                June 28, 2004
                                                       Brenda Stallings

Page 70

1   A.   Yes.
2   Q.   And on his note of the visit that you had
3   with him April 27, 1995, he recorded your weight at
4   that time -- or I guess his nurse did, but the note
5   is made that your weight at that time was 235 pounds.
6   Do you see that?
7   A.   Yes.
8   Q.   Now, at the very bottom there are two
9   medications listed. One is Fastin, 30 -- and I
10  apologize. I don't know if that's grams but that
11  seems to be the dosage. And then it's -- the number
12  30 is circled which I think indicates a 30-day
13  supply. So, again, Dr. Conner put you back on
14  Fastin in April of 1995. Is that right?
15  A.   Right.
16  Q.   Do you recall any discussion that you had
17  with him at that time about the medication that you
18  had been taking? In other words --
19  A.   No.
20  Q.   -- you had been on -- he had given you
21  Adipex the last several times you had seen him. Do
22  you recall talking with him about the Adipex and
23  whether it was working or wasn't working?
24  A.   I believe at that time I told him that
25  that one really ain't doing anything.

Page 71

1   Q.   Okay.
2   A.   In fact, yes, that's the one that really
3   didn't work. The Adipex.
4   Q.   All right. So having been on Fastin
5   initially and then you're on Adipex, when you got to
6   Dr. Conner in April of 1995 looking back on how
7   things had gone you had drawn the conclusion that
8   Adipex was not as effective as Fastin?
9   A.   Yes.
10  Q.   Is that right?
11  A.   Right.
12  Q.   So Adipex was the drug that really wasn't
13  doing anything?
14  A.   Right.
15  Q.   All right. And do you think that's why
16  Dr. Conner put you back on the Fastin?
17  A.   I'm assuming, yes.
18  Q.   Okay. Now, there's another medication
19  that is noted which is -- the abbreviation is HCTZ.
20  Do you know what that is?
21  A.   Huh-uh. I don't remember that one.
22  Q.   I think that it's hydrochlorothiazide.
23  Do you remember ever being on a medication called
24  hydrochlorothiazide?
25  A.   I don't remember it.

Page 72

1   Q.   All right. Well, just to help you along,
2   Ms. Stallings, I may be -- I may be wrong about
3   this. So, I mean, I'm just asking you the question
4   and you follow along with me. Hydrochlorothiazide
5   is a blood pressure medication. Have you ever
6   received medication from Dr. Conner or from any
7   physician that was in treatment of high blood
8   pressure?
9   A.   That would be the only one. Other than
10  that, I haven't.
11  Q.   All right. Well, I'll look at -- there
12  are notes of you receiving hydrochlorothiazide from
13  other physicians. And I'll go over those with you.
14  But let's just confine ourselves to this April 27,
15  1995, visit with Dr. Conner. Do you remember any
16  discussion with him to the effect that he was
17  prescribing an additional medication to you?
18  A.   No.
19  Q.   Do you remember any discussion with him
20  about any sort of blood pressure or cardiovascular
21  difficulty that you were having?
22  A.   No.
23  Q.   All right. I'm going to now refer to the
24  records of Dr. Edmond C. Henson in Mobile, Alabama.
25       THE VIDEOGRAPHER: Pardon me just a

Page 73

1   second.
2        (OFF THE RECORD.)
3        MR. WIENER: Let me suggest this to
4   counsel. We're back on the record at about five
5   minutes to twelve. I'm not going to ask
6   Ms. Stallings any questions about the Dr. Henson
7   records until you all tell me that you've gotten the
8   faxes from Brandon's office. And let me cover some
9   other things and maybe go until about 12:10, 12:15
10  and we'll break for lunch. Does that suit everybody
11  here?
12       MR. DORSEY: That's fine.
13       MR. WIENER: Is that good with the folks
14  on the line?
15       MR. MANSFIELD: Sure, that will be fine.
16  MR. WIENER:
17  Q.   Ms. Stallings, let's just go back for a
18  moment to the medications that Dr. Conner prescribed
19  for you. And I want to ask you, did you have any
20  sort of problems that you associated with taking
21  either Fastin or Adipex; in other words, did you
22  have any type of side effects or symptoms of any
23  type that you believed or even wondered might have
24  been caused by either of those medications?
25  A.   When you ask me that, now, are you saying

Page 74

1  right after this or now?
2      Q.   I'm saying at the time.
3      A.   At that time?
4      Q.   Yes.  And then I'll bring it forward.
5  But from 1992 through 1995, which is the dates that
6  we've gone over that you were seeing Dr. Conner and
7  during that time he was prescribing Fastin and then
8  Adipex and then back to Fastin, during that period
9  of time did you have any sort of symptoms or
10  problems or complaints that you believed may have
11  been caused by either of those medications?
12      A.   My sex drive was kind of low during then,
13  but I didn't have a clue what was going on.  I
14  didn't have a clue.
15      Q.   Okay.
16      A.   And I began the shortness of breath, but
17  I didn't associate it with the medicine.  I thought
18  maybe it was the weight gain.  So I can't really say
19  for definite was that the cause of it, but I didn't
20  have a clue what was doing it.
21      Q.   All right.  So you're telling me that you
22  remember back in that time period having decreased
23  sexual drive?
24      A.   Uh-huh.
25      Q.   And some shortness of breath?

Page 75

1      A.   Uh-huh.
2      Q.   Now, did you mention either of those
3  problems to Dr. Conner when you went to see him?
4      A.   Huh-uh.  No.  This was like in '95 when
5  all of these little changes started taking place.
6  So it didn't actually happen while I was going
7  through this.  So that's why I couldn't associate it
8  with the medicine because it didn't actually happen
9  while I was taking the medicine.  So I didn't have a
10  clue.
11      Q.   Okay.  Well, as we -- go ahead.  I'm
12  sorry.
13      A.   I didn't have a clue what was causing it.
14      Q.   Well, as we noted before, the last record
15  we have of your seeing Dr. Conner is April 27, 1995.
16      A.   Uh-huh.
17      Q.   Are you telling me that the problems that
18  you've described with loss of sex drive and with
19  shortness of breath started to occur after your last
20  visit with Dr. Conner?
21      A.   I didn't say directly after, but I was no
22  longer seeing him when all of this stuff transpired.
23      Q.   Okay.  So the first time that you noted
24  decreased sexual drive or shortness of breath was
25  some period of time after your last visit with

Page 76

1  Dr. Conner?
2      A.   Yes.
3      Q.   All right.  And at the time that you
4  noticed those two problems were you taking any type
5  of diet drug medication?
6      A.   Huh-uh.  No.
7      Q.   Were you taking any other type of
8  medication?
9      A.   No.
10      Q.   Did you consult with any health provider
11  at that time about your shortness of breath?
12      A.   No.
13      Q.   And did you consult with any health
14  provider about your decreased sexual drive?
15      A.   No.
16      Q.   Given that your last visit with
17  Dr. Conner was April 27, 1995, could you give me a
18  best judgment or a best estimate as to when you
19  first noticed a decreased sexual drive or shortness
20  of breath?
21      A.   I can't pinpoint date -- the date --
22  actual date, but I knew it was in '95 when I started
23  experiencing it.  And like I said, I just assumed
24  all of this was dealing with me gaining all of this
25  weight.  And it was in '95 but I don't know where.

Page 77

1      Q.   And how long did those symptoms last?
2  Let's talk about shortness of breath.
3      A.   Oh, Lord.
4      Q.   You feel sure that it was sometime in
5  1995 that you started to experience shortness of
6  breath.  Correct?
7      A.   Uh-huh.  Well, that never stopped because
8  it's worsened actually like now.  It's worse.  But
9  the sex drive thing, it's like -- it's not like it
10  used to be, but I can't -- I don't know.  I can't
11  associate that with the medicine.  I don't know
12  what's going on with that.
13      Q.   Okay.  On the shortness of breath, are
14  you telling me that you've had shortness of breath
15  ever since 1995?
16      A.   Yes, some.  '95 was just a little bit.
17      Q.   Okay.
18      A.   Now it's ridiculous.
19      Q.   Now you have what you consider to be a
20  significant problem with shortness of breath?
21      A.   Yes.  Uh-huh.
22      Q.   All right.  Tell me at the current time
23  how often do you experience episodes of shortness of
24  breath?
25      A.   Currently?

Stallings, et al. v. Wyeth, et al.                    Deposition of                         June 28, 2004
                                                  Brenda Stallings

Page 78

1    Q.   Yes.
2    A.   Well, like from here to that restroom I
3  was like out of breath then.  I have to really sit
4  down and get my air in.  And during the day when I
5  work I have to space out my customers.  I used to
6  could do 20 -- 15 to 20 heads a day.  No problem.  I
7  worked 12 and 13 hours up until 2 o'clock in the
8  morning.  Then I had to cut that down and just cut
9  my hours from I just go in at nine and get out by
10  5:30 at the most because I just be so tired and
11  stuff.
12    Q.   When did you reduce your schedule as
13  you've just described it?
14    A.   Oh, that's been about two years now that
15  I had to cut back.
16    Q.   As a hairstylist are you on your feet for
17  just about the entire working day?
18    A.   Yes.  Well, I had to put the time in
19  where I have to stop it and just rest a minute, you
20  know, and give myself 15 breaks in between and just
21  start back.
22    Q.   What do you typically do during those
23  rest periods?
24    A.   Just sit down for a minute and then start
25  back.

Page 79

1    Q.   Is there anything in particular that
2  seems to trigger the shortness of breath?
3    A.   I can just be sitting here and I get this
4  rapid -- like a heartbeat.  And you might notice me
5  throwing my head back.  I have to do that to gasp
6  for air.  So I don't know.
7    Q.   All right.  So this is something that can
8  happen even when you're sitting?
9    A.   Yes.
10    Q.   Does it -- do you get episodes of
11  shortness of breath at night while you're sleeping?
12    A.   Yes.
13    Q.   That is correct?
14    A.   Yes.
15    Q.   And then also while you're working you
16  get episodes of shortness of breath?
17    A.   Yes.
18    Q.   So what I'm hearing from you is that you
19  can become short of breath almost at any time
20  regardless of what you're doing?
21    A.   Yes.
22    Q.   Have you sought medical treatment for
23  your shortness of breath?
24    A.   No.  No.
25    Q.   And as I'm hearing you tell it, this

Page 80

1  started sometime in 1995 and has gotten
2  progressively worse with you since that time?
3    A.   Uh-huh.
4    Q.   Is that right?
5    A.   Uh-huh.
6    Q.   That's a yes?
7    A.   Yes.
8    Q.   All right.  That's fine.  But you have
9  not -- you have not gone to any physician or clinic
10  or health provider to get treatment for this
11  condition?
12    A.   No.
13    Q.   And you haven't taken any medication for
14  it?
15    A.   No.
16    Q.   How does the shortness of breath -- well,
17  when you have an episode of shortness of breath, how
18  long does it typically last?
19    A.   I have never really just timed it.  I
20  just get my air in and go on.  I didn't never time it.
21    Q.   And the sensation, describe it for me.
22  When you are short of breath -- I know you've
23  already told me to some extent, but I want to be
24  sure how it affects you when it happens.
25    A.   I don't know how to explain it.

Page 81

1    Q.   Well, you said that you have a feeling
2  almost of a rapid --
3    A.   It's just a tiredness.  Like a tiredness
4  that comes over me.  Like I said, when my heart
5  beats real fast I just have to gasp for air.  Just
6  -- it's like I'm choking.  So I have to do this to
7  get the air back in (indicating).  I do it a lot.
8    Q.   Do you get dizzy when that happens?
9    A.   If I'm standing.
10    Q.   If you're standing?
11    A.   If I'm standing.
12    Q.   Well, once you sit down you're not dizzy?
13    A.   I'm not dizzy when I sit down.
14    Q.   Do you break out in a sweat when this
15  happens?
16    A.   I don't sweat.
17    Q.   Do you feel a sensation anywhere in your
18  body?  Do you feel a tingling or a numbness anywhere
19  or tightness in your chest or anything like that?
20    A.   Huh-uh.
21    Q.   No?
22    A.   No.
23    Q.   And how long does the episode last when
24  you become short of breath?  I mean....
25    A.   It's really not a long time.  It's just a

Stallings, et al. v. Wyeth, et al.                    Deposition of                                    June 28, 2004
                                                  Brenda Stallings

Page 82

1   matter of me getting air in.  So I can't say it even
2   lasts a minute.
3        Q.   And in a typical workday that you have
4   now, how often do you experience the shortness of
5   breath?
6        A.   Maybe three to four times daily -- a day
7   or something.
8        Q.   And -- okay.  In your own mind do you
9   relate the shortness of breath to any particular
10  cause?
11       A.   Like I said, I was thinking it was
12  basically about the weight until I found out and
13  read the history of what this medicine does.  I'm
14  like maybe that's what caused it.  But basically I
15  was putting it on the weight.  I was saying it was
16  the weight.  I didn't have a clue.
17       Q.   When was it that you saw any type of
18  literature or advertisement that brought it to your
19  attention that weight loss medication may be causing
20  you any medical problems?
21       A.   This was in '99.  I think it was '99 or
22  early 2000 when I got some information on it --
23       Q.   What did you get?
24       A.   -- with these pills.  Oh, gosh, I still
25  got those papers.  Just a bunch of papers of what --

Page 83

1   the kind of thing that these pills cause.
2        Q.   Do you remember who -- where you got the
3   information from?
4        A.   From the courthouse.  From the
5   courthouse.  It was in the lawsuit thing.
6        Q.   Okay.
7        A.   And I got that from there and read it.
8   And I said this is what's causing all this.  But I
9   had no clue, you know, that it was....
10       Q.   All right.  So you received some sort of
11  package from a court?
12       A.   No.  I went there to get it.
13       Q.   You got it.  What court did you go to?
14       A.   Noxubee Court -- Noxubee County
15  Courthouse.
16       Q.   And the clerk gave you some documents?
17       A.   Uh-huh.  It was my file.  It was some
18  information out of my file.
19       Q.   Okay.  So you had a case on file already?
20       A.   Uh-huh.
21       Q.   And you went to the office -- to the
22  clerk's office and got some papers out of that court
23  file?
24       A.   Right.
25       Q.   All right.  But you had already filed a

Page 84

1   lawsuit?
2        A.   Right.  Uh-huh.
3        Q.   And do you recall specifically what was
4   in the package that made you think that your
5   shortness of breath was related to taking weight
6   loss medication?
7        A.   Not specifics.  I know what -- the thing
8   dealing with the heart and how I've been feeling.
9   This stuff is like -- the way my heart is beating
10  and stuff it just had to be connected to it.  So
11  that's after we had filed.  I can't really explain
12  it.  I'm going to sound all crazy trying to explain
13  it.  I don't know how to explain it.
14       Q.   Well, I'll try to help you with it.
15  You're doing fine answering my questions.
16            MR. WIENER:  I think this may be as good
17  a time as any to take a break because I'm going to
18  get back into Dr. Henson's records when we pick back
19  up.
20            MR. DORSEY:  I do have confirmations that
21  everybody should have received it by now.  Has
22  everybody received their fax?
23            MS. LIND:  I've received mine.  This is
24  Kaara.
25            MR. MANSFIELD:  I have not, but it's

Page 85

1   probably down there with all of the other faxes.  So
2   I'll have it by the time we get back.
3            MR. DORSEY:  Molly, do you have yours?
4            MS. WALKER:  I haven't gotten mine yet,
5   but the runners just probably haven't brought it to
6   me.
7            (RECESS TAKEN.)
8   MR. WIENER:
9        Q.   Ms. Stallings, we're ready to continue
10  with your deposition.  Before lunch you were telling
11  me about two problems that you've had that included
12  shortness of breath, which you've described to me as
13  starting sometime in 1995 and it stayed with you
14  right to the present time.  And then the other was
15  decreased sexual drive.  And if I remember your
16  testimony from before lunch, you have not gone to
17  seek medical treatment for either of those
18  conditions.  Is that right?
19       A.   Right.
20       Q.   Okay.  And did I also understand you to
21  say that during the time that you were taking Fastin
22  and Adipex under Dr. Conner's direction that during
23  that time you did not suffer -- or you were not
24  experiencing any side effects or problems that you
25  associated with using either Adipex or Fastin.  Is

Stallings, et al. v. Wyeth, et al.                    Deposition of                          June 28, 2004
                                                    Brenda Stallings

Page 86

1  that correct?
2      A.   That's correct.
3      Q.   And you never made mention of any
4  problems or side effects to Dr. Conner, did you?
5      A.   No.
6      Q.   You know, I told you before that the drug
7  hydrochlorothiazide is a blood pressure medication.
8      A.   Uh-huh.
9      Q.   And I have looked at some information
10 about that drug and I think that that is correct,
11 that it is prescribed in treatment of blood pressure
12 problems.  But it also is known to be a diuretic,
13 something that will clear the body of wastes.  Do
14 you recall having any discussion with Dr. Conner
15 about hydrochlorothiazide being prescribed to you as
16 a diuretic?  Does that ring a bell?
17     A.   No.
18     Q.   Let's take a look at the records with
19 Dr. Henson.  It's my understanding that Brandon has
20 faxed copies that I'm going to be using here today
21 to all counsel who are participating?
22         MR. WIENER:  Did I make Dr. Conner's
23 records an exhibit?  I meant to if I didn't.
24         MR. DORSEY:  I don't think you did.
25         MR. WIENER:  I want to go ahead and make

Page 87

1  those a record before we -- as an exhibit before we
2  go forward on Dr. Henson's records.  So now we just
3  need to find them.  Let's just go off record for
4  just a second and see what became of those.
5         (OFF THE RECORD.)
6         MR. WIENER:  We did make Dr. Conner's
7  records Exhibit 3 to the deposition.  At this time
8  I'm going to hand Brandon Dorsey, plaintiff's
9  counsel, a set of the records that we've obtained on
10 Dr. Edmond Henson.  And, Brandon, if you'll look
11 those over, please.
12         MR. DORSEY:  Okay.
13         MR. WIENER:  All right.  Let me get these
14 marked as the next exhibit, please.
15         (EXHIBIT NO. 4 MARKED.)
16         MR. WIENER:  Thank you.
17 MR. WIENER:
18     Q.   Ms. Stallings, I'm now looking at the
19 records that Dr. Edmond C. Henson with the Mobile
20 Fitness & Weight Center, 812 Downtowner Boulevard,
21 Mobile, Alabama, produced in response to our request
22 for these records.  It indicates that you first saw
23 Dr. Henson on February 8, 1999.  Do you recall that?
24     A.   Yes.
25     Q.   All right.  Now, I think we established

Page 88

1  that your last visit with Dr. Conner in Starkville
2  was April 27, 1995.
3      A.   Uh-huh.
4      Q.   Did you see any physician between 1995
5  with Dr. Conner and 1999 with Dr. Henson, other than
6  you've already told me in 1998 you saw this
7  Dr. Hadene Haider one time?
8      A.   Uh-huh.
9      Q.   Okay.  So other than that Dr. Haider, did
10 you see any other physician or health provider for
11 treatment of weight loss between 1995 and 1999?
12     A.   No, sir.
13     Q.   All right.  And other than the medication
14 that Dr. Conner had given to you -- had prescribed
15 for you and the medication that Dr. Haider
16 prescribed for you in 1998, did you take any sort of
17 weight loss medication other than what those two
18 physicians prescribed to you?
19     A.   No.
20     Q.   Okay.  How did you come to see Dr. Henson
21 in February of 1999 given that he's in Mobile which
22 is a considerable distance from Macon, Mississippi?
23     A.   One of my clients told me about him.
24     Q.   One of your clients.  Your hairstyling
25 clients?

Page 89

1      A.   Uh-huh.
2      Q.   And do you remember who it was that told
3  you?
4      A.   Linda Herman.
5      Q.   All right.  And what did Ms. Herman share
6  with you was her experience with Dr. Henson?
7      A.   She just told me about the diet pills
8  that he have that help you lose the weight, the
9  phentermines.  And I told her I had taken them
10 before but the doctors around there didn't want to
11 prescribe them.  So I went over there to get them.
12     Q.   Okay.  Now, when you say that the doctors
13 around there didn't want to prescribe them, what
14 were you talking about?
15     A.   Well, I -- we just talk a lot.  And other
16 people were saying that the doctors in Macon didn't
17 want to give out those pills anymore for diet pills
18 -- for diet they didn't want to give them.
19     Q.   That was just kind of common knowledge in
20 the town?
21     A.   Yes.
22     Q.   You're not telling me that you had an
23 experience of going to a doctor and asking for a
24 prescription and being refused or turned away, are
25 you?

Page 90

1    A.    Huh-uh.  No.
2    Q.    That never happened to you?
3    A.    No.
4    Q.    Okay.  Now, did you call to make an
5  appointment with Dr. Henson or do you --
6    A.    I called.
7    Q.    And how did you get down to Mobile to see
8  him?
9    A.    I drove.
10    Q.    All right.  On your own?
11    A.    Uh-huh.
12    Q.    Nobody went with you?
13    A.    Yes.  Mary Sanders went with me.
14    Q.    All right.  And I believe her name has
15  come up before.
16    A.    Uh-huh.
17    Q.    Remind me who she is.
18    A.    She worked with me at the other salon
19  that I worked at.
20    Q.    And was Ms. Sanders just along for the
21  ride or was she also going to see Dr. Henson?
22    A.    She saw him also.
23    Q.    All right.  So both of you saw him the
24  same day?
25    A.    Uh-huh.

Page 91

1    Q.    Did he meet with you separately?
2    A.    Separately, yes, sir.
3    Q.    What do you remember about your visit
4  with him?
5    A.    Getting weighed and blood pressure
6  checked.  That's it.  He gave me a B-12 shot.  One
7  of the nurses gave me a B-12.  And that's basically
8  it.  I talked with him.  I met with him.  And he --
9  I can't remember exactly what he asked.  He might
10  have asked a few questions and he gave me a
11  prescription.
12    Q.    I do want you to tell me as best you
13  recall anything that was said between you and
14  Dr. Henson.  Anything you told him and anything he
15  told you that you can remember today.
16    A.    I just remember telling him I need to
17  lose some weight.  You know, I had tried pills
18  before and they worked at times, but it was a long
19  time since I took them.  And he -- I can't be
20  specific so I better stop before I go too far with it.
21    Q.    Well, that's fine.  Even if you can't
22  remember the exact words if you remember the thrust
23  of what he told you, the main points, go ahead and
24  tell me that.
25    A.    Well, he didn't give me no main points.

Page 92

1    Q.    Okay.  So you told -- you remember
2  telling him that you had been on weight loss
3  medication in the past but that it had been a while?
4    A.    Uh-huh.
5    Q.    And did you tell him that your previous
6  prescriptions had not worked particularly well?
7    A.    No, I didn't tell him that.
8    Q.    Okay.  I thought you had told him
9  something that you had been on this medication
10  before.
11    A.    I had tried it before and it did work.
12    Q.    Oh, and it did work.
13    A.    Yes.
14    Q.    I see.  Okay.  And you were referring
15  back to '92 to '95 when you were under Dr. Conner's
16  care?
17    A.    I don't know what I was referring back
18  to.  I just mentioned it.
19    Q.    But when you saw Dr. Henson in '99 you
20  told him I've been on weight loss medication before
21  and it has worked for me?
22    A.    Uh-huh.
23    Q.    And that was referring to?
24    A.    What I had taken.
25    Q.    What you had taken under Dr. Conner's

Page 93

1  supervision?
2    A.    Yes.
3    Q.    Okay.  All right.  In looking at
4  Dr. Henson's record of your first visit, he noted
5  that your weight at that time was 250.  So that
6  would have been towards the high side of what you've
7  had over the years, isn't it?
8    A.    Uh-huh.  Yes.
9    Q.    Do you recall that when you saw
10  Dr. Conner for the first time in '92 your weight was
11  noted to be about 211?
12    A.    210.
13    Q.    Yes.  So when you first saw Dr. Henson
14  your weight was 250.  Do you know what -- what's the
15  maximum amount that you've ever weighed?  What's the
16  highest weight?
17    A.    Oh, God, you had to ask that.
18    Q.    Well, I'm afraid that's the business
19  we're in in a case like this.
20    A.    I think the maximum was about 256.
21    Q.    Okay.
22    A.    That was before I -- I'll say before --
23  256.
24    Q.    And when was that that you reached that
25  highest weight?

Page 94

1    A.    I don't remember.
2    Q.    Was it before you went to see Dr. Henson
3  before '99 or since that time?
4    A.    It was before I went to see him.
5    Q.    Okay. All right. Well, let's take a
6  look at his records. He indicated on here as a
7  diagnosis exogenous obesity. Have you ever heard
8  that expression before?
9    A.    No.
10   Q.    All right. Do you recall having any
11 discussion with Dr. Henson about obesity?
12   A.    No.
13   Q.    All right. Did you have any sort of
14 discussion with him where he talked with you about
15 the health risks that are presented when a person is
16 obese?
17   A.    No.
18   Q.    You understand what the term "obesity"
19 means?
20   A.    Just being overweight. Not really.
21   Q.    All right. If you had to take a stab at
22 it you would say obesity means being overweight?
23   A.    Uh-huh.
24   Q.    Okay. That's a yes?
25   A.    Yes.

Page 95

1    Q.    All right. But sitting here today you
2  don't recall a particular discussion with Dr. Henson
3  about the subject of obesity and whether it's
4  important to control it or anything like that?
5    A.    No.
6    Q.    Okay. There's an indication on his
7  records that he prescribed for you phentermine HCL
8  30 milligrams for 21 days on that first visit. Do
9  you remember him giving you a prescription for
10 phentermine?
11   A.    Yes.
12   Q.    And do you know what brand of phentermine
13 that you took?
14   A.    Huh-uh. I don't know nothing about
15 brands.
16   Q.    All right. Do you remember what the
17 pills looked like that he gave you on that occasion?
18   A.    I'm thinking those were the ones that --
19 with the blue side and a clear side that had little
20 beads like in it in the inside of it I'm thinking.
21   Q.    Was it similar or the same as either of
22 the two medicines that Dr. Conner had prescribed for
23 you?
24   A.    Huh-uh. I don't remember what those
25 looked like I took from Dr. Conner.

Page 96

1    Q.    Okay.
2    A.    Except one. One of them was round with
3  blue dots.
4    Q.    All right. Well, I guess what I'm asking
5  you is do you recall whether the medicine that
6  Dr. Henson gave you looked to be the same thing as
7  you had had before?
8    A.    No.
9    Q.    All right. You think it was something
10 different that he gave you?
11   A.    I guess.
12   Q.    You're really not sure?
13   A.    I'm not sure.
14   Q.    Okay. And then he also prescribed for
15 you that day KCL 10 mg, 30 doses. Do you know what
16 that was for, KCL?
17   A.    Was that a pill?
18   Q.    I think it was.
19   A.    It was something called quats (phonetic)
20 chloride. I don't know what that is or what it was
21 for, but every time I got pills from him I got
22 that. I don't know what that was for.
23   Q.    Now, my notes -- I've got some
24 information that this KCL was for potassium, to
25 maintain --

Page 97

1    A.    Potassium?
2    Q.    -- your potassium level.
3    A.    Okay.
4    Q.    Is that what you remember?
5    A.    That's what I got every time. So I guess
6  that's what it was for.
7    Q.    Okay. Do you remember any discussion
8  with Dr. Henson as to why he was prescribing both
9  phentermine and KCL? Do you remember him telling
10 you about that?
11   A.    No.
12   Q.    Okay. And then it also shows Vitamin
13 B-12, 1,000 MCG. Is that the shot that they gave
14 you in the office?
15   A.    Yes.
16   Q.    All right. Ms. Stallings, the next visit
17 that you had with Dr. Henson was March 8 of 1999.
18 So exactly one month later. So did you again drive
19 down to Mobile to see him?
20   A.    Yes, I did.
21   Q.    About how long a drive do you recall it
22 being from Macon to Mobile?
23   A.    I think about three hours, three and a
24 half hours.
25   Q.    And the indications on the March 8, 1999,

Stallings, et al. v. Wyeth, et al.                    Deposition of                    June 28, 2004
                                                   Brenda Stallings

Page 98

1    visit are almost the same as the first visit. Your
2    weight was determined to be 249. So that was one
3    pound less than the previous visit. And it looks
4    like again he diagnosed you with exogenous obesity
5    and prescribed phentermine HCL for 21 days along
6    with the KCL 10 mg and the vitamin B-12 1,000. Does
7    that square with your recollection that the second
8    visit with Dr. Henson was --
9        A.    Yes.
10       Q.    -- almost identical to the first visit?
11       A.    Yes.
12       Q.    Did he give you a shot on the second
13   occasion?
14       A.    Uh-huh. Yes.
15       Q.    Okay. Did he or the nurse or whoever
16   gave you the shot explain to you why they were
17   giving you a Vitamin B-12 shot?
18       A.    No.
19       Q.    You knew you were getting one?
20       A.    Yes.
21       Q.    All right. Then the next visit with
22   Dr. Henson is about a month later, April 6, 1999.
23   Your weight was found to be 248. So that was one
24   pound less than previously. And there's a note here
25   where the phentermine prescription is crossed out

Page 99

1    and someone wrote in hand Adipex instead of
2    phentermine. So I guess my question to you is, do
3    you remember that when you went back to Dr. Henson
4    the third time that he switched your medication from
5    the phentermine HCL to Adipex?
6        A.    Huh-uh.
7        Q.    You don't remember that?
8        A.    I don't remember that. I thought all of
9    those was phentermine.
10       Q.    You're not disputing or denying that your
11   medicine was changed on April 6, 1999, are you?
12       A.    No. I'm not going to dispute or deny it,
13   but I don't remember.
14       Q.    You don't remember it. Okay. You do see
15   the note on the chart, don't you?
16       A.    Yes, I see it.
17       Q.    All right. And then your next visit
18   would be June 7, 1999, which means that you -- it
19   looks like you had not been back to see him in May
20   and then you were back two months later. Do you
21   recall whether you were supposed to go back to
22   Dr. Henson on a monthly basis and that you missed
23   going to see him in May of '99?
24       A.    Yes, I missed it.
25       Q.    Okay. You were supposed to see him once

Page 100

1    a month?
2        A.    Yes.
3        Q.    All right. And during that month did you
4    run out of medicine?
5        A.    Yes.
6        Q.    All right. So you were off of the
7    medicine for a month?
8        A.    Uh-huh.
9        Q.    All right. In looking at the note of
10   your June 7, 1999, visit, he recorded a weight of
11   260 pounds. So I know you told me earlier you
12   thought probably the highest you ever got was about
13   255 or 256. I take it you wouldn't dispute that
14   Dr. Henson's office weighed you in at 260 that day?
15       A.    No, I won't dispute it.
16       Q.    But that would be -- you would think that
17   would be probably as much as you've -- as you've
18   weighed during your lifetime?
19       A.    I didn't say during my lifetime. I don't
20   know. I better say I don't know because my weight
21   -- I don't know. I don't know. I'll just leave it
22   at that.
23       Q.    And here again on the -- on the
24   indication of the medications the same as before,
25   the phentermine is crossed out and the Adipex 37.5

Page 101

1    milligrams times 21 days is indicated on there. Do
2    you see that?
3        A.    Uh-huh.
4        Q.    All right. So to the best of your
5    knowledge did you take whatever Dr. Henson
6    prescribed for you on that occasion?
7        A.    Is this twice he crossed out the
8    phentermine?
9        Q.    Well, it could have been. You know, I
10   don't know. It could have been that it was crossed
11   out the first time and it just stayed that way on
12   the chart, but I don't think so because if you look
13   at the April 6 and the June 7, those markings are
14   different. So, I mean, it looks -- it looks to me
15   like it was done on two different occasions. Do you
16   have some doubts that he gave you Adipex?
17       A.    I just remember phentermines.
18       Q.    Okay. So looking at this today it
19   surprises you to see Adipex on there?
20       A.    Uh-huh.
21       Q.    Is that correct?
22       A.    Yes.
23       Q.    All right. And then the next visit with
24   Dr. Henson that I've got in these records is on June
25   18 of 2001 which would be about two years past your

Page 102

1   previous visit. Do you see that, Ms. Stallings?
2   You were there to see him per these records on June
3   7, 1999, and then the next visit is June of 2001.
4       A.   Uh-huh.
5       Q.   All right. Do you recall there being
6   about a two-year period --
7       A.   Yes.
8       Q.   -- between those visits with Dr. Henson?
9       A.   Yes.
10      Q.   Tell me why it is that you stopped going
11  back to him after your June 1999 visit.
12      A.   I got tired of driving that far, and I
13  wasn't really doing anything at one pound. So I got
14  tired. Then I felt like the weight was steady going
15  up so I need to try again.
16      Q.   So is that why you went back to
17  Dr. Henson in 2001?
18      A.   Yes.
19      Q.   I understand that the drive to Mobile,
20  you know, three hours down and back that that was
21  certainly a burden on you. Other than that were you
22  satisfied with Dr. Henson's care, other than he was
23  a long way away?
24      A.   Yes.
25      Q.   And you had confidence and trust in him?

Page 103

1       A.   Yes, pretty much.
2       Q.   Did Dr. Henson at any time talk with you
3   about the need to be on an exercise program?
4       A.   He did tell me you need to get some
5   walking in.
6       Q.   Okay.
7       A.   Try to get some walking in.
8       Q.   And did you do that?
9       A.   Yes.
10      Q.   What sort of program were you on when you
11  were seeing him back in 1999?
12      A.   It wasn't a program. I would just get up
13  and walk two miles every morning and do two in the
14  evening. That was it.
15      Q.   So you were walking two miles in the
16  morning and two miles in the evening?
17      A.   Yes.
18      Q.   And taking the medications that he
19  prescribed?
20      A.   Right.
21      Q.   All right. I think you told me that the
22  reason you stopped going to him in addition to the
23  fact that he was so far away was that you really
24  didn't feel like the medication he was prescribing
25  was doing you very much good. Is that right?

Page 104

1       A.   Right.
2       Q.   And would that be indicated by the fact
3   that you -- they took your weight at 260 pounds on
4   that June 7, '99 visit, that last one that you had
5   with him before you stopped going to him for two
6   years?
7       A.   What was that question again? I missed
8   that.
9       Q.   Well, you know, you started seeing him in
10  February of 1999, and you saw him every month except
11  in May. And then in June after being under his care
12  for about five months your weight was still at 260.
13  So was that -- did that make you feel like the
14  medicine he was prescribing was not effective?
15      A.   Right. Yes.
16      Q.   Okay. All right. Looking at the June
17  18, 2001, visit, your weight was recorded to be 233
18  at that time. And let me be sure about this,
19  Ms. Stallings. Did you see any other physician or
20  health provider in between June of '99 and June of
21  2001?
22      A.   I don't remember seeing anyone else.
23      Q.   Okay.
24      A.   I think that was during the period when I
25  was on different diets, trying different diets.

Page 105

1       Q.   So you were trying to lose weight through
2   dieting?
3       A.   Through different diets.
4       Q.   During the two years in between your
5   visit with Dr. Henson did you maintain your walking
6   routine?
7       A.   That was on and off too.
8       Q.   Okay. So some days you would walk and
9   some days you wouldn't?
10      A.   Uh-huh. And some months I would and some
11  months I wouldn't.
12      Q.   So you were irregular with your exercise
13  program?
14      A.   Yes.
15      Q.   And then if I'm hearing you correctly you
16  went back to Dr. Henson in 2001 because you were
17  still heavier than you wanted to be, and you thought
18  you would take another shot at going back to
19  Dr. Henson. Am I putting that fairly?
20      A.   Yes.
21      Q.   Okay. And what do you recall about your
22  visit with Dr. Henson June 18, 2001? It had been
23  two years since you had seen him. What do you
24  remember was the discussion when he came in and saw
25  you?

Stallings, et al. v. Wyeth, et al.                Deposition of                        June 28, 2004
                                              Brenda Stallings

Page 106

1    A.    I don't remember.
2    Q.    You don't recall?
3    A.    No.
4    Q.    Okay.  That's okay.  In looking at the
5    notes that he had made, again he diagnosed you with
6    exogenous obesity.  And the prescription indication
7    is phentermine HCL 30 mg, 21 days.  Do you see that?
8    A.    Uh-huh.
9    Q.    And the KCL which we discussed before is
10   a medication, you know, to regulate potassium
11   levels.  I think that's right, Ms. Stallings.
12   That's what my information says.
13   A.    Right.
14   Q.    And then Vitamin B-12, 1,000 MCG.  Did
15   they again give you a shot in the office?
16   A.    Yes.
17   Q.    And then under No. 5 it says diet
18   instructions given.  Do you see that?
19   A.    Yes.
20   Q.    All right.  Do you recall specifically
21   what diet instructions were given to you when you
22   saw Dr. Henson on June of 2001?
23   A.    No, I don't remember anything.
24   Q.    And --
25   A.    He might have said start back walking or

Page 107

1    something; but as far as giving out instructions,
2    that's about it --
3    Q.    All right.
4    A.    -- like I said.
5    Q.    And as I've asked you before, you're not
6    denying or disputing that either Dr. Henson or his
7    nurse, someone who came in and saw you that day,
8    gave you some instructions about diet.  You're not
9    denying or disputing that?
10   A.    No.
11   Q.    Okay.  And then there's an indication at
12   the bottom RTO, which I think means return to office,
13   July 14 at 10 o'clock.  Do you see that?
14   A.    Yes.
15   Q.    Now, this is the last note that I've got
16   in the records that were provided to us.  Can you
17   tell me why it is that you did not return to see
18   Dr. Henson after the June 18, 2001, visit?
19   A.    I think I didn't lose any.  The pills
20   just didn't work anymore, so I just didn't go back.
21   Q.    All right.  Now, you've seen the records,
22   and you know now that you were with Dr. Henson on
23   several occasions in 1999 starting in February,
24   ending in June.  And during that time his records
25   indicate that he had you on phentermine and then it

Page 108

1    shows that you were on Adipex.  During that time in
2    1999 did you suffer any sort of problems or symptoms
3    or complaints of any kind that you associated with
4    taking the medications that Dr. Henson had
5    prescribed for you?
6    A.    I was still having the shortness of
7    breath, but like I told you earlier, I couldn't
8    associate it with the medicine because I didn't know
9    whether the medicine was doing it or not.
10   Q.    Okay.  All right.  So you've already told
11   me that you've had shortness of breath going back
12   to '95.
13   A.    Uh-huh.
14   Q.    So you had that shortness of breath in
15   1999.
16   A.    Uh-huh.
17   Q.    But what you're telling me is you didn't
18   associate it with these medications?
19   A.    No.
20   Q.    There have been -- let me back up.  If I
21   remember what you told me before lunch, the
22   shortness of breath that you started to experience
23   in '95 you've continued to have episodes of
24   shortness of breath right until the present day.
25   Right?

Page 109

1    A.    Right.
2    Q.    Has there been any period for the last
3    nine years where you have -- where those symptoms
4    have gone away where, for example, you had as much
5    as an entire week where you never experienced
6    shortness of breath?
7    A.    No.
8    Q.    All right.  Would you say it's a daily
9    thing, that at least once a day since 1995 you've
10   had at least one occasion every day where you had
11   this feeling of shortness of breath?
12   A.    No.
13   Q.    All right.  So it wouldn't be a daily
14   thing?
15   A.    I missed that question.  Yes, it would be
16   a daily thing.
17   Q.    That's what I was asking.
18   A.    Yes.
19   Q.    So since 1995 right up to the present
20   you've had at least one episode of feeling short of
21   breath every day?
22   A.    Yes.
23   Q.    All right.  So that's been a constant
24   thing.
25   A.    Yes.

28 (Pages 106 to 109)

Stallings, et al. v. Wyeth, et al.                Deposition of                            June 28, 2004
                                              Brenda Stallings

Page 110

1    Q.    Now, we know from looking back at these
2    records that there have been periods of time that
3    you've been on the phentermine medication or the
4    Adipex and there have been times that you've been
5    off the medication.
6    A.    Right.
7    Q.    Is that right?
8    A.    Right.
9    Q.    And I want to go back and do that all
10   over again.  But you understand that what we've
11   talked about here today has included times that
12   you've been off the medication and times that you've
13   been on it?
14   A.    Uh-huh.
15   Q.    Have you noticed an improvement in your
16   symptoms during the times that you were off the
17   medication?
18   A.    No.
19   Q.    Okay.  So the shortness of breath has
20   pretty much stayed the same whether you were on the
21   medication or off the medication?
22   A.    I think it's worsening.  The shortness of
23   breath is worsening.  And just like last year --
24   starting last year I started having chest pains
25   where I have to just sit up in the bed.  And then I

Page 111

1    can lay back down after a while, about 15 minutes or
2    so and just calm down and then I just go back to
3    sleep.  So the chest pains started like last year.
4    Q.    So in the last year these symptoms have
5    gotten worse?
6    A.    Yes.
7    Q.    And you've had a feeling of more
8    involvement of your heart?
9    A.    Yes.  Yes, sir.
10   Q.    Well, let's talk about the -- I am going
11   to go back -- and I don't mean to, you know, beat a
12   dead horse here.  I'd like to move forward and keep
13   going, but I just -- I do need to backtrack on this.
14   Back when you were seeing Dr. Conner from '92 to '95
15   there were periods of time that you were not on the
16   phentermine medication, either Fastin or Adipex
17   during that three-year period.
18   A.    Uh-huh.
19   Q.    Right?
20   A.    Uh-huh.
21   Q.    Strike that.  You told me you didn't
22   really start getting the shortness of breath until
23   after you had seen Dr. Conner.  So I'll withdraw
24   that question.  I apologize.
25        Let's look at the time that you were

Page 112

1    under Dr. Henson's care in February -- from February
2    of 1998 through June of 1998.  You know how we
3    established that you missed your May appointment?
4    You know, you had been to him in February?
5    A.    Uh-huh.
6    Q.    You had been to him in March, you had
7    been to him in April, but then you missed your May
8    visit.  Correct?
9    A.    Right.
10   Q.    And you were out of medication from May
11   until you went back to Dr. Henson in June.  Correct?
12   A.    Right.
13   Q.    Do you recall for that month that you
14   weren't taking any weight loss medication, do you
15   remember that your shortness of breath improved, got
16   worse, or stayed about the same?
17   A.    It stayed about the same.  It didn't
18   improve.
19   Q.    Did you take any weight loss medication
20   of any kind after your last visit with Dr. Henson in
21   June of 2001?
22   A.    Excuse me.  Metabolift or Metabolife
23   one.  Metabolift.
24   Q.    Metobolife?
25   A.    Yes, Metabolift.  One of those.

Page 113

1    Q.    Okay.  Is that --
2    A.    Over the counter.
3    Q.    Okay.  That's an over-the-counter weight
4    loss medication?
5    A.    Yes.
6    Q.    Where do you get that?
7    A.    I got that at Wal-Mart.  I tried that.
8    Q.    How long have you been taking it?
9    A.    I didn't take it long.  I couldn't take
10   those.  I got them and I tried them.  I maybe took
11   them about a week because they made my heart beat
12   too fast.  So I left those alone.
13   Q.    That's an over-the-counter?
14   A.    Yes.
15   Q.    And the name of it is Metabolift?
16   A.    It's Metabolift or Metabolife.  One of
17   those.
18        MR. DORSEY:  I think it's -- it's also
19   listed as Metabolite too.  Metabolite and
20   Metabolife.
21   MR. WIENER:
22   Q.    And you say that you got that on one
23   occasion at Wal-Mart?
24   A.    Yes.
25   Q.    And took it for about a week?

Stallings, et al. v. Wyeth, et al.                Deposition of                      June 28, 2004
                                                Brenda Stallings

Page 114

1    A.   Yes.
2    Q.   Is it a pill?
3    A.   Yes, it's a pill.
4    Q.   And how often do you take it?
5    A.   I was taking it once a day.  No, let me
6   back that up.  You take it three times a day.  One
7   pill like every four hours.
8    Q.   And the package that you got from
9   Wal-Mart, was it supposed to last you longer than a
10  week?
11   A.   That was like 60 capsules in there.  So I
12  -- 90 capsules.  So I think it was like a month
13  supply every day.
14   Q.   But you quit taking it after a week?
15   A.   Yes.
16   Q.   Because you thought it was making your
17  heart race?
18   A.   Right.  It was so I left it alone.
19   Q.   Am I describing that correctly?  What was
20  it doing to your heart?
21   A.   Making it beat real fast.
22   Q.   Okay.  And you associated that with the
23  medication?
24   A.   With the?
25   Q.   With the Metabolife.

Page 115

1    A.   Yes.
2    Q.   In other words, before you took the
3   Metabolife or Metabolite -- strike that.  Let me --
4   let me ask it a different way.  After you started
5   taking the Metabolite you started noticing your
6   heart beating faster?
7    A.   Yes.
8    Q.   And you -- you associated it with the
9   medication?
10   A.   Yes.
11   Q.   It coincided with your taking the
12  medication?
13   A.   Yes.
14   Q.   All right.  So then other than taking
15  that Metabolite that you got from Wal-Mart for one
16  week -- and I'm sorry.  When was that?  When was
17  that?  When do you think you got that?
18   A.   I don't know.  I ain't got a clue.  I
19  don't know.  But I had not been to see that doctor
20  in over a year after I took it.
21   Q.   Well, we know you had last saw Dr. Henson
22  June of 2001.
23   A.   Uh-huh.
24   Q.   You think it was at least a year past
25  that?

Page 116

1    A.   Yes.
2    Q.   So sometime June 2002 through the present
3   is when you took the Metabolite?
4    A.   Right.
5    Q.   This is, of course, June 28, 2004.  Did
6   you take the Metabolite this year?
7    A.   No.
8    Q.   So it was either in 2002 or 2003?
9    A.   Yes.
10   Q.   And could you give me a best judgment as
11  to which of those years it was?
12   A.   I'll be guessing.  About 2003.
13   Q.   Well, we're not going to hold you to
14  that.  I know that you're just giving me the best
15  estimate that you've got.
16       All right.  So just to complete the
17  answer to my question, then, after seeing Dr. Henson
18  for the last time on June 18, 2001, the only
19  occasion since then right up until the present that
20  you've taken a medicine for weight loss was when you
21  went to Wal-Mart and took that Metabolite for a
22  week.  Is that correct?
23   A.   Yes.
24   Q.   You haven't been to any other doctor?
25   A.   Not that I recall.

Page 117

1    Q.   You haven't gotten the medication from
2   any other source?
3    A.   No.
4    Q.   Not from a friend or anything like that?
5    A.   No.
6    Q.   Okay.  And your reason for not going back
7   to Dr. Henson after you saw him in June 2001 was
8   what?
9    A.   I got tired of driving over there.  It
10  wasn't working.
11   Q.   Okay.  After stopping your visits to
12  Dr. Henson, did you try to do things on your own to
13  lose weight?
14   A.   Yes.
15   Q.   Did you continue to work on your diet?
16   A.   Yes.
17   Q.   Okay.  Since 2001 to the present have you
18  made any permanent changes in your diet that you
19  think have been helpful for weight-loss purposes?
20   A.   Well, I did try the Adkins diet in 2000
21  -- the later part of 2001 I did that.  And it
22  worked, but I gained all that back too.  After that
23  I didn't do anything else.
24   Q.   Okay.  As of today are you monitoring
25  your diet in a special way?

Stallings, et al. v. Wyeth, et al.                 Deposition of                          June 28, 2004
                                            Brenda Stallings

Page 118

1    A.    No, I don't. I kind of got tired. So
2    no.
3    Q.    Okay. And what about exercise? Since
4    seeing Dr. Henson in 2001 have you -- how have you
5    been doing on your walking routine?
6    A.    I haven't been doing much.
7    Q.    Okay. And as of the present -- say, like
8    for the last week have you done any of your morning
9    or evening walks?
10   A.    No.
11   Q.    Let me show you the last page of this
12   information that we got from Dr. Henson. It's
13   called Important Notice.
14       MR. WIENER: Have you got that, Brandon,
15   that last page on there?
16       MR. DORSEY: Yes.
17       MR. WIENER: All right. If you'd show
18   that to Ms. Stallings.
19   MS. WIENER:
20   Q.    Ms. Stallings, take a moment and read
21   that, please. I want to -- we'll just go off the
22   record because I want you to read this form and then
23   I'm going to ask you some questions about it. So
24   let's just take about a two-minute break while
25   Ms. Stallings reads that. And, Ms. Stallings,

Page 119

1    remember, now, if you want to take a break, you need
2    to, you know, use the restroom, get a drink of
3    water, you just let me know.
4    A.    Okay.
5    Q.    So if you need to do that now that's fine
6    or if you want to do it after -- after that, that's
7    okay too.
8        MR. WIENER: Let's just take a break for
9    about two minutes.
10       (OFF THE RECORD.)
11   MR. WIENER:
12   Q.    Ms. Stallings, have you had a chance to
13   read this last page of what's been marked as Exhibit
14   4, Important Notice Regarding Weight Loss
15   Medications? In the bottom right-hand corner it has
16   a No. 0009. Do you see that? Let's be sure we're
17   looking at the same thing.
18   A.    Bottom --
19   Q.    In the bottom right-hand corner.
20   A.    Okay. Yes.
21   Q.    Does it say 0009?
22   A.    Yes.
23   Q.    All right. You'll notice that there's a
24   date on here, 8th day of February, 1999. In fact,
25   that date's put on there in two locations. Do you

Page 120

1    see that?
2    A.    Uh-huh, yes.
3    Q.    And that's the date of your first visit
4    with Dr. Henson.
5    A.    Yes.
6    Q.    So that tells me that as part of your
7    initial visit he had you fill out this form with the
8    information that's on here. So let's -- let's go
9    through this. And can you -- let me read the first
10   paragraphs for you and then I'll stop in the
11   middle. This says, "Important notice regarding
12   weight loss medications. Information recently made
13   available indicates that the use of weight reduction
14   medications Pondimin (fenfluramine hydrochloride)
15   and Redux (dexfenfluramine hydrochloride) could
16   produce serious adverse effects to the user's health
17   including possible" -- I think that's supposed to be
18   abnormal. You might have a typo. It says adnormal.
19   But I think it's "possible abnormal heart valve
20   findings (valvular heart disease) and primary
21   pulmonary hypertension (PPH). This office does not,
22   has not, and will not prescribe either of these
23   medications. Instead, we prescribe, when
24   appropriate for a particular patient, phentermine,
25   an entirely different medication. But we are

Page 121

1    concerned that our patients may have taken Pondimin
2    and Redux on prescription from another physician.
3    Consequently, we require all patients to disclose
4    whether or not they have taken either Pondimin or
5    Redux. Please initial the box beside the correct
6    answer to the following question: Have you ever
7    taken Pondimin (fenfluramine hydrochloride) or Redux
8    (dexfenfluramine hydrochloride)?" And then there's
9    a place to check yes or check no. Do you see that,
10   Ms. Stallings?
11   A.    Yes.
12   Q.    All right. Can you tell me how you
13   completed the form? Did you check yes or no or what
14   did you do?
15   A.    I said no.
16   Q.    All right. You checked no?
17   A.    Uh-huh.
18   Q.    All right. And the form goes on to say,
19   "If your answer is yes, we will require that you
20   undergo a thorough evaluation by a cardiologist
21   before receiving treatment in this office. A copy
22   of the evaluation must be supplied to us for
23   inclusion in your records. We are constantly
24   concerned about the well-being of our patients. We
25   care about you. Edmond C. Henson, M.D." And then

Case 2:02-cv-20120-HB    Document 22-5    Filed 11/18/2004    Page 24 of 44

Stallings, et al. v. Wyeth, et al.                Deposition of                    June 28, 2004
                                                  Brenda Stallings

Page 122

1  it says, "Receipt of a copy hereof is acknowledged
2  this 8th day of February, 1999." And then it has
3  "Brenda Stallings, patient signature." Do you see
4  that, Ms. Stallings?
5      A.   Uh-huh.
6      Q.   And is that your signature on the form?
7      A.   Yes, it is.
8      Q.   All right. And did I read the form
9  correctly as we went through it?
10     A.   Yes, sir.
11     Q.   Now, you did not undergo an evaluation by
12 a cardiologist back in February of 1999, did you?
13     A.   No.
14     Q.   All right. And you understood that the
15 purpose of this form was Dr. Henson wanted to be
16 particularly aware of whether you had either taken
17 Pondimin or Redux which are other kinds of
18 weight-loss medications than phentermine? You
19 understood that. Right?
20     A.   Yes.
21     Q.   And you confirmed to him that you had not
22 taken either of those drugs. Correct?
23     A.   Yes.
24     Q.   Now you according to the records and your
25 testimony here today did not take any more

Page 123

1  weight-loss medication be it phentermine or Adipex
2  after your last visit with Dr. Henson in June of
3  2001?
4      A.   That's correct.
5      Q.   All right. Since that time your
6  shortness of breath symptoms have continued on a
7  daily basis. Right?
8      A.   Yes.
9      Q.   And they have gotten worse --
10     A.   Yes.
11     Q.   -- in the last year?
12     A.   Yes.
13     Q.   Okay. Do you recall what pharmacy you
14 used to fill the medications that Dr. Henson
15 prescribed for you?
16     A.   It was K-Mart. And one of the other
17 stores. I don't remember one of the other ones.
18     Q.   We have gotten some records from K Mart
19 Pharmacy in Mobile, Alabama --
20     A.   Uh-huh.
21     Q.   -- that include the phentermine and it
22 looks to be potassium chloride --
23     A.   Uh-huh.
24     Q.   -- as well. I guess that's that KCL that
25 we saw on those records. So did you go from

Page 124

1  Dr. Henson's office and then take the prescription
2  that he gave you over to the K-Mart Pharmacy in
3  Mobile?
4      A.   Yes.
5      Q.   Was the pharmacy pretty close to his
6  office?
7      A.   Yes.
8      Q.   All right. About how far away was it?
9      A.   Oh, really a couple of blocks. Like a
10 block over.
11     Q.   Was that a pharmacy that you chose or did
12 Dr. Henson or his office recommend that pharmacy?
13     A.   Oh, they recommend to go there. They
14 said it was close by.
15     Q.   And did the people there give you good
16 service when you went by there with the
17 prescription?
18     A.   Yes.
19     Q.   All right. To your knowledge, have you
20 received prescriptions from any -- and this would be
21 for any medicine, not just weight-loss medication.
22 But is there any other pharmacy that you have used,
23 let's say, since 1990, all right, the last 14 years
24 or so, have you gotten prescription medication at
25 anyplace other than this K-Mart in Mobile or the

Page 125

1  Food Max that's inside the -- the pharmacy that's in
2  the Food Max in Starkville?
3      A.   Uh-huh. It would be City Drugstore.
4      Q.   Where is that located?
5      A.   That's in Macon.
6      Q.   What kind of medication do you recall
7  getting from City Drugs?
8      A.   Oh, God, I don't know. I'm just going
9  off what -- the question you asked, within 14 years
10 any medicine. I don't know exactly. But it would
11 be that one.
12     Q.   So is that kind of your home pharmacy?
13     A.   Yes.
14     Q.   You know, just whatever miscellaneous
15 thing you might need you might go to the City
16 Drugstore in Macon?
17     A.   Yes.
18     Q.   And when you went to see Dr. Henson you
19 used the K-Mart --
20     A.   Right.
21     Q.   -- near his office?
22     A.   Yes.
23     Q.   And when you were seeing Dr. Conner you
24 went to that Food Max in Starkville?
25     A.   In Starkville.

Page 126

1    Q.    Let me go over the fact sheet
2  information.
3          MR. WIENER:  And maybe if you've got an
4  extra copy of that, Brandon, to --
5          MR. DORSEY:  I'm not sure if I have a
6  copy of the one that was actually filed.
7          MR. WIENER:  All right.  This would be
8  page 17.
9          MR. DORSEY:  I think these are different.
10         MR. WIENER:  I may need to come around
11 and look over Ms. Stallings' shoulder.  Are you
12 going to be able to hear me?
13         MR. MANSFIELD:  Excuse me.  Whenever
14 there's a convenient time if y'all could have that
15 pharmacy record faxed to us we would appreciate it.
16         MR. WIENER:  All right.  The pharmacy
17 record?
18         MR. MANSFIELD:  Right.
19         MS. WALKER:  Yes, that one from --
20         MR. MANSFIELD:  K-Mart.
21         MR. WIENER:  Okay.  All right.  I'm going
22 to give this to Brandon.  And I think that the
23 pharmacy returned it with these little information
24 sheets, but I promise you by the time this one gets
25 faxed you won't be able to read it.  But the one --

Page 127

1  I'm going to just give him the one page that lists
2  the different medications prescribed by Dr. Henson.
3          MS. LIND:  Are you able to read the NDC
4  numbers on that?
5          MR. WIENER:  Let me look.
6          MS. LIND:  The other question is once it
7  gets faxed to us are we going to be able to read the
8  NDC numbers?
9          MR. WIENER:  I think so.  Yes.  I think
10 you'll be able to read everything on this form.
11         MS. LIND:  Are those the only pharmacy
12 records that you have?
13         MR. WIENER:  I think so.  Yes.  Yes,
14 that's the only one I've got.
15         (OFF THE RECORD.)
16 MR. WIENER:
17    Q.    Thank you.  Ms. Stallings, pardon me
18 looking over your shoulder but I want to be sure
19 we're looking at the same information on this
20 particular part of your fact sheet.  We're looking
21 at page 17, section 6, Diet Drug Use.  This is a
22 little chart that you filled out indicating which
23 weight-loss medications you had been on.  It says,
24 "Please complete the following chart with respect
25 to each diet medication you have taken.  If you took

Page 128

1  more than one type of phentermine product please
2  complete this chart, including a description for
3  each separate phentermine product."  And then it's
4  got this little table that lists different types of
5  diet drugs.  And as I understand it, this
6  handwriting is yours.  You filled this out?
7    A.    Uh-huh.
8    Q.    All right.  The first -- the first
9  medication -- and you tell me if I'm wrong.  This is
10 the way I'm reading this.  The first medication that
11 you listed on here as having taken was phentermine
12 where it says Adipex, white, blue spots, tablet,
13 7/12/93, which was the date first taken.
14 Approximate date last taken, 7/29/94.  And it shows
15 Dr. Douglas Conner.  Now, above that you've got
16 Dr. Henson --
17    A.    That was an accident.
18    Q.    Well, I was going to ask you.  That would
19 have been in the section that's for fenfluramine
20 Pondimin, but I didn't -- I didn't interpret it that
21 way.  Why don't you tell me.  You said it was an
22 accident --
23    A.    Uh-huh.
24    Q.    -- that you put Dr. Henson up there?
25    A.    Yes.  I should have erased it and then go

Page 129

1  back and get that off, white it out, and I forgot to
2  go back and white it out.
3    Q.    That's okay.  As we I think established
4  earlier today on the records, both Dr. Conner and
5  Dr. Henson both prescribed you Adipex at one time or
6  another.  Is that correct?
7    A.    Right.
8    Q.    But in any event, when you put Dr. Henson
9  up here in this box which would have been across
10 from fenfluramine Pondimin, you didn't mean to do
11 that.  That was a mistake?
12    A.    That was a mistake.
13    Q.    All right.  Because, as we discussed a
14 moment ago, on that form that we had with Dr.
15 Henson's office, you didn't take Pondimin, did you?
16    A.    No.
17    Q.    All right.  Then the next phentermine
18 medication that you list is a capsule, blue and
19 white.  Is that beads or --
20    A.    Yes.  With beads inside.
21    Q.    1999 to 2001, Dr. Henson.  And that was
22 correct information?
23    A.    Right.
24    Q.    And then you have phentermine capsule,
25 clear with blue, 1992 to '95, '99 to 2001,

Stallings, et al. v. Wyeth, et al.                    Deposition of                    June 28, 2004
                                              Brenda Stallings

Page 130

1   Dr. Douglas Conner, Dr. Henson.
2       A.   Right.
3       Q.   Of course, the 1992 to '95, that goes
4   with Dr. Conner. And '99 to 2001, that goes with
5   Dr. Henson. Is that right?
6       A.   Yes.
7       Q.   Okay. All right. Ms. Stallings, I have
8   a record that you underwent something called an
9   echocardiogram in April of 2001. And the report
10  that came back is from a TriCounty Doctors in
11  Kissimmee, Florida. I may not be pronouncing that
12  right.
13          MR. WIENER: Does anybody know how to
14  pronounce that?
15          MR. DORSEY: Kissimmee.
16          MR. WIENER: Kissimmee?
17          MR. DORSEY: Kissimmee.
18          MR. WIENER: I'm not even going to try it
19  again.
20  MR. WIENER:
21      Q.   Did you go to Florida to do an
22  echocardiogram or was it -- was the procedure done
23  somewhere else and sent to Florida?
24      A.   It was done in Columbus --
25      Q.   Okay.

Page 131

1       A.   -- and sent to Florida.
2       Q.   Columbus, Mississippi?
3       A.   Yes.
4       Q.   Who performed -- first of all, where was
5   it performed?
6       A.   At the Holiday Inn.
7       Q.   Okay. And who was there on the occasion
8   at the Holiday Inn?
9       A.   You mean who did it?
10      Q.   Yes.
11      A.   Tri whoever. Whoever's on there. What's
12  the name of it?
13      Q.   TriCounty Doctors.
14      A.   TriCounty Doctors was there. They're the
15  one that did it.
16      Q.   All right. So was it someone who
17  appeared to you to be a technician or a nurse or was
18  it a physician? Do you remember who it was that did
19  the procedure for you?
20      A.   It appeared to be doctors, but I didn't
21  have no proof of it.
22      Q.   All right. You never got a name?
23      A.   No.
24      Q.   How many people were there that it was
25  your impression they were with TriCounty Doctors?

Page 132

1   How many did they have in the group?
2       A.   I think it was three or four. I'm not
3   certain, but three or four peoples.
4       Q.   And did anybody accompany you when you
5   went?
6       A.   No.
7       Q.   Just by yourself?
8       A.   Yes.
9       Q.   All right. Were there any other people
10  there?
11      A.   Yes, it was.
12      Q.   Other people getting an echocardiogram?
13      A.   Yes. Waiting to get an echo.
14      Q.   And were there any attorneys there as you
15  remember?
16      A.   I didn't see any attorney.
17      Q.   Not that you know of?
18      A.   No.
19      Q.   And you weren't there with an attorney?
20      A.   No.
21      Q.   Tell me what happened on the occasion
22  where you gave the echocardiogram at the Holiday Inn
23  in Columbus.
24      A.   I just went in and told them I was
25  scheduled for the echo. And they sent me to the

Page 133

1   room where I should get it done at. I went in and
2   he examined me with a -- I don't know what you call
3   that machine, but it did like a -- roll it on and
4   showed up on the screen or whatever. It was taking
5   pictures of it.
6       Q.   Is that like ultrasound?
7       A.   Yes.
8       Q.   Okay. All right. And is that what the
9   test consisted of?
10      A.   Yes.
11      Q.   Okay. It was just them rubbing some sort
12  of medical implement on your chest?
13      A.   Yes.
14      Q.   How long did it take them to do that?
15      A.   About 15 minutes.
16      Q.   Okay. And that was it?
17      A.   That was it.
18      Q.   All right. So the procedure consisted of
19  you going into a room and a nurse or a technician
20  used this medical device, rubbed it around your
21  chest, and you got up and left? That was it?
22      A.   That was it.
23      Q.   No discussion with that person that you
24  remember?
25      A.   None.

Stallings, et al. v. Wyeth, et al.                    Deposition of                                   June 28, 2004
                                                  Brenda Stallings

| Page 134 | Page 136 |
|---|---|
| 1    Q.   Did you receive a copy of the report of | 1   chest pains and stuff started I'm just assuming that |
| 2   that echocardiogram?  Have you seen it? | 2   that really just had to have something to do with it |
| 3    A.   Yes. | 3   -- those pills. |
| 4    Q.   Okay.  Let me show you what has been | 4    Q.   All right.  No doctor has told you that? |
| 5   produced to us as the report of that echocardiogram. | 5    A.   Huh-uh.  No. |
| 6        MR. WIENER:  And, again, we're going to | 6    Q.   No health provider of any type has told |
| 7   make a nonhighlighted copy for the deposition. | 7   you that? |
| 8    A.   Okay. | 8    A.   No. |
| 9   MR. WIENER: | 9    Q.   And you're telling me that in the last |
| 10    Q.   All right.  Have you had a chance to look | 10   year your heart symptoms have gotten a lot worse? |
| 11   at that? | 11    A.   Yes. |
| 12    A.   Yes. | 12    Q.   And I think one of the symptoms you |
| 13    Q.   Do you recall seeing that report before? | 13   related to me was that your heart starts beating |
| 14    A.   Yes. | 14   quickly. |
| 15        MR. WIENER:  Okay.  Let me go ahead and | 15    A.   Uh-huh. |
| 16   get that marked as the next exhibit. | 16    Q.   Now, you've also mentioned chest pain? |
| 17        (EXHIBIT NO. 5 MARKED.) | 17    A.   Yes. |
| 18   MR. WIENER: | 18    Q.   When did you start to experience chest |
| 19    Q.   All right.  Ms. Stallings, you see that | 19   pain? |
| 20   this report is signed by an "A" -- initial "A" | 20    A.   It was around 2003 when I started having |
| 21   Razzak, R-a-z-z-a-k, Tai, T-a-i, M.D.  Have you had | 21   real bad chest pains. |
| 22   any discussions with Dr. Tai about this | 22    Q.   Okay.  And are you still having them now? |
| 23   echocardiogram? | 23    A.   Yes, they come and go.  That chest pain, |
| 24    A.   No. | 24   they come and go.  You know, there are sometimes |
| 25    Q.   Other than possibly discussing this with | 25   when I just can't even sleep or something.  They |

| Page 135 | Page 137 |
|---|---|
| 1   your attorneys, have you discussed this report with | 1   come and go.  It's not like an everyday thing. |
| 2   anyone else? | 2    Q.   Has it gotten better or worse since 2003? |
| 3    A.   No. | 3    A.   I'll just say worse. |
| 4    Q.   Have you received any echocardiograms or | 4    Q.   You say worse.  And do you experience |
| 5   undergone that same testing procedure on another | 5   chest pain at the same time that you're experiencing |
| 6   occasion, other than the one we just talked about? | 6   shortness of breath or do you experience those at a |
| 7    A.   No. | 7   separate -- |
| 8    Q.   So this occasion when you went to the | 8    A.   It's separate.  It's a separate -- it's a |
| 9   Holiday Inn in April of 2001 and had the | 9   separate thing. |
| 10   echocardiogram done and it was sent off to Dr. Tai | 10    Q.   Okay.  How often have you been having |
| 11   in Florida, that's the one and only time that you've | 11   episodes of chest pain?  Let's say on a daily |
| 12   ever had an echocardiogram.  Is that correct? | 12   basis.  Do you think you have an episode of it once |
| 13    A.   That's it. | 13   a day? |
| 14    Q.   Okay.  Now, you mentioned this morning | 14    A.   Huh-uh.  Not the chest pain.  It's -- I |
| 15   that you have a concern for -- that taking diet drug | 15   don't know how to put this.  It's not a daily thing. |
| 16   medication may possibly have caused damage to your | 16   It may happen maybe -- I hate to put a time on it |
| 17   heart valves.  You've made some reference like | 17   because -- |
| 18   that.  Do I remember that correctly? | 18    Q.   That's okay.  You've already made it |
| 19    A.   Yes. | 19   clear you're estimating.  So we're not holding you |
| 20    Q.   Tell me about that.  When did you develop | 20   to that.  I'm just trying to get a general idea. |
| 21   a concern that you had suffered damage to your heart | 21    A.   Within a week, maybe once or twice. |
| 22   valves? | 22    Q.   Describe for me the type of pain it is. |
| 23    A.   Within the last year or so. | 23   First of all, where is it located in your chest? |
| 24    Q.   Okay. | 24    A.   Like midways it's a tightness.  It's a |
| 25    A.   You know, it just seemed like when the | 25   real tightness.  And I really have to gasp for air |

Page 138

1  too, but it's not like the same as the shortness of
2  breath but I have to try to gasp for air like I'm
3  cut off some kind of way.
4      Q.    All right.  So you have a feeling of
5  tightness in your chest.
6      A.    Yes.
7      Q.    And it's -- and it's in the front of
8  your --
9      A.    Yes.  It's like a --
10     Q.    -- chest as opposed to in the back?
11     A.    Yes.
12     Q.    And how long does that feeling of
13  tightness generally last?
14     A.    Oh, one time -- I think the longest one
15  was about 15 minutes.
16     Q.    Which I'm sure when it's happening that's
17  a long time.
18     A.    Yes.
19     Q.    Is the usual episode shorter than that?
20     A.    Yes, it might be a little.  Yes, I
21  guess.  I don't know.
22     Q.    Is there anything that seems to bring on
23  the chest pain?  Any activity that you do?
24     A.    No.  Sometimes it just happens.
25     Q.    Just like your shortness of breath, you

Page 139

1  could be sitting down?
2      A.    Yes.
3      Q.    It happens at night when you're sleeping?
4      A.    Yes.
5      Q.    It happens when you're working?
6      A.    Yes.
7      Q.    Is there anything that you have found
8  that you can do when you have that feeling of chest
9  pain to make it resolve?
10     A.    Not really.  Just be creative.  Just try
11  to find a way to get some air in.  Just sit still
12  for a few minutes and wait until it pass.
13     Q.    Have you been to a doctor about these
14  episodes of chest pain?
15     A.    No.
16     Q.    You're not taking any medication for it?
17     A.    No.
18     Q.    Have you had any other symptoms in the
19  last year that you think might be associated with
20  taking diet drug medication?  You've mentioned
21  shortness of breath.  You've mentioned chest pain.
22  Anything else?
23     A.    And light-headed and dizziness sometimes,
24  but I don't know if that's associated with it.
25     Q.    Does your light-headedness and dizziness,

Page 140

1  is that something separate from the episodes of
2  shortness of breath and separate from the chest pain
3  or does the light-headedness and dizziness happen
4  while you're having these other things?
5      A.    Sometimes it's while I'm having it and
6  then it can be sometimes it just happens.  And like
7  I lose my balance or something.
8      Q.    So sometimes you get dizzy without first
9  having a shortness of breath or having chest pain?
10     A.    Yes.  But that's not regular.  It just
11  happen.
12     Q.    That's infrequent?
13     A.    Yes.
14     Q.    Something that happens -- what? -- every
15  few months maybe?
16     A.    Oh, God....
17     Q.    Hard to say?
18     A.    It's hard to say.
19     Q.    Okay.  And there again, have you sought
20  medical treatment about any dizzy spells that you've
21  had or light-headedness?
22     A.    No.
23     Q.    What is your financial situation in terms
24  of medical care?  I'm not meaning to get into your
25  -- you know, just general finances.  But do you

Page 141

1  have -- do you have health insurance?
2      A.    Well, now I do.  Through my husband I
3  do.  But for a while it was just me working with no
4  insurance just on a prayer that nobody got sick.
5  But now I do have it.
6      Q.    You're on your husband's insurance --
7      A.    Uh-huh.
8      Q.    -- at his job?
9      A.    Yes.
10     Q.    How long have you been on his insurance?
11     A.    Oh, married for seven years.  I've been
12  on it about five years.
13     Q.    Okay.  And that's Kerr Magee where he
14  works.  Right?
15     A.    Yes.
16     Q.    Do they have a pretty good health plan so
17  far as you know?
18     A.    Yes.
19     Q.    And before you got on your husband's
20  health plan five years ago, you didn't have any type
21  of medical insurance?
22     A.    (Shook head negatively.)
23     Q.    How did you pay for the visits that you
24  had with Dr. Conner back in '92 to '95?
25     A.    Cash.

Stallings, et al. v. Wyeth, et al.                    Deposition of                          June 28, 2004
                                                Brenda Stallings

Page 142

1    Q.    Just cash.  Okay.
2    A.    (Nodded head affirmatively.)
3    Q.    And when you were seeing Dr. Henson
4  in '99, do you recall how you paid for those visits?
5    A.    Cash.
6    Q.    Okay.  Do you know whether you're
7  eligible for any other type of financial benefits
8  through a government program be it Medicaid,
9  Medicare?  Anything like that?
10   A.    No.
11   Q.    You haven't checked it out?
12   A.    I'm not eligible.
13   Q.    Not eligible.  All right.  Let me show
14  you a document that was -- that you executed in
15  connection with your case that we're talking about
16  today.  This is an updated list of medical providers
17  that apparently you signed on March 31 of this
18  year.  Let me get you to look at that.
19   A.    (Reviewed document.)
20   Q.    All right.  Do you recall filling out
21  that form and signing it March 31 of this year?
22   A.    I don't remember it, but I filled out so
23  many forms.
24   Q.    All right.  And that's your signature?
25   A.    That's my signature, yes.

Page 143

1    Q.    All right.  And you understood at the
2  time that that was asking you to update an earlier
3  list that you had put together of your medical
4  providers?
5    A.    Uh-huh.
6    Q.    And so far as you know sitting here today
7  have you provided all of the information about the
8  physicians and clinics and pharmacies where you have
9  gone for -- to take weight-loss medication?
10   A.    As far as I can recall, yes.
11          MR. WIENER:  Okay.  All right.  Let me
12  get that marked as the next exhibit, please.
13          (EXHIBIT NO. 6 MARKED.)
14  MR. WIENER:
15   Q.    Now, Ms. Stallings, you mentioned earlier
16  today and we had started to talk about it a moment
17  ago -- you made a specific reference to heart
18  valves.  And I'm wondering where did you get
19  information that diet drugs could cause damage to
20  heart valves or that you had suffered potential
21  damage to your heart valves?
22   A.    Well, I can't say I suffer it, but I got
23  it out of the -- Wilbur Colom had filed the case for
24  me back in '99.
25   Q.    Right.

Page 144

1    A.    And I got it out of the courthouse out of
2  my file.  I requested a copy of what was in there,
3  and I just read some of the stuff that was in there.
4    Q.    I see.  Okay.  So you've read some
5  information that tells you that diet drug medication
6  can cause heart valve problems --
7    A.    Uh-huh.
8    Q.    -- in some patients?
9    A.    Yes.
10   Q.    All right.  You haven't received any
11  information that says that you have suffered heart
12  valve damage, have you?
13   A.    No.
14   Q.    All right.  And no doctor or other
15  medical provider has told you that you have any
16  heart value damage, have they?
17   A.    No.
18   Q.    All right.  You mentioned looking at the
19  court file after the Colom Law Firm in Columbus had
20  filed a suit for you.  Let's talk about -- what
21  prompted you to decide to bring this lawsuit?  What
22  was it that made you think I need to -- I need to be
23  a plaintiff and bring a suit based on taking diet
24  drug medication?
25   A.    I don't know how to answer that.

Page 145

1    Q.    Well, let me start with you this:  Did
2  you see an advertisement?
3    A.    No.
4    Q.    Because that's how some people get
5  involved in these things.  They see an ad that says
6  if you took a certain kind of medication you might
7  be entitled to certain legal remedies.  So are you
8  telling me that it wasn't an advertisement that made
9  you think about filing a suit?
10   A.    Okay.  It was a -- our state
11  representative was taking -- getting names of people
12  that might have taken this drug.  She came by my
13  salon, and she said, "If you know of anybody that
14  have taken this drug let me know.  Tell them to get
15  in touch with me."
16          And I looked at the list.  And I said,
17  "Well, I've taken these."
18          And she said, "Well, you can put your
19  name on the list too.  And we're having a meeting
20  over at my office on Friday," or whatever day it
21  was, "and to bring your pill bottles and everything
22  with you."  So I went over there and signed up and
23  gave them the pill bottles.  And she said it could
24  cause -- you know, it's going to mess your heart up.
25   Q.    Okay.  Who was that?  You said the state

Page 146

1   representative?
2       A.   Oh, I hate to give -- is it okay to give
3   her name?
4           MR. DORSEY:   Yes.
5       A.   Reesie Dixon.
6   MR. WIENER:
7       Q.   And what do you mean by "state
8   representative"?
9       A.   I'm just saying who she was.  That's
10  where I get it from.
11      Q.   I mean, are you talking about she's in
12  the house of representatives?
13      A.   Yes.
14      Q.   All right.  Is she also an attorney?
15      A.   No.
16      Q.   Okay.  Do you know if she was working for
17  a law firm at the time?
18      A.   I can't say for definite she was, but I'm
19  thinking she was.  But I'm not....
20      Q.   Where was the meeting that you went and
21  took the pill bottles and actually signed up?
22      A.   It was at her office.
23      Q.   At her office?
24      A.   In Macon.
25      Q.   Who else was present at the meeting?  I

Page 147

1   mean, were there any attorneys there?
2       A.   Yes.
3       Q.   I don't want to get into what was
4   discussed, but I just want to know who was there.
5       A.   Eason, E-a-s-o-n, Mitchell.
6       Q.   Okay.
7       A.   He was there.  Just him and her.
8       Q.   And was anyone there from the Colom Law
9   Firm?
10      A.   He was, Mr. Mitchell.
11      Q.   That's who -- Mr. Mitchell is?
12      A.   Yes.
13      Q.   All right.  And did you bring pill
14  bottles with you at that time?
15      A.   Yes.
16      Q.   All right.  And do you recall what
17  medications you brought with you?
18      A.   Phentermines and the Adipex.
19      Q.   And after that you signed up and were
20  advised that a suit had been filed on your behalf?
21      A.   Yes.
22      Q.   And it was after that time that you went
23  to the courthouse, looked through the court file,
24  got some of that background information about diet
25  drugs causing heart valve damage and things of that

Page 148

1   nature?
2       A.   It was about a year -- about two years
3   later.
4       Q.   I see.  Now, you've already told me that
5   the only other -- I think you've told me the only
6   other sort of legal proceeding that you've been a
7   party to was that EEOC discrimination matter with
8   the Macon City Police.  Is that right?
9       A.   That I gave -- that I was in a deposition
10  for.
11      Q.   Oh, okay.  Have you ever been involved in
12  another legal claim?
13      A.   Oh, it was an insurance claim.  What was
14  the name of it.  Combined Insurance, I think.
15      Q.   What was the nature of it?
16      A.   They overcharged the clients.  And I
17  never got anything out of it.  It's just my name was
18  on it.
19      Q.   I see.  So is it -- was this a situation
20  where you signed up in a lawsuit that --
21      A.   Yes.
22      Q.   -- lots of other people were signing up?
23      A.   Yes.
24      Q.   And the name of the company again was
25  what?

Page 149

1       A.   Combined Insurance.
2       Q.   Cumbide?
3       A.   Combine.
4       Q.   Oh, Combine?
5       A.   C-o-m-b-i-n-e-d.
6       Q.   All right.  Combined Insurance.  So you
7   -- who was the law firm that represented you in
8   that?
9       A.   That was Eason Mitchell.
10      Q.   Okay.  Also Colom Law Firm?
11      A.   Right.
12      Q.   But your understanding is that the case
13  just never materialized?
14      A.   Right.
15      Q.   Is the case over so far as you know?
16      A.   I don't know.
17      Q.   You don't know?
18      A.   They don't tell us nothing.
19      Q.   You didn't give a deposition in that
20  case, though?
21      A.   No.
22      Q.   All right.  Have you been involved in any
23  other legal claims?
24      A.   I think that's it.
25      Q.   Do you know if a suit was filed on that

Stallings, et al. v. Wyeth, et al.                   Deposition of                          June 28, 2004
                                              Brenda Stallings

Page 150

1  Combined Insurance matter?  Was there a lawsuit
2  filed?
3      A.   No, I don't think.  I don't know.
4      Q.   You don't know?
5      A.   I don't know how to answer that.
6      Q.   All right.  Have you done any other sort
7  of reading or investigation about diet drugs, other
8  than the time you went to look at the court file?
9      A.   No.
10     Q.   Have you spoken with anybody else, not
11 your attorneys, but have you spoken with
12 Ms. Jackson or any other coworkers, friends,
13 neighbors, anybody --
14     A.   No.
15     Q.   -- about diet drugs and problems that you
16 might be having, problems that other people might be
17 having?  Any sort of general discussion like that?
18     A.   No.
19     Q.   So the fact that you're involved in a
20 diet drug case, that's something that you've more or
21 less kept between you and your attorneys?
22     A.   Yes.  And the girl I used to work with,
23 now.  We know because she took it too.  So she
24 knows.
25     Q.   All right.  And that was?

Page 151

1      A.   Mary Sanders.
2      Q.   Mary Sanders.  I'm sorry.  Where is
3  Ms. Sanders today?  I mean, where does she live
4  today?
5      A.   In Macon.  She's in Macon.
6      Q.   Okay.  Did you ever keep a diary or
7  journal where you wrote down any information about
8  the symptoms you're experiencing or about going to
9  the doctor or anything like that?
10     A.   No.
11     Q.   This may be similar to what I've already
12 asked you, but, you know, I asked you if you had
13 done any other investigation or reading.  Have you
14 seen any newspaper articles or TV spots or anything
15 on the television about diet drugs?
16     A.   Not a whole -- not in detail.  Just they
17 might have mentioned something about a drug or
18 something, but I don't remember exactly what it was.
19     Q.   But you haven't relied on anything you've
20 seen in the newspaper or the TV --
21     A.   No.
22     Q.   -- in deciding to file this suit or --
23     A.   No.
24     Q.   -- in testifying today?
25     A.   I had a friend to die and another friend

Page 152

1  had heart surgery.  That was enough to say, see.
2      Q.   Tell me about that.  Who was the friend
3  who died of heart --
4      A.   Her name was --
5      Q.   -- heart problems?
6      A.   -- Angela Harris.  She had a heart
7  attack.  She died.  And another friend of mine that
8  goes to church with me, she had -- she was in this
9  lawsuit thing too, and she had to have surgery --
10 triple bypass surgery on hers.
11     Q.   And did Ms. Harris, the lady that died,
12 had she taken diet drug medication?
13     A.   Yes, she had.
14     Q.   And does her survivors have a -- did they
15 present a claim on account of her death?
16     A.   Well, actually, she had presented a claim
17 but she died like a month after.
18     Q.   I see.
19     A.   Yes.
20     Q.   Did you ever have any discussion with
21 Ms. Harris about diet drugs?
22     A.   Not really, no.
23     Q.   Were you aware that there was a national
24 class action that involved people who had taken
25 certain diet drugs?  Were you -- let me just stop

Page 153

1  you there.  Were you aware that there was a national
2  class action suit involving people who had taken
3  diet drugs?
4      A.   I think that's when Ms. Dixon told me
5  about it.
6      Q.   Okay.
7      A.   That's when I became aware, when she
8  mentioned it.  Other than that I haven't heard about
9  it.
10     Q.   All right.  And did you understand that
11 you would be included in that national class action
12 case which resulted in a settlement unless you chose
13 to what they call opt out; in other words, to break
14 away from that and to not be a part of it?  Did you
15 understand that?
16     A.   No.
17          MR. WIENER:  All right.  Well, let me
18 pose this to Brandon.  And I know I'm not taking
19 your deposition, Brandon, but in the materials that
20 I've been provided I do not find an Opt-Out form for
21 Ms. Stallings.  And so if you've got one I would
22 love to see it.  And if not I think it's something
23 we need to address.  But I'll keep going.  No need
24 to stop while you look through your file.  But let
25 me just make that request to you.

Stallings, et al. v. Wyeth, et al.  Deposition of  June 28, 2004
          Brenda Stallings

Page 154

1 MR. WIENER:
2  Q. Ms. Stallings --
3    MR. WIENER:  Have you got it?
4    MR. DORSEY:  This is the Blue Form.  It's
5 dated March -- well, it's dated March 12 of '03.
6 And it has the echocardiogram attached to it.  I
7 don't know if you were given a copy of that or not.
8    MR. WIENER:  Well, Brandon, I think the
9 best thing would be let's get a copy or this and
10 we'll mark this as an exhibit.  I'm not sure if this
11 is it or not, quite frankly, but we'll....
12    (OFF THE RECORD.)
13    MR. WIENER:  All right.  While we were
14 off the record Brandon Dorsey advised me that the
15 Page Kruger firm does not have in its files the
16 Opt-Out Form that Ms. Stallings may have signed but
17 that the form is most probably with the Colom Law
18 Firm.
19    MR. DORSEY:  Correct.
20    MR. WIENER:  And we'll follow up with
21 that after the deposition.  In the meantime, I think
22 you're having copied for me the form that
23 Ms. Stallings filled out for the national settlement
24 litigation.
25    MR. DORSEY:  Correct.

Page 155

1    MR. WIENER:  All right.  Let's go ahead
2 and get that marked as the next exhibit.  This is
3 the Blue Form Diet Drug Settlement with American
4 Home Products Corporation, and I believe it was
5 signed by Ms. Stallings on March 2 -- I'm sorry,
6 March 12 of 2003.
7    (EXHIBIT NO. 7 MARKED.)
8 MR. WIENER:
9  Q. All right.  Ms. Stallings, I'm going to
10 try and move as quickly as I can.  I know it's
11 taking awhile to get here.  I appreciate your
12 working with me.
13    Have you kept papers and records about
14 your diet drug prescriptions?  Is there a place in
15 your house where you've kept a file?
16  A. No.
17  Q. Okay.  The information sheets that have
18 come from the pharmacy when you got your
19 prescriptions filled, have you kept those?
20  A. No, I don't have none of that.
21  Q. Did you meet with anyone or talk with
22 anyone, other than Mr. Dorsey, in preparing for this
23 deposition today?
24  A. No.
25  Q. Did you review any particular documents

Page 156

1 in --
2  A. No.
3  Q. -- preparation for today's deposition?
4  A. No.
5  Q. I forgot to ask you, Ms. Stallings.  Have
6 you ever served in the military?
7  A. No.
8  Q. Let's talk a little bit about your family
9 medical history and try to get through this as
10 efficiently as we can.  Have you had either a parent
11 or a grandparent, a brother, a sister, or a child --
12 okay?  So that's immediate family.
13  A. Uh-huh.
14  Q. Parent, grandparent, brother, sister, or
15 children who have had any significant heart problems
16 like heart murmur, heart attack, heart valve
17 problems, heart disease?  Anybody in your family
18 with that kind of history?
19  A. My father had a heart attack.
20  Q. Okay.  When was that?
21  A. This was in 1999.
22  Q. All right.  And how old was he at the
23 time?
24  A. Fifty-three.
25  Q. And what became of that?

Page 157

1  A. Well, he had surgery and he ended up
2 having another heart attack.
3  Q. Is he still alive?
4  A. No, he died.  He died --
5  Q. I'm sorry.
6  A. -- of a heart attack.
7  Q. Okay.  When did he pass away?
8  A. 2001, July.
9  Q. And where did he live?
10  A. He had moved here, Macon, Mississippi.
11  Q. What was your father's name?
12  A. Chris Macon.
13  Q. Chris Macon?
14  A. Uh-huh.
15  Q. And your understanding of his health
16 problems was that he had suffered heart attacks?
17  A. Yes.
18  Q. Do you know anything more specific than
19 that?
20  A. That's all I know.  That was the cause of
21 the death.
22  Q. Who was his main treating physician for
23 his heart problems?
24  A. Oh, God, I don't know.  He went to this
25 cardiac -- I can't talk.  Say it for me.  The

Stallings, et al. v. Wyeth, et al.                Deposition of                    June 28, 2004
                                              Brenda Stallings

Page 158

1   cardiac clinic in Meridian.
2       Q.   Okay.
3       A.   I don't know if that's the name -- that I
4   called it right.
5       Q.   Did your dad have a problem with his
6   weight?  Was he overweight?
7       A.   Yes, he's overweight.
8       Q.   What was his height and weight before he
9   had his first heart attack?
10      A.   I don't know how much he weighed but I
11  know he was overweight.  He was about seven one.
12      Q.   Well, now, seven one, that's Shaqueal
13  O'Neal's size.
14      A.   Oops.  Oops.  No, that's a big one.  No,
15  no, no, no.  He wasn't quite that tall.  He tall,
16  but he's --
17      Q.   He was a big man?
18      A.   He was a big, tall man.  But seven one is
19  stretching it.  That's too tall.  Maybe six six.  He
20  was tall.
21      Q.   A big man?
22      A.   Yes.
23      Q.   And overweight?
24      A.   Yes.
25      Q.   Anybody else?  Remember, we're talking

Page 159

1   about --
2       A.   Close relatives.
3       Q.   Yes.  Close relatives with those kind of
4   significant heart problems.  Anybody else?
5       A.   He's the only one that --
6       Q.   All right.
7       A.   -- I know of.
8       Q.   Then let me mention a couple of other
9   type of major health problems and see if anybody
10  else in your immediate family had any of these.
11  Hypertension or high blood pressure?
12      A.   My mother.
13      Q.   Your mother?
14      A.   Uh-huh.
15      Q.   All right.  Is she still alive?
16      A.   Yes, she's still alive.
17      Q.   And how long has she had high blood
18  pressure?
19      A.   Ever since I was a kid.  Twenty years or
20  more.
21      Q.   Is she treating it with medication?
22      A.   Yes.
23      Q.   Does it seem to be under control?
24      A.   Yes.
25      Q.   Who is her main treating physician?

Page 160

1       A.   Larry Morris.
2       Q.   And he is where?
3       A.   In Macon.
4       Q.   So your mom's doing okay with her high
5   blood pressure?
6       A.   Uh-huh.
7       Q.   Lung disease?
8       A.   Nobody.
9       Q.   Respiratory problems?
10      A.   No.
11      Q.   High cholesterol?
12      A.   My father had high cholesterol.  He had
13  that.
14      Q.   Was he taking medication for it?
15      A.   Yes.
16      Q.   Do you know what he was on?
17      A.   No, sir, I don't.
18      Q.   Stroke?
19      A.   No.
20      Q.   Diabetes?
21      A.   No.
22      Q.   Kidney problems?
23      A.   No.
24      Q.   Pulmonary hypertension?
25      A.   Is that blood pressure?

Page 161

1       Q.   No, no something different.
2       A.   I don't know about that one.  No.
3       Q.   Okay.  If I've already asked you you just
4   tell me and don't answer it again, but I need to ask
5   you, what's your current weight?
6       A.   About 280.
7       Q.   Okay.  All right.  I'm not going to
8   repeat what I've already asked.  Is your -- your
9   weight I know is higher than you want it to be.  Is
10  that having an impact on you either at work or in
11  your daily activities or at home or in your social
12  life?
13      A.   Well, it bothers me to weigh.
14      Q.   Okay.  It bothers you to be --
15      A.   It just bothers me to be --
16      Q.   -- heavier than you want to be?
17      A.   Yes.  Just to be overweight it bothers
18  me.
19      Q.   All right.  So that's kind of an
20  emotional or psychological thing?
21      A.   Yes.
22      Q.   What about as far as physically?  Your
23  weight is probably as high, as I appreciate it, as
24  it's been.
25      A.   Yes.

Stallings, et al. v. Wyeth, et al.                     Deposition of                                    June 28, 2004
                                                  Brenda Stallings

Page 162

1      Q.   What is that doing to you physically?  Is
2    it making you tired and....
3      A.   Well, I be tired a lot.
4      Q.   Okay.  What else?
5      A.   Like I said, I don't know is the weight
6    connected to it or the pills, but the shortness of
7    breath.  I can't really say it's the weight.
8      Q.   I understand.  But you're concerned that
9    the shortness of breath might have been caused by
10   the diet drug medication.  And then, again, you're
11   concerned that your weight condition may be causing
12   you to be short of breath too?
13     A.   It could be.  I don't know.
14          MR. WIENER:  I've gotten a note to call
15   me secretary right away.  So I assume it's important.
16   And I'm just going to take a short break.
17          (OFF THE RECORD.)
18   MR. WIENER:
19     Q.   All right.  Thank you.  And again, my
20   apologies to all concerned for that last
21   interruption.
22          Ms. Stallings, have we covered today all
23   of the different methods that you've tried to
24   regulate your weight since your visit to Dr. Conner
25   in 1992?  In other words, you've been on medication,

Page 163

1    you've had efforts at dieting, you've had efforts at
2    exercise, you had the over-the-counter medication at
3    Wal-Mart.  Is there anything else that you've done
4    in an effort to control your weight?
5      A.   That's it.
6      Q.   For example, have you ever been to a
7    weight loss facility like Jenny Craig or Weight
8    Watchers or anything like that?
9      A.   I forgot.  I totally forgot.  I went to
10   Physicians Weight Loss last year.
11     Q.   Physicians Weight Loss?
12     A.   Yes.
13     Q.   What is that?
14     A.   It's like Medifast.  You've heard of
15   Medifast?  Trying shakes and different with the
16   package meals.
17     Q.   But that's a place where you go?
18     A.   Yes.
19     Q.   Where is it located?
20     A.   In Columbus.
21     Q.   And it's called Physicians Weight Loss?
22     A.   Uh-huh.
23     Q.   And tell me what their program involved.
24     A.   They got packaged foods, no medication.
25   It's just packaged food.  And they give you B-12

Page 164

1    shots.  That's it.
2      Q.   How long did you do that?
3      A.   I did that three months.
4      Q.   Okay.
5      A.   About three months.
6      Q.   And was it effective?
7      A.   Oh, yes, it worked.  I just gained it
8    back.
9      Q.   It's just hard to stay on it?
10     A.   Yes, yes.
11     Q.   So when did you do that in 2003?
12     A.   Oh, gosh.  Dates is my big problem.  I
13   believe it was February until May.
14     Q.   All right.  Have you done anything else
15   other than --
16     A.   That was the last thing I did, that one.
17     Q.   Okay.  Had you previously been to a
18   Weight Watchers of Jenny Craig type program?
19     A.   Years ago I went to Nutri Slim --
20   NutriSytem.
21     Q.   Where was that located?
22     A.   In Columbus.
23     Q.   How long were you in that program?
24     A.   I didn't stay in that long.  About a
25   month or two.  About two months at the most.

Page 165

1      Q.   Did that involve any prescription
2    medication?
3      A.   No medication, just packaged foods.
4      Q.   Tell me what sort of work you do around
5    the house.  Do you do laundry -- do laundry for the
6    children and that sort of thing?
7      A.   I do some cleaning -- cleaning and --
8    yes, laundry.  Most of the time they do it
9    themselves and clean their room, making beds and
10   stuff.
11     Q.   You do the cooking for the children?
12     A.   Yes.
13     Q.   Do you work out in the yard at all,
14   gardening --
15     A.   I can't now.
16     Q.   -- and things like that?
17     A.   Not now, no.
18     Q.   Okay.  Too difficult for you?
19     A.   Yes.
20     Q.   All right.  Let me just review with you
21   some of your health history.  We have some records
22   that we have obtained.  In January of 1998, you had
23   a biopsy of your left breast.
24     A.   Uh-huh.
25     Q.   And what was the result of all that?

Page 166

1    A.    It was benign.
2    Q.    You had presented -- you had a mass of
3  some kind in your left breast?
4    A.    Yes.
5    Q.    After the biopsy it was determined to be
6  benign and you needed no further treatment?
7    A.    Right.
8    Q.    Have you had any further problems in that
9  regard?
10   A.    No.
11   Q.    All right.  I'm looking at some records
12 from the Primary Care Clinic in Macon, and this is I
13 think from May 29 of '01.  And there is a Dr. Haider
14 listed on here, H-a-i-d-e-r.  Let me show -- these
15 are records that we got from Noxubee General
16 Hospital.  The date of the record custodian's
17 affidavit is November 6, 2003.  Let me show this to
18 Brandon.
19        Ms. Stallings, this record indicates that
20 you were an outpatient at Noxubee General on May 29
21 of 2001, and the symptom that you presented with
22 according to this record is palpitations and that
23 you did see a Dr. Haider.  Do you recall that
24 episode?  Do you remember going to the hospital or
25 to the clinic in Macon with complaints of

Page 167

1  palpitation in 2001?
2    A.    Yes.
3    Q.    What do you remember --
4        MR. WIENER:  Let me get this record
5  marked as the next exhibit.  Let's give the reporter
6  a moment to do that.
7        (EXHIBIT NO. 8 MARKED.)
8  MR. WIENER:
9    Q.    What do you remember about that episode?
10   A.    I was in church and I had sudden, real
11 fast heartbeat and I collapsed, you know.
12   Q.    All right.
13   A.    And I had to go by ambulance to the
14 emergency room.
15   Q.    And do you remember seeing Dr. Haider on
16 that occasion?
17   A.    I think it was him.  I'm not really sure.
18   Q.    Okay.  Well, that's what the note
19 indicates, H-a-i-d-e-r.
20   A.    Yes.
21   Q.    And what did he do for you?
22   A.    They ran an EKG.  I think that's what it
23 was.
24   Q.    Okay.  Okay.  Good.
25   A.    They didn't give me any medicine or

Page 168

1  anything.  I just told them I didn't want to do
2  anything.  I just went home and went to sleep.  I
3  didn't let them do anything, other than that test.
4    Q.    Did you have any follow-up with
5  Dr. Haider?
6    A.    Huh-uh.
7    Q.    So just that one visit?
8    A.    Yes.
9    Q.    He didn't give you any medication?
10   A.    Huh-uh.
11   Q.    Bear with me.  Okay.  Now, other than
12 going in for that biopsy on your left breast, have
13 you ever been hospitalized?
14   A.    No more than childbirth.
15   Q.    Okay.  Just childbirth?
16   A.    Uh-huh.
17   Q.    Have you ever had any other occasions
18 than that episode in 2001 when you had heart
19 palpitations where you had to go to the emergency
20 room?
21   A.    I think I went once for -- it wasn't
22 nothing serious.  Just a cyst under my arm.  I had
23 to go get that cut because it was hurting bad.
24   Q.    I remember seeing some records where
25 someone maybe suspected it might have even been an

Page 169

1  insect bite.
2    A.    Yes, I thought it was.
3    Q.    Did that resolve?  Was there any problems
4  with that?
5    A.    No problem with that either.
6    Q.    You just had a place up under your left
7  arm in the left armpit region that was giving you
8  trouble?
9    A.    Right.
10   Q.    And all that resolved?
11   A.    Yes.  Yes.  And once my back -- I hurt my
12 back, and I went to the emergency room for that.
13   Q.    About when was that?
14   A.    I believe that was way back, like '89, '90.
15   Q.    Okay.
16   A.    Somewhere along in there.
17   Q.    Have you ever had any surgery?
18   A.    Just tubal ligation.  That's not really
19 -- they did it laser.
20   Q.    Uh-huh.  Tubal ligation?
21   A.    Yes.
22   Q.    When was that done?
23   A.    1990.
24   Q.    1990?
25   A.    1990.

Stallings, et al. v. Wyeth, et al.              Deposition of                                    June 28, 2004
                                            Brenda Stallings

Page 170

1    Q.    All right.  So that's the -- have we
2  covered all of the surgeries and hospitalizations
3  that you've had?
4    A.    As far as I can think, yes.
5    Q.    Have you ever been told that your
6  cholesterol was high?
7    A.    No.
8    Q.    So far as you know is it okay?
9    A.    Yes.
10   Q.    And have you been diagnosed with any
11 other medical problems that we haven't talked about
12 today, thyroid or stroke, you know, rheumatic fever,
13 hepatitis, you name it?
14   A.    No.
15   Q.    Have we talked about all of your medical
16 conditions --
17   A.    Yes.
18   Q.    -- thus far?
19   A.    Yes.
20   Q.    And right now you're not under any
21 doctors' care?
22   A.    No.
23   Q.    You're not regularly seeing a physician?
24   A.    No.
25   Q.    You don't have any medical condition that

Page 171

1  is giving you problems, other than what we've
2  already talked about that you're having shortness of
3  breath, chest pain?
4    A.    That's it.
5    Q.    But there's nothing else that we haven't
6  talked about already?
7    A.    No.
8    Q.    You're not taking any medication today?
9    A.    No.
10   Q.    Are you a smoker?
11   A.    No.
12   Q.    Have you ever been a smoker?
13   A.    No.
14   Q.    And what about alcohol consumption?
15   A.    No, I don't drink.
16   Q.    Not at all?
17   A.    Not at all.
18   Q.    Okay.  Have you ever --
19   A.    No, sir.
20   Q.    -- partaken of alcohol?
21   A.    No, sir.
22   Q.    Have you ever had -- have you ever taken
23 any medication for anxiety or depression?
24   A.    No.
25   Q.    Okay.  You're familiar with the names of

Page 172

1  some of these, like Prozac, Zoloft, some of those
2  medications?  I'm sure you've heard of those.
3    A.    Yes, I've heard of them.
4    Q.    But you've never taken anything like
5  that?
6    A.    No, I've never taken them.
7    Q.    Okay.  All right.  Because I've got to do
8  my job I've got to ask you, have you ever used
9  illegal or illicit drugs?
10   A.    No.
11   Q.    Okay.  What about any intravenous drugs?
12   A.    What is that?
13   Q.    Drugs that are injected into your --
14   A.    Oh, no.
15   Q.    -- bloodstream.
16   A.    No.
17   Q.    Now, you might have -- I think you told
18 me you might have had an EKG on the occasion in 2001
19 when you had the heart palpitations.
20   A.    Yes.
21   Q.    You've told me you had the one
22 echocardiogram in April of '01.  That's the only one
23 you've had.  Right?
24   A.    Right.
25   Q.    Have you had any other diagnostic tests

Page 173

1  other than that and the breast biopsy?
2    A.    That's it.
3         MR. WIENER:  All right.  Well, hopefully,
4  I'm getting -- getting close to the end.  I tell you
5  what I'm going to do.  I think that I've covered
6  just about everything I had in mind for
7  Ms. Stallings.  With your permission to move things
8  along, Brandon, why don't I let the other attorneys
9  ask any questions they might have.
10        MR. DORSEY:  Okay.
11        MR. WIENER:  And then I'm going to be
12 looking through my outline instead of making
13 everybody wait for me to do so.
14        MR. DORSEY:  Okay.
15        MR. WIENER:  And then if I have some
16 follow-up I'll do that if that's okay.
17        MR. DORSEY:  That's fine.
18        MR. WIENER:  Is that okay with the
19 attorneys on the line?
20        MR. MANSFIELD:  That's great.
21        MR. WIENER:  All right.  Well, I'll leave
22 it to you.  Which one of you want to ask
23 Ms. Stallings any questions?
24        MR. MANSFIELD:  All right.  I'll go
25 ahead.

Stallings, et al. v. Wyeth, et al.                    Deposition of                    June 28, 2004
                                                  Brenda Stallings

Page 174

1           EXAMINATION
2    BY MR. MANSFIELD:
3        Q.    Ms. Stallings, my name is Ken Mansfield.
4    I'm going to try my best not to repeat what's
5    already been covered, but I do need to ask you some
6    follow-up questions.  You testified that you've been
7    prescribed diet drugs by three different doctors,
8    and that's been gone over at length now.  With
9    regard to Dr. Conner, the only place you had those
10   drugs -- those prescriptions filled that you can
11   remember was Food Max in Starkville.  Is that right?
12       A.    Yes.  And I might have gotten one or two
13   at City Drugstore.
14       Q.    Okay.  You may have gotten one or two
15   there.
16       A.    Yes.
17       Q.    Now, is my understanding of your
18   testimony correct that you cannot describe for us in
19   any way what the -- what you call the Fastin or the
20   Adipex looked like that were prescribed by
21   Dr. Conner?
22       A.    I think I remember those Adipex.
23       Q.    Okay.  Well, go ahead and describe that
24   for me.
25       A.    Like an oval-type pill with little blue

Page 175

1    dots on them.
2        Q.    Okay.  An oval type.  And it was a solid
3    pill not a capsule?
4        A.    Now, that was solid with the dots in it.
5        Q.    An oval solid pill with blue dots?
6        A.    Uh-huh.
7        Q.    Okay.  Now, when you were prescribed
8    Adipex by Dr. Henson, do you remember what that
9    looked like?
10       A.    They was capsules.
11       Q.    Okay.  And let me rephrase, by the way,
12   because I understand your testimony that you did not
13   realize before looking at the records today from
14   Dr. Henson that he ever prescribed Adipex for you.
15   Correct?
16       A.    Right.
17       Q.    I mean, based on your memory you have no
18   recollection that he ever prescribed Adipex for
19   you.  Correct?
20       A.    Yes.  Correct.
21       Q.    Okay.  And the drugs that were prescribed
22   by Dr. Henson you stated were filled at
23   the K-Mart pharmacy in Mobile and then you said one
24   other drugstore.
25       A.    Yes, but I can remember which one it was.

Page 176

1        Q.    That was my question.
2        A.    Okay.
3        Q.    Was it a drugstore in Mobile?
4        A.    Yes, it was.
5        Q.    Okay.  Do you remember where it was
6    located?
7        A.    It was at one of those grocery stores
8    like, but I can't remember the name of it.
9        Q.    Okay.  Looking at the pharmacy record
10   that was produced from K-Mart pharmacy, it looks
11   like it's got three of the five prescriptions that
12   you received from Dr. Henson.  Now, according to
13   Dr. Henson's records he prescribed phentermine for
14   you on five occasions.
15       A.    Okay.
16       Q.    You've got that record there if you need
17   to verify that.  And then on this pharmacy record
18   from K-Mart it looks like you had a prescription
19   filled for 30 milligrams phentermine on February 8,
20   1999.  Do you see that?
21            MR. DORSEY:  You said February 8?
22            MR. MANSFIELD:  Right.
23            MR. DORSEY:  1999?
24            MR. MANSFIELD:  Right.  That's the very
25   first one.

Page 177

1        A.    Okay.
2    MR. MANSFIELD:
3        Q.    Do you see that?
4        A.    Yes, on the doctor's paper.  This is not
5    the pharmacy.
6        Q.    Okay.  Now, I'd like you to look at the
7    pharmacy record.
8            MR. DORSEY:  You want the pharmacy
9    records?
10       A.    The pharmacy records.
11           MR. MANSFIELD:  I'd really like for her
12   to have both.
13           MR. DORSEY:  You mean the pharmacy record
14   from K-Mart?
15           MR. MANSFIELD:  Yes.  That's the only
16   pharmacy records I'm aware of that we have.
17           MR. DORSEY:  Okay.  We got them.
18       A.    Okay.
19           MR. WIENER:  I have found -- not to
20   confuse things, but I just want you to know I have
21   -- we have been provided with a single pharmacy
22   record from back in '95 when Dr. Conner was
23   prescribing Fastin and hydrochlorothiazide.  So
24   we'll send that to you.  I have found that.
25           MR. MANSFIELD:  Okay.  And that's the

Stallings, et al. v. Wyeth, et al.                    Deposition of                                    June 28, 2004
                                                Brenda Stallings

Page 178

1  only thing on it?
2       MR. WIENER:  Yes.  The only thing on
3  there is 4/27/95, Douglas Conner, Fastin, 30
4  milligrams.  And then same date, 4/27/95, Douglas
5  Conner, hydrochlorothiazide, 256 -- I'm sorry, 25
6  milligrams.  Go ahead, Ken.  I'm sorry.
7       MR. MANSFIELD:  Sure.  Thank you.
8  MR. MANSFIELD:
9       Q.  All right.  Ms. Stallings, do you have
10 Dr. Henson's records and the K-Mart pharmacy record
11 there?
12      A.  Yes.  Yes, I do.
13      Q.  According to Dr. Henson's records, he
14 prescribed phentermine at 30 milligrams phentermine
15 for you the first time on February 8, 1999.
16 Correct?
17      A.  Right.
18      Q.  And that was filled it appears at the
19 K-Mart pharmacy.  Correct?
20      A.  Yes.
21      Q.  Okay.  Then he prescribed 30 milligram
22 phentermine on March 8, 1999.  Correct?
23      A.  That's correct.
24      Q.  And that's also shown as having been
25 filled at the K-Mart pharmacy.  Correct?

Page 179

1       A.  That's right.
2       Q.  And then there's -- the next prescription
3  was April 6, 1999, and it appears that that was
4  typed in again as a 30 milligram phentermine but
5  then somebody crossed out and handwrote on the
6  record Adipex.
7       A.  Okay.
8       Q.  Correct?  Is that what you see?
9       A.  Wait a minute.  That's on the doctor's
10 record or the.... What are we looking at now?
11      MR. DORSEY:  Are you talking about the
12 doctor's record?
13      MR. MANSFIELD:  Yes.
14      MR. DORSEY:  All right.  Are you talking
15 about -- which page?  Which date?
16      MR. MANSFIELD:  April 6, 1999.
17      A.  Okay.
18      MR. DORSEY:  All right.  We got it.
19 MR. MANSFIELD:
20      Q.  Am I correct that's what that shows?
21      A.  Yes, that's what it shows.
22      Q.  Okay.  And there's not a prescription
23 filled for that date on this K-Mart pharmacy
24 record.  Correct?
25      A.  Okay.  That's correct.

Page 180

1       Q.  Okay.  So that, I guess, is one that you
2  had filled at another store?
3       A.  At another store, yes.
4       Q.  At another place?
5       A.  Yes.
6       Q.  Okay.  And then the next record in
7  Dr. Henson's records is June 7, '99, and that --
8  just like the April 6 it has phentermine, 30
9  milligrams typed in and then crossed out, and Adipex
10 is written in handwriting above it.  Correct?
11      A.  Right.  Uh-huh.
12      Q.  And then there is a prescription for
13 phentermine 37.5 milligrams that was filled at the
14 K-Mart pharmacy on that date, 6/7/99.  Correct?
15      A.  That's right.
16      Q.  That's the one that we're looking at on
17 this pharmacy record.  That's the one that is
18 referred to in Dr. Henson's record as Adipex.
19      A.  Okay.
20      Q.  As far as you know that's correct.
21 Right?
22      A.  Yes.
23      Q.  Okay.  Now, do you remember what that
24 pill looked like?
25      A.  That pill was a capsule with beads inside

Page 181

1  it.  Blue and white with the little beads inside.  I
2  think I'm right.  I'm not sure.
3       Q.  Okay.  You think but you're not sure?
4  Tell me this:  Do you know whether that pill -- and
5  I'm talking about the one that you got filled on
6  June 7, '99 -- was the same as the one you had
7  gotten the previous month or rather two months
8  earlier prescribed on April 6, 1999?  And tell me if
9  you understand my question.
10      A.  Okay.
11      MR. DORSEY:  Let me just object to the
12 form of the question.  I think it's kind of
13 confusing.  And also, I also want to object -- I
14 mean, she's repeatedly said, you know, she really
15 didn't remember what the pill looked like.  I mean,
16 the pharmacy records are here and the pharmacy
17 record clearly distinguishes, you know, what she was
18 prescribed on a particular date.  So I think any
19 repeated questions as to what the pill looked like I
20 think is really useless.  I mean, she said that she
21 don't really remember.
22      MR. MANSFIELD:  Well, Brandon, I
23 appreciate that, but that's what I started with, and
24 she corrected me and told me that she did remember
25 what some of them looked like, and that's the reason

Page 182

1   I'm going through this exercise.
2   MR. MANSFIELD:
3       Q.    But my question at this point is whether
4   or not she knows whether this pill that she got on
5   6/7/99 which is referred in Dr. Henson's records as
6   Adipex whether or not that pill appeared to her to
7   be the same pill that she was -- that she received
8   two months earlier that was prescribed on April 6,
9   1999, and also referred to in Dr. Henson's records
10  as Adipex.
11          MR. DORSEY:  If you don't know you don't
12  know.
13      A.    I don't know.
14  MR. MANSFIELD:
15      Q.    Okay.  All right.  The prescription that
16  you got from Dr. Dean Haider in Macon, do you
17  remember where that was filled?
18      A.    That was City Drugstore.
19      Q.    All right.  Do you remember what that was
20  or what it looked like?
21      A.    I remember it was phentermine and it was
22  blue and clear with the beads inside.
23      Q.    Okay.  All right.  And those are all of
24  the diet drugs you've gotten -- right? -- those from
25  Dr. Conner, Dr. Haider, and Dr. Henson?

Page 183

1       A.    Yes.
2       Q.    Okay.  And as far as Adipex is concerned,
3   the ones that you got from Dr. Conner I believe you
4   said were oval, white with blue specks.
5       A.    Right.
6       Q.    And the ones you got from Dr. Henson you
7   don't really remember what they looked like.
8       A.    Right.
9       Q.    And I'm talking about the Adipex.
10      A.    Right.
11      Q.    Thanks.  Now, has anybody -- and I'm
12  talking about any doctor or medical personnel or
13  professional ever told you that you had been harmed
14  or damaged in any way by your taking Adipex?
15      A.    No.
16      Q.    Has any doctor or other medical
17  professional ever told you that you have been
18  damaged or harmed in any way by taking phentermine?
19      A.    No.
20      Q.    Okay.  And am I correct -- and I'm going
21  off of your testimony earlier -- that your basis for
22  believing that you may have been harmed stems from
23  what you saw out of your court file?
24      A.    And the way I'm feeling now with the
25  shortness of breath and the heart palpitations,

Page 184

1   whatever y'all call it.
2       Q.    Okay.  Are you aware of anybody who has
3   ever been damaged or harmed by taking either
4   phentermine or Adipex?
5          MR. DORSEY:  Before she answers let me
6   object to the form of the question.
7          MR. MANSFIELD:  Okay.
8          MR. DORSEY:  You can answer it.
9       A.    Okay.  Yes.
10  MR. MANSFIELD:
11      Q.    Okay.  Tell me about that.
12      A.    I might need to change that.  I don't
13  know which pill.  All I know is I had a friend to
14  die from taking it and another one had to have
15  surgery.
16      Q.    Okay.
17      A.    And I don't know which one of the pills
18  it was.
19      Q.    Okay.  You don't know if it was actually
20  phentermine or Adipex or if they may have taken
21  something else?
22      A.    I don't know.
23      Q.    Okay.  All right.  Thank you,
24  Ms. Stallings.
25      A.    You're welcome.

Page 185

1          MR. WIENER:  Ken, before the next
2   attorney goes it occurred to me maybe we should make
3   the pharmacy records an exhibit since we both talked
4   about them.
5          MR. MANSFIELD:  Yes, please do.  I
6   thought they had been.
7          MR. WIENER:  Yes.  The next exhibit is
8   going to be the printout we got from K-Mart pharmacy
9   No. 7435 in Mobile.  And it's the sheet that you've
10  been asking Ms. Stallings about together with the
11  information sheets for phentermine capsules and the
12  potassium chloride capsules.  And I'll show those to
13  Brandon first.  Let's get this marked as the next
14  exhibit.
15          (EXHIBIT NO. 9 MARKED.)
16          MR. WIENER:  All right.  And then the
17  next exhibit -- that was just marked as Exhibit
18  No. 9.  The next exhibit is from the Food Max Super
19  Center in Starkville, Mississippi, a cover letter
20  from Bruno's Supermarkets and then the printout on
21  the last page which has 0005 in the right-hand
22  corner.  This shows the prescriptions issued by
23  Dr. Douglas Conner on 4/27/95 which is the Fastin 30
24  milligrams and the hydrochlorothiazide 25 milligrams
25  that I talked about earlier.

Stallings, et al. v. Wyeth, et al.                    Deposition of                    June 28, 2004
                                                  Brenda Stallings

Page 186

1          MR. MANSFIELD: All right. And we don't
2    have any pharmacy records from City Drugstore.
3    Correct?
4          MR. WIENER: I don't. And I don't think
5    any have been produced here today.
6          MR. MANSFIELD: All right. That's all I
7    have.
8                EXAMINATION
9    BY MS. WALKER:
10   Q.    This is Molly Walker. Ms. Stallings, can
11   you hear me?
12   A.    Yes, I can.
13   Q.    I represent SmithKline Beacham
14   Corporation. I have a few questions for you, mainly
15   about Fastin. Now, from your medical records it
16   looks like you were prescribed Fastin four times:
17   On February 13 of 1992, March 12 of 1993, April 26
18   of 1993, and April 27 of 1995, all by Dr. Conner.
19   Do you know of any other times that you received
20   prescriptions for Fastin?
21   A.    Not that I can remember.
22   Q.    Do you remember what the Fastin looked
23   like?
24   A.    No, I don't.
25   Q.    Do you remember if it looked like any of

Page 187

1    the other pills that you took?
2    A.    I don't remember.
3    Q.    Okay. Did you always take all of the
4    prescription?
5    A.    Yes, I did.
6    Q.    Do you have any bottles left that contain
7    Fastin?
8    A.    I had. I gave them to the first lawyer
9    that took the case. I don't have them. They claim
10   they lost them, so I don't know where they are.
11   Q.    Okay. And those bottles were for Fastin?
12   A.    Amphetamines.
13   Q.    Okay. And you had these prescriptions
14   filled at City Drugstore and Food Max. Did you have
15   your Fastin prescription filled anywhere else?
16   A.    Just K-Mart and the....
17   Q.    The K-Mart -- I thought that those were
18   the prescriptions from Dr. Henson.
19   A.    I'm getting mixed up on all these pills,
20   now.
21   Q.    Okay. I'm sorry. We're just talking
22   about Fastin right now.
23   A.    Oh, Fastin. Okay.
24   Q.    Uh-huh.
25   A.    All right. That would have been the one

Page 188

1    in Starkville.
2    Q.    Okay. You only picked up your
3    prescriptions for Fastin at the Food Max?
4    A.    And one or two at City Drugs.
5    Q.    Okay. Anywhere else?
6    A.    That's it.
7    Q.    Have you had any conversations with any
8    representative of SmithKline Beacham Corporation?
9    A.    No.
10   Q.    Have you ever received any correspondence
11   or written materials from SmithKline Beacham
12   Corporation?
13   A.    No.
14         MS. WALKER: That's all I have. Thank
15   you.
16               EXAMINATION
17   BY MS. LIND:
18   Q.    This is Kaara Lind. Can you hear me?
19   A.    Yes, I can.
20   Q.    The phentermine that was prescribed to
21   you by Dr. Henson on July -- I mean, excuse me, on
22   June 18, 2001, do you recall what that phentermine
23   looked like?
24   A.    I'm thinking it was blue, the clear with
25   the beads inside.

Page 189

1    Q.    Are you currently taking any prescription
2    medication?
3    A.    No, ma'am.
4          MS. LIND: Thank you. That's all the
5    questions I have.
6          MR. WIENER: I have no further questions.
7    Does the plaintiff have any questions?
8          MR. DORSEY: I have a few questions.
9                EXAMINATION
10   BY MR. DORSEY:
11   Q.    Ms. Stallings, throughout the deposition
12   you've indicated that as a result of taking diet
13   medication that you have experienced shortness of
14   breath. Is that correct?
15   A.    Yes.
16         MR. WIENER: I'm going to object to the
17   form.
18   MR. DORSEY:
19   Q.    Okay. You can answer.
20   A.    Yes.
21   Q.    Okay. How has shortness of breath
22   affected your daily living?
23   A.    I'm not able to play with the kids.
24   Like, we used to play basketball together and go on
25   long trips together and clean up and do yard work.

Stallings, et al. v. Wyeth, et al.                    Deposition of                    June 28, 2004
                                                   Brenda Stallings

Page 190

1   I can't do all of that now.
2       Q.   Okay.  You also -- you also indicated
3   that you may have experienced some symptoms of
4   dizziness as well.
5       A.   Yes.
6       Q.   Okay.  The shortness of breath that you
7   experienced, do you more frequently experience it in
8   the morning time or in the nighttime?
9       A.   Shortness of breath, basically during the
10  whole day.
11      Q.   Okay.
12      A.   It's just during the whole day.
13      Q.   Okay.  All right.
14      A.   Different times in the day.
15      Q.   Have you -- have you received any medical
16  attention for the shortness of breath?
17      A.   No, I haven't.
18      Q.   Is there any reason why you have not
19  received medical attention?
20      A.   I have a big fear of having heart surgery
21  because I had to watch my father go through it, and
22  I got a big fear of might having to do that, and I
23  have to support my kids.
24      Q.   Okay.  Just moments ago Mr. Wiener asked
25  you a question about -- well, I'm not sure if

Page 191

1   Mr. Weiner asked you or if another attorney asked
2   you what knowledge you have with respect to other
3   people taking diet drugs.  You indicated that a
4   friend of yours had passed away.
5       A.   Yes.
6       Q.   Okay.  And what was your friend's name?
7       A.   Angela Harris.
8       Q.   And you knew Ms. Harris to have taken
9   diet drugs?
10      A.   Yes.
11      Q.   Okay.  How did it make you feel when
12  Ms. Harris passed away?
13      A.   Well, I felt very worried that it could
14  happen to me and what would my kids do without me
15  being there.  So I had to more or less just take
16  action.  And if this caused a problem, at least my
17  kids -- if I don't be around to see it my kids would
18  be able to.  It will help them.
19      Q.   When you were initially -- well, whenever
20  you were prescribed diet drugs, did any physician
21  discuss with you any side effects that may come with
22  taking the diet drugs?
23      A.   None of them did.
24      Q.   Did any physician advise you that
25  shortness of breath may be a side effect of taking

Page 192

1   diet drugs?
2       A.   None of them did.
3       Q.   Did any pharmacist advise you as to any
4   side effects that may be associated with the
5   ingestion of diet drugs?
6       A.   No, they didn't.
7       Q.   Okay.  Also, earlier in your deposition
8   you indicated that another symptom of taking diet
9   drugs is that you experience a loss of sexual drive.
10  Is that correct?
11      A.   Yes.
12      Q.   All right.
13           MR. WIENER:  I'm sorry.  Could you say
14  your question again.
15           MR. DORSEY:  Let's get the court reporter
16  to read it back.
17           MR. WIENER:  Yes, I just --
18           MR. DORSEY:  To make sure it's accurate.
19           THE COURT REPORTER:  Earlier in your
20  deposition you indicated that another symptom of
21  taking diet drugs is that you experienced a loss of
22  sexual drive.  Is that correct?
23           MR. WIENER:  All right.  And I'm going to
24  object to the form because similar to my previous
25  objection I don't think Ms. Stallings has in her own

Page 193

1   testimony told us that she reached the conclusion in
2   her own mind that diet drugs caused her any symptoms.
3   I understood her testimony to be that she is
4   concerned based on what she has heard and read and
5   other people's experiences she is concerned that
6   diet drugs may have caused her symptoms.  And on
7   that basis I'm objecting that you're
8   mischaracterizing her testimony.
9   MR. DORSEY:
10      Q.   Ms. Stallings, before taking diet drugs
11  did you experience a loss or a decrease in sexual
12  drive?
13      A.   No.
14      Q.   Okay.  After you ingested diet drugs did
15  you experience a loss or decrease in sexual drive?
16      A.   Yes.
17      Q.   Okay.  The loss or decrease in your
18  sexual drive, what effect, if any, did it have on
19  your marriage?
20      A.   It resulted in him leaving a few times.
21  We separated twice.
22      Q.   Okay.  And how long did those periods of
23  separation last?
24      A.   Once for six months and one two months.
25      Q.   Okay.  Have you and your husband now

Page 194

1   since reconciled?
2       A.   Yes.
3       Q.   Earlier in your testimony you indicated
4   that you operated as a hairstylist.
5       A.   Yes.
6       Q.   And you have your own business.
7       A.   Yes.
8       Q.   And earlier you testified that you have
9   experienced shortness of breath.
10      A.   Yes.
11      Q.   Is that correct?
12      A.   Yes.
13      Q.   My question to you, ma'am, is how has --
14  how have the experiences of shortness of breath
15  affected if at all your performance at work?
16      A.   I had to kind of cut the clientele in
17  half. Where I used to do so many a day I had to cut
18  them down to like eight -- anywhere from eight to
19  nine a day and cut my hours because I used to work
20  until two in the morning. But due to this I have to
21  stop doing it.
22      Q.   Earlier Mr. Wiener was asking you some
23  questions about a prescription you may have received
24  for high blood pressure, and it was later noted that
25  that medication was also used as a diuretic as

Page 195

1   well.
2       A.   Uh-huh.
3       Q.   When you were prescribed these
4   medications was it your understanding that you had
5   been diagnosed with high blood pressure?
6       A.   No.
7       Q.   Okay. When you were provided that
8   medication -- when you were provided that medication
9   what was your understanding as to why you were being
10  given that in addition to the diet drugs?
11      A.   Well, it wasn't explained to me. I
12  thought it was just a combination drug for diet. I
13  didn't know it was a different -- whole different
14  one.
15      Q.   Okay. All right. So it's your testimony
16  that the physician who prescribed it to you he
17  didn't describe or explain to you what the purpose
18  for the meds were?
19      A.   No, he didn't. No, he didn't.
20      Q.   But it was your understanding that it was
21  for --
22      A.   Just weight.
23      Q.   Okay. And to this day has any physician
24  diagnosed you with having high blood pressure?
25      A.   No.

Page 196

1       Q.   All right. Mr. Wiener also asked you
2   some questions about your echocardiogram that was
3   performed I think in April '01 I think. Here it is.
4   It's been marked as Exhibit No. 5 to your deposition.
5   Do you remember testifying about that exhibit?
6       A.   Yes.
7       Q.   All right. In April of '01,
8   Ms. Stallings, were you experiencing shortness of
9   breath?
10      A.   Yes.
11      Q.   Okay. Since April of '01 have your
12  experiences of shortness of breath -- have they
13  increased or have they decreased or are they
14  generally about the same?
15      A.   They've increased.
16      Q.   They've increased?
17      A.   Yes.
18      Q.   In April of 2001 when you underwent the
19  echocardiogram, were you experiencing chest pains?
20      A.   At that time I wasn't.
21      Q.   All right. Since April of 2001 have your
22  episodes or experiences of chest pain, have they
23  increased, decreased, or basically stayed the same?
24      A.   Increased.
25           MR. DORSEY: Okay. I believe that's

Page 197

1   all.
2           FURTHER EXAMINATION
3   BY MR. WIENER:
4       Q.   I just have a little follow-up to what
5   Mr. Dorsey asked you, Ms. Stallings. When was it
6   that you began to cut back on your clientele at your
7   hairstyling place?
8       A.   It started about midway of 2002.
9       Q.   Okay. And you say as of today you've cut
10  back to where your clientele is approximately half
11  of what it was before you started cutting back in --
12      A.   Pretty much.
13      Q.   -- mid 2002?
14      A.   Pretty much.
15      Q.   And in terms of numbers, tell me how that
16  shakes out on a daily or weekly basis when you say
17  it's half of your former clientele.
18      A.   On a weekly basis?
19      Q.   Yes. Or daily. Whatever is the most
20  reliable number that you can give me.
21      A.   I do anywhere between eight to nine heads
22  -- customers a day.
23      Q.   All right. You're seeing eight or nine
24  fewer heads per day?
25      A.   Oh, you mean fewer?

Stallings, et al. v. Wyeth, et al.          Deposition of                      June 28, 2004
                                          Brenda Stallings

Page 198

1    Q.   You tell me what you're talking about.
2    A.   Per day --
3    Q.   Yes.
4    A.   -- I do eight to nine clients.
5    Q.   Okay.  Where you used to do 16 or 17?
6    A.   Where I used to do 16 and sometime 20.
7    Q.   And you started cutting back in mid 2002?
8    A.   Uh-huh.
9    Q.   Was it gradual or was that a time when
10   you kind of cut it in half?
11   A.   Well, it was gradual.  And around about
12   2003 it just went -- I just got to cut if off
13   because....
14   Q.   And so ever since sometime in 2003 you've
15   been seeing eight or nine customers a day where you
16   used to see 16, 17, even 20?
17   A.   Yes.
18   Q.   All right.  What sort of records do you
19   have in your business that would corroborate the
20   number of clients that you have seen?
21   A.   I have the sign in, where they sign in.
22   Q.   You've got an appointment book?
23   A.   Yes.
24   Q.   What else?  How do you -- what about
25   your -- how do you account for your business?  Do

Page 199

1    you get paid in cash --
2    A.   Yes.
3    Q.   -- as well as in -- by checks?
4    A.   Cash and checks.
5    Q.   Cash and checks.  Do you also take credit
6    cards?
7    A.   No.
8    Q.   You do not?
9    A.   No.
10   Q.   And do you deposit the moneys that you
11   receive in a certain bank account?
12   A.   Yes.  Just in my personal account.
13   Q.   Okay.  It all goes into personal
14   accounts?
15   A.   Yes.
16   Q.   And where do you maintain your personal
17   account?
18   A.   At Citizens National Bank.
19   Q.   In?
20   A.   Macon.
21   Q.   And do you -- have you -- before I get
22   off of that, have you maintained an account at
23   Citizens Bank in Macon since prior to 2002?
24   A.   Yes.
25   Q.   All right.  And so if we looked at the

Page 200

1    records -- your bank records -- and they're in your
2    personal name -- right? --
3    A.   Uh-huh.
4    Q.   -- the name of Brenda Stallings, we would
5    see a drop in the deposits because you don't see as
6    many people as you used to?
7    A.   It should show that, yes.
8    Q.   Do you -- have you filed federal and
9    state income tax returns for the year 2002 and 2003?
10   A.   Yes.
11   Q.   Okay.  And do you feel comfortable that
12   your tax returns also show a drop in your gross
13   revenue over what it was in years' past?
14   A.   Yes.
15   Q.   Okay.  Is there any particular clients or
16   people that you work with that are familiar with
17   what you're talking about and what you've been
18   talking about in terms of you cutting back on your
19   clientele?  In other words, who else is aware that
20   you've cut back?  Who are some people that I could
21   talk to that would say oh, yes, I know Ms. Stallings
22   has cut back in the last couple of years.
23   A.   Well, I didn't explain why I did it.  I
24   don't know.  I don't know.
25   Q.   Oh, you're not sure of anybody who could

Page 201

1    -- who knows about that?
2    A.   No, not and just verify it straight off.
3    MR. WIENER:  That's all I've got.
4    Anybody else have any other questions?
5    Maybe before we get through I just wanted
6    to confirm some of the follow-up items because it's
7    Wyeth's position that we are adjourning this
8    deposition.  It's my hope that we won't have to
9    bring you back, Ms. Stallings.  Certainly, I'll do
10   everything possible to avoid that.  Never the less,
11   there's a couple of records that are missing that we
12   may want to question Ms. Stallings about further.
13   And, as I said, hopefully, we won't have to do it.
14   If it has to be done, hopefully, it will be short.
15   We won't go over anything we've already discussed.
16   But here's what I've got.  First of all,
17   I think in Dr. Conner's records there's some
18   question whether we've got his complete records as
19   we go from '92 to '93.  So we'll follow up with his
20   office about that.  We don't have the record of
21   Ms. Stallings seeing Dr. Haider for weight loss in
22   1998.  We don't -- we haven't had the benefit today
23   of looking at her Opt-Out form.  And Brandon has
24   advised that that is probably with the Colom Law
25   Firm.  We don't have the records from the City

Stallings, et al. v. Wyeth, et al.                Deposition of                     June 28, 2004
                                            Brenda Stallings

Page 202

1    Drugstore in Macon.
2           And I think, also, Brandon, if
3    Ms. Stallings is making a claim actually for lost
4    wages associated with her taking of diet drugs then
5    it seems to me with we'd be entitled to whatever
6    documents might pertain to that or support that
7    which would include her bank records.
8           And again, Ms. Stallings, not trying to
9    pry into your personal life, but if you make this an
10   issue in the case I think we're entitled to those
11   records.
12      A.   I'll go on the record saying I'm not
13   making a claim for it.  I had not initially done it
14   and I'm not making a claim for it.
15          MR. WIENER:  All right.  So you're not
16   making a claim for lost wages?
17      A.   Right.  I'm not.
18          MR. DORSEY:  And I'm not sure that, you
19   know, that that's been pled either, but I just --
20   you know, in the course of the deposition I just
21   wanted to, you know, bring out that because of her
22   shortness of breath how it affected her work not so
23   much to make a claim for lost wages because, again,
24   I'm not sure if that's been pled.  But I just wanted
25   to make that clear on the record.

Page 203

1           MR. WIENER:  All right.  Well, I think
2    it's -- Ms. Stallings has said that it's her
3    intention not to make a claim for lost wages, and I
4    would think that would be binding on her.  To the
5    extent that her attorneys don't regard that as
6    binding and you intend to present a claim for lost
7    wages, then we would request production of
8    Ms. Stallings' bank records I would think back to
9    the year 2000 along with her federal and state tax
10   returns to the present.
11          But Ken and Molly and Kaara, are there
12   any other missing or follow-up items that I didn't
13   mention a moment ago?
14          MS. WALKER:  I think you covered it.
15          MR. MANSFIELD:  Yes.  The only other
16   thing would be if we can figure out what drugstore
17   she had prescriptions filled out in Mobile, and then,
18   obviously, we're missing some before April '95.
19          MR. WIENER:  Yes.
20          MR. MANSFIELD:  That's it.
21          MR. WIENER:  Okay.  Well, we'll try to
22   follow up on that ourselves.  Thank you all.
23          (DEPOSITION RECESSED AT 4:13 P.M.)
24
25

Page 204

1                   CERTIFICATE
2           I, KELLYE S. SHOWS, Court Reporter and
3    Notary Public, Madison County, Mississippi, hereby
4    certify that the foregoing pages contain a full,
5    true and correct transcript of the testimony of
6    Brenda Stallings as taken by me by means of
7    Stenograph machine at the time and place heretofore
8    stated in the aforementioned matter and later reduced
9    to transcript form by me to the best of my skill and
10   ability.
11          I further certify that I placed the witness
12   under oath to truthfully answer all questions in this
13   matter under the authority vested in me by the State
14   of Mississippi.
15          I further certify that I am not related
16   to or in any way associated with any of the parties
17   to said cause of action, or their counsel, and that
18   I am not interested in the event hereof.
19          IN WITNESS WHEREOF, I have hereunto set
20   my hand this the 9th day of July, 2004.
21
22          _____
                 Kellye S. Shows, C.S.R.
23                      #1290
24   My Commission Expires January 15, 2008
25