# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/     :
FENFLURAMINE / DEXFENFLURAMINE     :
PRODUCTS LIABILITY LITIGATION)     :     **MDL DOCKET NO. 1203**

THIS ORDER RELATES TO
PAGE, KRUGER & HOLLAND, P.A.
CASES LISTED ON EXHIBIT A

## PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____2006 it having

been advised that all claims between all the parties in the cases listed on Exhibit A have

been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of

Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on

Exhibit A, including any and all claims, counterclaims, cross-claims and third party

claims therein are DISMISSED with prejudice and without costs as to all parties.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____ s/Tom Dempsey
Tom Dempsey
Deputy Clerk

EXHIBIT A

Page, Kruger & Holland, PA
MDL Plaintiffs
Multi Plaintiff Cases
6/21/2007

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Turner, Elaine B. | Chandler, Lillian | 02-20120 | MSS |